John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300

Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

John Fattahi, State Bar No. 247625
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiff Shawn R. Porio*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO, | Case No. 8:22-CV-00812 RGK (ADSx) |
| Plaintiff, | **AMENDED JOINT EXHIBIT LIST** |
| vs. | Trial Date: January 21, 2025 |
| YVETTE BARBARI, RN, | Time: 9:00 a.m. |
| Defendant. | |

# AMENDED JOINT EXHIBIT LIST

Pursuant to the Court's Order for Jury Trial and L.R. 16-6.1, the parties hereby list the exhibits that they may use during the trial of this matter, except for impeachment. The list contains any objections to authenticity and/or admissibility and

the reasons for the objections. Exhibits that the parties may offer if the need arises are designated with an asterisk.

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| | **Plaintiff's Exhibit Nos. 1-199** | | | |
| 1 | Crime Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901), Hearsay (Fed. R. Evid. 801 and 802) |
| 2A | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 6:58 am on 10/16 (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 2A1 | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 6:58 am on 10/16—Clip (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 2A2 | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 7:00 am on 10/16—Clip (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 2A3 | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 7:01 am on 10/16—Clip (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 2B | Flores Video of Plaintiff at Tustin PD Sally Port - Blood Draw at 8:49 am (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3A | Jail Surveillance Video - Porio Through Parking Lot at 9:40 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3B | Jail Surveillance Video - Porio Entering Triage at 9:50 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3M | Jail Surveillance Video - Triage Booth 2 at 9:48 am (USB) | | | |
| 3M1 | Jail Surveillance Video - Triage Booth 2 at 9:48 am—Clip (USB) | | | |
| 3M2 | Jail Surveillance Video - Triage Booth 2 at 9:56 am—Clip (USB) | | | |
| 3M3 | Jail Surveillance Video - Triage Booth 2 at 9:58 am—Clip (USB) | | | |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 3MM | Jail Surveillance Video - Porio Exiting Triage at 10:00 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3N | Jail Surveillance Video - Uncuff at 10:11 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3N1 | Jail Surveillance Video - Uncuff at 10:11 am—Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3NN | Jail Surveillance Video - Porio Falls at 11:59 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3NN1 | Jail Surveillance Video - Porio Falls at 11:59 am—Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 3O | Jail Surveillance Video – Removed from PM4 at 12:48 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3P | Jail Surveillance Video – First Photo at 12:49 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3Q | Jail Surveillance Video - Walking Back at 12:52 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3R | Jail Surveillance Video - Porio Put in Cell PM2 at 12:52 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3S | Jail Surveillance Video - Porio Taken Out of Cell PM2 at 12:02 am on 10/17 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 3T | Jail Surveillance Video - Porio Brought Through Hallway at 12:04 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3U | Jail Surveillance Video - Porio Brought Through Hallway at 12:04 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3V | Jail Surveillance Video - Porio at Medical Bench at 12:04 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3X | Jail Surveillance Video - Fingerprint at 12:13 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3Y | Jail Surveillance Video - Photo at 12:16 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 3Z | Jail Surveillance Video - Porio Put Back in Cell at 12:24 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3ZZ | Jail Surveillance Video - Porio Brought to Medical Area at 7:30 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3ZZ 1 | Jail Surveillance Video - Porio Brought to Medical Area at 7:30 am—Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 4 | Jail Handheld Video - Man Down (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 4A | Jail Handheld Video - Man Down—Clip (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 5 | Arrest Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901), Hearsay (Fed. R. Evid. 801 and 802) |
| 12A | Screenshot - Porio at TPD 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 12B | Screenshot - Porio at TPD 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13A | Screenshot - Parking Lot | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13B | Screenshot - Going Into Triage Booth | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 13C | Screenshot - Triage Booth 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13D | Screenshot - Triage Booth 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13E | Screenshot - Going Out of Triage Booth | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13F | Screenshot - Uncuff 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901), Hearsay (Fed. R. Evid. 801 and 802) |
| 13G | Screenshot - Uncuff 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 13H | Screenshot - Uncuff 3 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13I | Screenshot - Fall 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13J | Screenshot - Fall 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13K | Screenshot - Fall 3 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403) |
