# EXHIBIT B

```
108:32:43              UNITED STATES DISTRICT COURT

   2           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

   3              R. GARY KLAUSNER, JR., U.S. DISTRICT JUDGE

   4


   5
         SHAWN PORIO,                  )
   6                                   )
                   Plaintiff,          )
   7                                   )
                         vs.           )
   8                                   )   8:22-CV-812-RGK
         YVETTE BARBARI,               )
   9                                   )
                   Defendant.          )
  10     _____)
                                       )
  11                                   )
                                       )
  12

  13

  14

  15               REPORTER'S TRANSCRIPT OF JURY TRIAL

  16                            VOLUME II

  17                      Los Angeles, California

  18                   Wednesday, December 11, 2024

  19

  20
                   _____
  21
                        AMY DIAZ, RPR, CRR, FCRR
  22                    Federal Official Reporter
                        350 West 1st Street, #4455
  23                      Los Angeles, CA 90012

  24

  25    Please order court transcripts here:  www.amydiazfedreporter.com
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
 1     APPEARANCES OF COUNSEL:

 2
       For the Plaintiff:
 3

 4                  THE LAW OFFICES OF JOHN BARTON
                    By:  John Barton, Attorney at Law
 5                  128 North Fair Oaks Avenue
                    Pasadena, California 91103
 6

 7                  LAW OFFICE OF JOHN FATTAHI
                    By:  John Fattahi, Attorney at Law
 8                  21250 Hawthorne Boulevard, Suite 500
                    Torrance, California 90503
 9

10
       For the Defendant:
11
                    LYNBERG & WATKINS APC
12                  By:  S. Frank Harrell, Attorney at Law
                         G. Craig Smith, Attorney at Law
13                  1100 West Town and Country Road, Suite 1450
                    Orange, California 92868
14
```

```
13:05:50   Q. Did the jail even have sobering cells at that time?
13:05:54   A. There weren't any cells specifically designated as
13:05:58   sobering cells.
13:06:00              MR. FATTAHI:  Thank you.
13:06:01              No further questions, Your Honor.
13:06:02              THE COURT:  Cross?
13:06:03              MR. HARRELL:  No questions, Your Honor.
13:06:04              THE COURT:  You may step down.  Thank you very much.
13:06:06              THE WITNESS:  Thank you, sir.
13:06:07              THE COURT:  The next witness.
13:06:10              MR. FATTAHI:  Thank you, Your Honor.
13:06:11              Plaintiff would call the plaintiff, Shawn Porio.
13:06:19              THE CLERK:  Stand here to be sworn.
13:06:22              Please raise your right hand.
13:06:24   THEREUPON:
13:06:24                           SHAWN PORIO,
13:06:24   called in these proceedings and being first duly sworn
13:06:24   testifies as follows:
13:06:31              THE CLERK:  Thank you.  Please be seated.
13:06:43              Please adjust the microphone, so you are speaking
13:06:46   into it at all times.
13:06:47              For the record, please state your full name, and
13:06:49   spell your last name.
13:06:50              THE WITNESS:  My name is Shawn Porio, P-O-R-I-O.
13:06:55              THE COURT:  Okay.  Counsel, you may inquire.
```

```
13:15:22   1   A. No.
13:15:23   2   Q. Do you think your life will ever be the same?
13:15:26   3   A. No.
13:15:27   4        MR. FATTAHI:  No further questions, Your Honor.
13:15:28   5        THE COURT:  Okay.  Cross?
13:15:28   6                    CROSS-EXAMINATION
13:15:32   7   BY MR. HARRELL:
13:15:32   8   Q. Good afternoon, sir.
13:15:39   9   A. Good afternoon.
13:15:39  10   Q. On the date of the incident, October 16, 2021, it was
13:15:51  11   your practice to sometimes wear glasses, right?
13:15:54  12   A. Yes.
13:15:55  13   Q. Do you remember a nurse asking you whether you wear
13:16:00  14   glasses when you were at jail?
13:16:03  15   A. No.
13:16:04  16   Q. Did you have a girlfriend at the time of the incident?
13:16:09  17   A. No.
13:16:13  18   Q. I believe you told us when your attorney was asking you
13:16:17  19   questions that you had nothing to drink at the restaurant
13:16:21  20   that you went to, right?
13:16:22  21   A. Correct.
13:16:23  22   Q. You did receive a bill for what you had to drink at that
13:16:29  23   restaurant, true?
13:16:30  24   A. True.
13:16:31  25   Q. It showed what you had to drink, correct?
```

13:16:34   A. No.

13:16:35   Q. It didn't?

13:16:37   A. No.

13:16:38   Q. Where is that bill, sir?

13:16:40   A. I don't know. I don't recall.

13:16:44           MR. HARRELL: No further questions.

13:16:46           THE COURT: Any recross in that area?

13:16:48           MR. FATTAHI: No, Your Honor.

13:16:49           THE COURT: You may step down.

13:16:51           THE WITNESS: Thank you.

13:16:51           THE COURT: Next witness.

13:16:54           MR. FATTAHI: Your Honor, plaintiff will call
13:16:58   Dr. Taylor Kuhn.

13:16:59           THE COURT: Okay.

13:17:10           THE CLERK: Sir, please stand here to be sworn.

13:17:15           Please raise your right hand.

13:17:17   THEREUPON:

13:17:17                       TAYLOR KUHN,
13:17:17   called in these proceedings and being first duly sworn
13:17:17   testifies as follows:

13:17:25           THE CLERK: Thank you. Please be seated.

13:17:27           Please adjust the microphone, so that you are
13:17:35   speaking into it at all times.

13:17:37           For the record, please state your full name and
13:17:40   spell your last name.


                    AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER