# EXHIBIT D

```
 1                    UNITED STATES DISTRICT COURT

 2           CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

 3               R. GARY KLAUSNER, JR., U.S. DISTRICT JUDGE

 4

 5
     SHAWN PORIO,                    )
 6                                   )
              Plaintiff,             )
 7                                   )
                   vs.               )
 8                                   )   8:22-CV-812-RGK
     YVETTE BARBARI,                 )
 9                                   )
              Defendant.             )
10   _____)
                                     )
11                                   )
                                     )
12

13

14

15              REPORTER'S TRANSCRIPT OF JURY TRIAL

16                          VOLUME I

17                    Los Angeles, California

18                  Tuesday, December 10, 2024

19

20
                 _____
21
                       AMY DIAZ, RPR, CRR, FCRR
22                     Federal Official Reporter
                       350 West 1st Street, #4455
23                       Los Angeles, CA 90012

24

25    Please order court transcripts here:  www.amydiazfedreporter.com
```

AMY C. DIAZ, RPR, CRR OFFICIAL COURT REPORTER

```
 1     APPEARANCES OF COUNSEL:
 2
       For the Plaintiff:
 3
 4              THE LAW OFFICES OF JOHN BARTON
                By:  John Barton, Attorney at Law
 5              128 North Fair Oaks Avenue
                Pasadena, California 91103
 6
 7              LAW OFFICE OF JOHN FATTAHI
                By:  John Fattahi, Attorney at Law
 8              21250 Hawthorne Boulevard, Suite 500
                Torrance, California 90503
 9
10
       For the Defendant:
11
                LYNBERG & WATKINS APC
12              By:  S. Frank Harrell, Attorney at Law
                     G. Craig Smith, Attorney at Law
13              1100 West Town and Country Road, Suite 1450
                Orange, California 92868
14
15
16
17
18
19
20
21
22
23
24
25
```

```
13:42:22   1    A. I did not.
13:42:24   2    Q. And then up at the top, do you see up here where it says,
13:42:28   3    "For jail use only"?
13:42:29   4    A. I do.
13:42:30   5    Q. You would not have filled out anything up in the top
13:42:33   6    section, correct?
13:42:34   7    A. Correct.
13:42:36   8    Q. You didn't get to decide whether Mr. Porio would be a
13:42:39   9    normal booking or a medical booking or an expedited booking
13:42:42  10    at the jail, true?
13:42:43  11    A. That's true.
13:42:44  12            MR. FATTAHI:  No further questions, Your Honor.
13:42:45  13            THE COURT:  Any recross?
13:42:48  14            MR. HARRELL:  No, Your Honor.  Thank you.
13:42:49  15            THE COURT:  You may step down.  Thank you very much
13:42:50  16    for coming in.
13:42:51  17            THE WITNESS:  Thank you, Your Honor.
13:42:52  18            THE COURT:  Next witness.
13:42:59  19            MR. BURTON:  Thank you, Your Honor.
13:43:06  20            The plaintiff calls Chitra Venkatasubramanian, MD.
13:43:14  21            THE COURT:  Thank you, Counsel.
13:43:21  22            THE CLERK:  Stand here to be sworn.
13:43:24  23            Please raise your right hand.
13:43:25  24    THEREUPON:
13:43:25  25                    CHITRA VENKATASUBRAMANIAN,
```

```
13:46:38   1              MR. SMITH:  Objection, Your Honor, motion in limine
13:46:40   2   1, and motion to strike.
13:46:41   3              THE COURT:  Again, it's being -- overruled.
13:46:45   4         What she saw would not come in, but the fact that
13:46:47   5   she reviewed them would come in.
13:46:49   6         Go ahead.
13:46:49   7              THE WITNESS:  I saw videos of Mr. Porio being in the
13:46:55   8   booth where he was across from the screening nurse.  I saw
13:46:59   9   videos of Mr. Porio being taken into the jail, and in the
13:47:04  10   jail, and the next morning when he was evaluated by the
13:47:08  11   paramedics and transferred to the hospital.