| 13L | Screenshot - Put in Cell | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13M | Screenshot - Removed from Cell | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 13N | Screenshot - Leading to Uncuff Area 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13O | Screenshot - Leading to Uncuff Area 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13P | Screenshot - Medical Bench | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13Q | Screenshot - Medical Worker 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13R | Screenshot - Medical Worker 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 13S | Screenshot - Wheelchair | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13T | Screenshot - Fingerprint | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13U | Screenshot - Photo | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 14 | DMV Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 15 | Chemical Test Admonition | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 16 | Custody and Courts Operations Manual 2021-02-04 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17 | OCHCA CHS Policies and Procedures - 1011, 6100, 6101, 6151 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17A | OCHCA CHS Policies and Procedures - 1011 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17B | OCHCA CHS Policies and Procedures - 6100 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 17C | OCHCA CHS Policies and Procedures - 6101 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17D | OCHCA CHS Policies and Procedures - 6151 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 18 | Search Warrant | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 19 | Blood Draw Request | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 20 | DUI Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 23 | Blood Specimen Form | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 24 | Forensic Alcohol Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 25 | Forensic Toxicology Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 26 | Pre-Booking Record | | | |
| 27 | Statement of Booking Officer | | | |
| 28 | COVID Screening Questionnaire | | | |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 29 | Porio First Jail Photo | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 30 | Porio Booking Photo | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 31 | IRC Triage 1st Floor Shift Schedule | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 32 | OCSD Incident Report (Medical Aid) for October 17 at 7:30 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 33 | County Deposition Notice* | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 34 | Declaration of Yvette Barbari, RN | | | Best Evidence Rule, hearsay (Fed. R. Evid. 801 and 802) |
| 35 | Declaration of Thomas Hemmen, MD | | | Best Evidence Rule, hearsay (Fed. R. Evid. 801 and 802) |
| 36 | Declaration of Kathryn Wild, RN, MPA | | | Best Evidence Rule, hearsay (Fed. R. Evid. 801 and 802) |
| 37 | Reports of Thomas Hemmen, MD | | | |
| 38 | Reports of Kathryn Wild, RN, MPA | | | |
| 39 | CV of Homer Venters, MD | | | Relevance (Fed. R. Evid. 402), Lacks foundation (Fed. R. Evid. 901) |
| 40 | Report of Homer Venters, MD | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |
| 41 | CV of Taylor Kuhn, PhD | | | Relevance (Fed. R. Evid. 402), Lacks foundation (Fed. R. Evid. 901) |
| 42 | Report 1 of Taylor Kuhn, PhD | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 43 | Report 2 of Taylor Kuhn, PhD | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |
| 44 | CV of Chitra Venkatasubramanian, MBBS, MD, MSc, FNCS | | | Relevance (Fed. R. Evid. 402), Lacks foundation (Fed. R. Evid. 901) |
| 45 | Reports of Chitra Venkatasubramanian, MBBS, MD, MSc, FNCS | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |
| 46 | Title 15 Regulations | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 47 | NCCHC Standards for Health Services in Jails, Standard J-E-02, Receiving Screening, 2018 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 48 | NCCHC Standards for Health Services in Jails, Standard J-E-08, Nursing Assessment Protocols, 2018 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 49 | US DOJ Guidelines on Medical Management of Withdrawal | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 50 | BOP Clinical Guidance - Detoxification of Chemically Dependent Inmates (2014/2018) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 51 | *Withdrawn* | | | |
| 52 | CIWA-Ar Assessment Form | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 53 | CIWA Assessment Training Video (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 53A | CIWA Assessment Training Video Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 54 | Screenshot from CIWA Assessment Training | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 55 | California Business & Professions Code - Registered Nurse Scope of Practice | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 56 | U.S. Bureau of Prisons COVID Pandemic Response Plan | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 57 | POST Learning Domain 34 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 58A | Screenshot - A 9:46 am | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58B | Screenshot - B 10:00 am | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58C | Screenshot - C 10:12 am Uncuff area | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 58E | Screenshot - E | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58F | Screenshot - F 12:05 am medical check | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58G | Screenshot - G 12:05 am medical check 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58H | Screenshot - H | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58I | Screenshot - I 12:05 am medical check 4 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 59A | Video of Shawn Porio Before Strokes 1 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 59B | Video of Shawn Porio Before Strokes 2 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 59C | Video of Shawn Porio Before Strokes 3 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 60 | Photographs of Shawn Porio Before and After | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-1 | Video Recording of Shawn Porio – in Bed at Hospital (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 61-2 | Video Recording of Shawn Porio – Speech Therapy (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-3 | Video Recording of Shawn Porio – Saying He's Okay (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-4 | Video Recording of Shawn Porio – Saying Hello in Bed (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-5 | Video Recording of Shawn Porio – Speech Therapy 1 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-6 | Video Recording of Shawn Porio – Speech Therapy 2 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