13:47:08  12   BY MR. BURTON:
13:47:19  13    Q. And what conclusion, just in very general terms, did you
13:47:26  14   reach regarding Mr. Porio's physical state commencing with
13:47:35  15   the videos in the morning of October 16, 2021?
13:47:39  16              MR. SMITH:  Objection, it's vague, ambiguous,
13:47:42  17   overbroad, motion in limine 1, and unintelligible.
13:47:46  18              THE COURT:  It will be sustained as far as
13:47:49  19   conclusions as to what?  As to his physical condition, as to
13:47:53  20   his medical condition?
13:47:55  21              MR. BURTON:  Physical condition.
13:47:56  22              THE COURT:  Okay.  Overruled.
13:47:57  23              THE WITNESS:  So based on the videos that I
13:48:02  24   reviewed, it is very clear as a physician that Mr. Porio was
13:48:08  25   not his normal self, that he was unstable, he was off
```

```
13:48:14   1   balance, he was listing off to one side.  He was not fully
13:48:21   2   coherent.  He was not understanding and expressing his
13:48:26   3   thoughts accurately.  And all of these are very concerning
13:48:30   4   for an acute brain injury process.
13:48:30   5   BY MR. BURTON:
13:48:32   6   Q. And based on your review of all the records in this case,
13:48:38   7   did you reach a conclusion to a reasonable medical certainty
13:48:43   8   as to what was causing this abnormal behavior by Mr. Porio?
13:48:49   9   A. Is that question like after I have evaluated the records
13:48:54  10   or after I evaluated the videos?
13:48:56  11   Q. Both.
13:48:57  12   A. Sure.
13:48:59  13           So after evaluation of the videos, as I mentioned,
13:49:02  14   it is clear that this person, Mr. Porio, was not in his
13:49:08  15   baseline state of health, that there was an acute brain
13:49:12  16   injury process that was going on that needed to be evaluated
13:49:16  17   by further neurological testing and imaging.
13:49:19  18           THE COURT:  Just from the observations of the video,
13:49:21  19   you can make a medical diagnosis on this?  He's just asking
13:49:26  20   the video.
13:49:27  21           THE WITNESS:  Yes, sir.
13:49:27  22           THE COURT:  So you can make a medical diagnosis of
13:49:30  23   someone who projected that on a video as to what their
13:49:35  24   condition is?
13:49:36  25           THE WITNESS:  That they are not in their baseline
```

```
 1  13:49:38   medical state.
 2  13:49:39            THE COURT:  Okay.  Go ahead.
 3  13:49:42            THE WITNESS:  And after review of the medical
 4  13:49:44   records, and the ER admission, and the imaging, the
 5  13:49:49   conclusion is that Mr. Porio had acute strokes on both sides
 6  13:49:53   of his brain, and that was responsible for the pattern of
 7  13:49:58   symptoms and signs that he had been exhibiting earlier.
 8  13:50:00            THE COURT:  Okay.  I'm sorry.  That is based on the
 9  13:50:04   medical records?
10  13:50:04            THE WITNESS:  That's correct.
11  13:50:05            THE COURT:  The visual that you saw in the videos,
12  13:50:10   that is not what caused you to feel that, it's the medical
13  13:50:13   records that caused that?
14  13:50:13            THE WITNESS:  That's correct.
15  13:50:14            THE COURT:  You are saying what you saw in the
16  13:50:16   videos would be consistent with that diagnosis?
17  13:50:19            THE WITNESS:  Yes, sir.
18  13:50:19            THE COURT:  That sounds better.
19  13:50:20            Counsel, go ahead.
20  13:50:22            MR. BURTON:  Thank you, Your Honor.
21  13:50:22   BY MR. BURTON:
22  13:50:26    Q. Let's -- let's talk about this a minute, Doctor.
23  13:50:30            What exactly are strokes?
24  13:50:33    A. So strokes are like heart attacks, except they happen in
25  13:50:39   the brain.  That there is an interruption of blood supply to
```