Case No. 8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 61-7 | Video Recording of Shawn Porio – Trying to Make Bed (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-8 | Video Recording of Shawn Porio – Trying to Speak (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-9 | Video Recording of Shawn Porio – Walking in Hospital Hall 1 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-10 | Video Recording of Shawn Porio – Walking in Hospital Hall 2 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-11 | Video Recording of Shawn Porio – Walking in Hospital Room (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 62 | Medical Imaging (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 63 | Selected Medical Records | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 64 | Providence St. Joseph's Hospital Records - (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 65 | MemorialCare Long Beach Medical Center Records – 10/28/21-12/11/21 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 66 | Providence St. Joseph's Neurosurgery Records – 10/27/21-7/26/22 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 67 | CSULB Speech Therapy Records | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 68 | Providence St. Joseph's Hospital Bills (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 69 | MemorialCare Long Beach Medical Center Bills (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 70 | Medical Bills - Chart | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 71 | Employment Records (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 72 | OCHCA CHS Policies and Procedures – 6301 (Treatment of Substance Use Disorders) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 73 | OCHCA CHS CIWA-Ar Scoring Guidelines | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 74 | OCHCA CHS CIWA-Ar Form and Instructions | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 83 | Complete Jail Medical Charts | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 83A | Jail Medical Charts – Barbari | | | Pages 1-18 admissible |
| 83B | Jail Medical Charts – Bergmann Man Down | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

Plaintiff reserves all objections to all or part of any exhibits listed by Plaintiff if offered into evidence by Defendant.

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| | **Defendants' Exhibit Nos. 100-262** | | | |
| 100 | Claim for Damages. 02/01/22. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Compromise offer, FRE 408; Lacks foundation, FRE 602; Federal privacy privilege |
| 101 | Porio Jail File. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 102 | OCSD Incident Report. DR# 21-035243. Deputy Smith, R. 10/17/21. | | | Federal privacy privilege |
| 103 | Porio, S. OC Health Medical Records. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 104 | Porio, S. OC Health Medical Records. 002. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 105 | Genetec Video Player | | | |
| 106 | Video Surveillance. COO00001 (01) IRC - C213-Security Lot South. | | | |
| 107 | Video Surveillance. COO00002 (02) IRC - C96 - Front Waiting Area. | | | |
| 108 | Video Surveillance. COO00004 (03) IRC - C209 Security Lot East. | | | |
| 109 | Video Surveillance. COO00004 (04) IRC - C205 - Triage Booth. | | | |
| 110 | Video Surveillance. COO00005 (05) IRC - C95 - Entrance, Gun Locker. | | | |
| 111 | Video Surveillance. COO00006 (06) IRC - C04 - IRC Uncuff Area. | | | |
| 112 | Video Surveillance. COO00007 (07) IRC - C36 - Female Photo. | | | |
| 113 | Video Surveillance. COO00008 (08) IRC - C07-Receiving Common Area. | | | |
| 114 | Video Surveillance. COO00009 (10) IRC - C13 - Class_ICE North. | | | |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 115 | Video Surveillance. COO00010 (11) IRC - C08 - X-Ray East. | | | |
| 116 | Video Surveillance. COO00011 (12) IRC - C07 - Receiving Common Area. | | | |
| 117 | Video Surveillance. COO00012 (13) IRC - C01 - Receiving Sallyport. | | | |
| 118 | Video Surveillance. COO00012 (19) IRC - C21 - Male ID | | | |
| 119 | Video Surveillance. COO00013 (14) IRC - C02 - Meds Obs Counter. | | | |
| 120 | Video Surveillance. COO00014 (15) IRC - C07 - Receiving Common Area. | | | |
| 121 | Video Surveillance. COO00015 (16) IRC - C08 - X-Ray East. | | | |
| 122 | Video Surveillance. COO00016 (17) IRC - C13 - Class_ICE North. | | | |
| 123 | Video Surveillance. COO00017 (18) IRC - C15 - Class (Booth 1-2). | | | |
| 124 | Video Surveillance. COO00018 (19) IRC - C16 - ID_PM7. | | | |
| 125 | Video Surveillance. COO00019 (20) IRC - C21 - Male ID 1_PM10. | | | |
| 126 | Video Surveillance. COO00020 (21) IRC - C22 - Male ID 3_PM12. | | | |
| 127 | Video Surveillance. COO00021 (22) IRC - C15 - Class (Booth 1-2). | | | |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 128 | Video Surveillance. COO00022 (23) IRC - C13 Class_ICE North. | | | |
| 129 | Video Surveillance. COO00023 (24) IRC - C08 - X- Ray East. | | | |
| 130 | Video Surveillance. COO00024 (25) IRC - C07 - Receiving Common Area. | | | |
| 131 | Video Surveillance. COO00025 (26) IRC - C01 - Receiving Sallyport. | | | |
| 132 | Video Surveillance. COO00026 (27) IRC - C02 - Meds Obs Counter. | | | |
| 133 | Video Surveillance. COO00027 (28) IRC - C95 - Entrance, Gun Locker. | | | |
| 134 | Video Surveillance. COO00028 (29) IRC - C96 - Front Waiting Area. | | | |
| 135 | Video Surveillance. COO00029 (30) IRC - C213 - Security Lot South. | | | |
| 136 | Video. Handheld. COO00030 (31) 20211017 Porio. 21-035243. | | | |
| 137 | Health Care Agency. CHS Polices and Procedure. Policy No. 6100. Pre-Booking Medical Clearance. 04/21/16. | | | |
| 138 | Health Care Agency. CHS Polices and Procedure. Policy No. 6101. Receiving Screening. 03/11/20. | | | |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 139 | Health Care Agency. CHS Polices and Procedure. Policy No. 1011. Transportation and Emergency Appointments. 08/20/21. | | | |
| 140 | Health Care Agency. CHS Polices and Procedure. Policy No. 6151. Emergency Services. 08/20/21. | | | |
| 141 | Porio, S. MemorialCare Long Beach Medical Center. Billing Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 142 | Porio, S. MemorialCare Long Beach Medical Center. Medical Records. 2016-Present. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 143 | Porio, S. Long Beach Memorial Medical Center Radiology Records CD1. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 144 | Porio, S. Long Beach Memorial Medical Center Radiology Records CD2. 001. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 145 | Porio, S. Long Beach Memorial Medical Center Radiology Records CD2. 002. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 146 | Porio, S. Children's Hospital Orange County - Dr. Michael Muhonen. Medical Records. 2016-Present. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 147 | Porio, S. St. Joseph Hospital. Billing Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802; Lacks foundation, FRE 602; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 148 | Porio, S. St. Joseph Hospital. Medical Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 149 | Porio, S. St. Joseph Hospital. Radiology Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 150 | OCFA Responses to Interrogatories | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay FRE 802, 805; Lacks foundation, FRE 602 |
| 151 | City of Tustin Responses to Interrogatories | | | Relevance, FRE 401, 402 (*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Hearsay FRE 802, 805; Lacks foundation, FRE 602 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 152 | Porio, S. Andrew H. Woo MD. PhD Exam Report. 05/30/24. | | | Retained expert not properly disclosed with a complete report under FRCP 26(a)(2)(B); Automatically excluded under FRCP 37(c)(1) (*See* Dkt. 133); Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Improper expert opinions, FRE 702, 703, 705; Hearsay FRE 802, 805 |
| 153 | Deposition Transcript. Brent Pardoen. 02/14/23. (Condensed). | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 154 | Deposition Transcript. David Phelan. 02/14/23. (Condensed). | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 155 | Deposition Transcript. Officer Irineo Flores. 10/18/23. (Condensed). | | | Relevance, FRE 401, 402 (*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 156 | Deposition Transcript. Jennifer Broadwater, RN. 11/28/23. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 157 | Deposition Transcript. Yvette Barbari, RN. 02/15/24. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 158 | Deposition Transcript. Cameron Griggs. 04/11/24. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 159 | Deposition Transcript. Shawn Porio. 06/20/24. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 160 | OC Jail Papers. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Hearsay, FRE 802, 805; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 161 | OCFA Incident Report. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege |
| 162 | Porio, S. Medical Records. St. Joseph's Hospital. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 163 | Porio, S. CT Study. 10/17/21. | | | Federal privacy privilege |
| 164 | Porio, S. CT Study. 10/17/21. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 165 | Porio, S. Medical Records. Long Beach Memorial. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 166 | Porio, S. Medical Records. Dr. Muhonen. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 167 | Ignition System Photos. | | | Relevance, FRE 401, 402; Misleading and confusing, FRE 403 |
| 168 | CT Angio. 10/17/21. | | | Federal privacy privilege |
| 169 | Native Sheet. CT Angio. 10/17/21. | | | Federal privacy privilege |
| 170 | MRI of Brain w/o Contrast. 10/18/21. | | | Federal privacy privilege |
| 171 | Native Sheet. MRI of Brain w/o Contrast. 10/18/21. | | | Federal privacy privilege |
| 172 | Chest X-Ray. 10/19/21. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 173 | Native Sheet. Chest X-Ray. 10/19/21. | | | Federal privacy privilege |
| 174 | CT Images of Head w/o Contract. 10/20/21. | | | Federal privacy privilege |
| 175 | Native Sheet. ST Images of Head w/o Contract. 10/20/21. | | | Federal privacy privilege |
| 176 | FL Swallow. 10/20/21. | | | Federal privacy privilege |
| 177 | Native Sheet.  FL Swallow. 10/20/21. | | | Federal privacy privilege |
| 178 | IR Angio Carotid Bilateral. 10/20/21. | | | Federal privacy privilege |
| 179 | Native Sheet. IR Angio Carotid Bilateral. 10/20/21. | | | Federal privacy privilege |
| 180 | CT Angio w/ Contrast. 10/26/21. | | | Federal privacy privilege |
| 181 | Native Sheet. CT Angio w/ Contrast. 10/26/21. | | | Federal privacy privilege |
| 182 | CT Head w/o Contrast. 01/06/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 183 | Native Sheet. CT Head w/o Contrast. 01/06/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |
| 184 | MRI. 01/07/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |
| 185 | Native Sheet. MRI. 01/07/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |
| 186 | Porio, S. Additional Medical Records. St. Joseph Hospital. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 187 | Porio, S. Photos In Hospital. | | | |
| 188 | Native Sheet. Videos of Porio, S. | | | |
| 189 | Video. Porio in Bed at Hospital. | | | |
| 190 | Video. Porio Physical Therapy. | | | |
| 191 | Video. Porio Saying He is Okay. | | | |
| 192 | Video. Porio Saying Hello in Bed. | | | |
| 193 | Video. Porio Speech Therapy. | | | |
| 194 | Video. Porio Speech Therapy. 002. | | | |
| 195 | Video. Porio Trying to Make Bed. | | | |
| 196 | Video. Porio Trying to Speak. | | | |
| 197 | Video. Porio Walking in Hospital. | | | |
| 198 | Video. Porio Walking in Hospital. 002. | | | |
| 199 | Video. Porio Walking in Room. | | | |
| 200 | Porio, S. W2. 2021. | | | Federal privacy privilege |
| 201 | Porio, S. Drivers License. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 202 | Porio, S. St. Joseph's Medical Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 203 | Porio, S. Neurological Records. 12/13/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 204 | Porio, S. CSULB Speech, Language, and Hearing Clinic. Medical Records. 04/29/23. | | | Federal privacy privilege; Hearsay, FRE 802, 805 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 205 | Porio, S. MemorialCare Long Beach Medical Center. Billing Records. 08/30/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 206 | Porio, S. Providence. Billing Records. 10/20/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 207 | Porio, S. Linkedin Profile. Assistant Manager at GNC Livewell. | | | |
| 208 | Porio, S. Linkedin Profile. Verizon Sales Expert at Best Buy. | | | |
| 209 | Porio, S. Employment File. Pacific Maritime Associates. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 210 | Porio, S. Employment File. Best Buy. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 211 | Scan of CD. Memorial Case Radiology Records. | | | Federal privacy privilege |
| 212 | Native Sheet. Videos of Plaintiff Before Incident. | | | |
| 213 | Video. Shawn Before Stroke. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Lacks foundation, FRE 602; Federal privacy privilege |
| 214 | Video. Shawn Before Stroke. 2. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Lacks foundation, FRE 602; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 215 | Video. Shawn Before Stroke. 3. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Lacks foundation, FRE 602; Federal privacy privilege |
| 216 | Tustin Police Department Crime Report. Officer Flores. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 217 | Tustin Police Department Arrest Report. Officer Floes. 10/17/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802; Lacks foundation, FRE 602; Federal privacy privilege |
| 218 | Tustin Police Department Supplemental Report. 001. Officer Urias. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 219 | Tustin Police Event Information Report. Officer Peterson. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 220 | DMV DUI Report. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 221 | Tustin Police Department DUI Paperwork. 10/20/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 222 | Porio Jail Paperwork. 10/16/21. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 223 | Tustin Police Department Release of Records to St. Joseph Hospital. 10/25/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 224 | Porio Pre-Book Medical Screening. 10/16/21. | | | Relevance, FRE 401, 402(*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Improper opinion, FRE 701, 702; Federal privacy privilege |
| 225 | Porio Arrestee Property Report. 10/16/21. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 226 | Vehicle Report and Tow Notice. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 227 | Native Sheet. MP3 and BWC Files. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 228 | 10/16/21. 06/03/06-1 | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 229 | 10/16/21. 06/03/06-2 | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 230 | BWC Files.  Defendant identifies all BWC files and will meet and confer with Plaintiff regarding any need to separate each video as 132-1 etc. while preparing joint exhibit list. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 231 | Claim Against City of Tustin. 02/04/22. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Compromise offer, FRE 408; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 232 | OCFA records | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Authentication, FRE 901 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 233 | OCFA Document Production | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Compromise offer, FRE 408; Liability insurance, FRE 411; Hearsay, FRE 802, 805; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 234 | Declaration of Yvette Barbari, RN | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Improper habit evidence, FRE 406; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Improper refreshment of recollection, FRE 612; Best evidence rule, FRE 1002; Undisclosed evidence under FRCP 26 and 37; improper opinion, FRE 701, 702; Undisclosed opinion, FRCP 26, 37 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 235 | Declaration of Thomas Hemmen, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |
| 236 | Declaration of Kathryn Wild, RN, MPA | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 237 | Report of Thomas Hemmen, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |
| 238 | Report of Kathryn Wild, RN, MPA | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |
| 239 | CV of Thomas Hemmen, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 240 | CV of Kathryn Wild, RN, MPA | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 241 | Report of Homer Venters, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 242 | CV of Homer Venters | | | |
| 243 | Report 1 of Taylor Kuhn, PhD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 244 | Report 2 of Taylor Kuhn, PhD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 245 | CV of Taylor Kuhn, PhD | | | |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 246 | Report of Dr. Andrew Woo | | | Retained expert not properly disclosed with a complete report under FRCP 26(a)(2)(B); Automatically excluded under FRCP 37(c)(1) (*See* Dkt. 133); Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Improper expert opinions, FRE 702, 703, 705; Hearsay FRE 802, 805 |
| 247 | CV of Dr. Andrew Woo | | | Retained expert not properly disclosed with a complete report under FRCP 26(a)(2)(B); Automatically excluded under FRCP 37(c)(1) (*See* Dkt. 133); Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Hearsay FRE 802, 805; Not timely disclosed, FRCP 26, 37 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 248 | Report of Chitra Venkatasubramanian, MBBS, MD, MSc, FNCS | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 249 | CV of Chitra Venkatasubramanian | | | |
| 250 | Title 15 Regulations | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 251 | Plaintiff's Responses to Requests for Admissions, Set One | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Denials are inndmissible, FRCP 36; Compound, FRCP 36; Vague and ambiguous; Seeks attorney work product, FRCP 26; Seeks premature expert opinion, FRCP 26 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 252 | Plaintiff's Responses to Interrogatories | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Some preliminary interrogatory responses were amended or supplemented; Overbroad, unduly burdensome, and outside the scope of discovery, FRCP 26, 33(a)(2); Vague and ambiguous; Seeks attorney work product, FRCP 26; Seeks premature expert opinion, FRCP 26; Too many interrogatories served, FRCP 33(a)(1) |
| 253 | Deposition Transcripts of all Witnesses | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; *see* objections to individual deposition transcripts herein |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 254 | Statement of Booking Officer | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 255 | Toxicology Report | | | |
| 256 | Pre-Booking Record | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 257 | COVID Screening Questionnaire | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 258 | Demonstrative Exhibits and/or citations by Kathy Wild relied upon and cited to in FRCP 26 Report. | | | Reserved. Exhibit not identified with sufficient particularity to object. |

Case No. 8:22-CV-00812 RGK (ADSx)
JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 259 | Demonstrative Exhibits cited by Expert Thomas Hemmen in FRCP 26 Report. | | | Reserved. Exhibit not identified with sufficient particularity to object. Not produced or disclosed contrary to FRCP 26, 37. |
| 260 | Instagram and/or Social Media Posts of Plaintiff | | | Reserved. Exhibit not identified with sufficient particularity to object. Not produced or disclosed contrary to FRCP 26, 37. |
| 261 | Plaintiff's LinkedIn Social Media Profile and Posts | | | Reserved. Exhibit not identified with sufficient particularity to object. Not produced or disclosed contrary to FRCP 26, 37. |
| 262 | Exhibit 2 to Plaintiff's Deposition Transcript: Employment records. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Improper character evidence, FRE 404; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |

Respectfully submitted,

DATED:  January 20, 2025          THE LAW OFFICES OF JOHN BURTON
                                 LAW OFFICE OF JOHN FATTAHI


                                 By_____/s/ John Fattahi_____
                                     John Fattahi
                                     *Attorneys for Plaintiff*


DATED:  January 20, 2025          LYNBERG & WATKINS


                                 By_____/s/ G. Craig Smith_____
                                     G. Craig Smith
                                     Tamara M. Heathcote
                                     S. Frank Harrell
                                     *Attorneys for Defendant Yvette Barbari, RN*


Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.