# EXHIBIT E

Orange County Health Care Agency
550 N. Flower Street
Santa Ana, CA 92703

9/12/2023 9:24:47 AM PDT

## Treatments - PORIO, SHAWN 3215863

| Name | SIG | Ordered By | Start | Stop |
|---|---|---|---|---|
| VITAL SIGNS CHECK | treatment two times a day | Protocol Doctor MD | 10/16/2021 | 10/18/2021 |

PORIO, SHAWN (1785272) 3215863

COO 000084

Orange County Health Care Agency
550 N. Flower Street
Santa Ana, CA 92703

9/12/2023 9:24:47 AM PDT

## Immunizations - PORIO, SHAWN 3215863

| Name | Date | Lot # | Dose |
|---|---|---|---|
| SARS-COV-2 (COVID-19) vaccine, mRNA, spike protein, LNP, preservative free, 100 mcg/0.5mL dose or 50 mcg/0.25mL dose | 3/30/2021 | unk | .5 mL |
| SARS-COV-2 (COVID-19) vaccine, mRNA, spike protein, LNP, preservative free, 100 mcg/0.5mL dose or 50 mcg/0.25mL dose | 4/27/2021 | unk | .5 mL |

PORIO, SHAWN (1785272) 3215863

COO 000086

Orange County Health Care Agency
550 N. Flower Street
Santa Ana, CA 92703

9/12/2023 9:24:47 AM PDT

## Problems - PORIO, SHAWN 3215863

| Name | Date Identified | Date Resolved |
|---|---|---|
| Smoking Status: Unknown if ever smoked (Recode 9) | 10/16/2021 | 10/18/2021 |

Orange County Health Care Agency
550 N. Flower Street
Santa Ana, CA 92703

9/12/2023 9:24:47 AM PDT

## COMPREHENSIVE DETOX SCREEN - Completed by: yvette.barbari on 10/16/2021 9:57:11 AM PDT

**Patient:** PORIO, SHAWN
**DOB:** 3/3/1982 (Age=41)
**Housing:** IMCR-CR-CR-
**Status:** NOT ACTIVE
**#:** (1785272) 3215863
**Sex:** M
**Court Date:**
**Booking Date:** 10/16/2021 3:24:00 AM PDT
**Lang:**
**Race:** A
**Type:**
**Release:** 10/17/2021 11:04:51 AM

**1. How many days a week do you drink?**
- ● A. < 5
- ○ B. >=5

**2. How many drinks do you have each time you drink?**
- ○ A. <= 2
- ● B. 3 to 5
- ○ C. >5

**3. When you wake up the day after drinking do you experience?**
- ☐ A. Sweating
- ☐ B. Shaking in hands or body
- ☐ C. Feeling frightened or despair
- ☐ D. Alcohol relieves these symptoms
- ☐ E. Wanting or needing a drink
- ☑ F. None of these

**4. Do you have or are you experiencing:**
- ☐ A. Unable to sleep, anxious, nervous
- ☐ B. Tremors or shakes
- ☐ C. Sweating
- ☐ D. Palpitations
- ☐ E. Headaches
- ☐ F. Nausea, vomiting, diarrhea
- ☐ G. Hallucinations
- ☑ H. None of these

**5. Have you been through detox or treatment for your drinking?**

PORIO, SHAWN (1785272) 3215863

COO 000089

○ A. Yes
● B. No

**6. Have you ever had seizures or hallucinations after periods of abstaining from drinking?**

○ A. Yes
● B. No

**7. Do you have any of the following:**

☐ A. Liver Disease
☐ B. Lung Disease
☐ C. Heart Disease
☐ D. Diabetes
☐ E. Seizure Disorder
☑ F. None of these

**Techcare will make a recommendation based on above information**



Orange County Health Care Agency
550 N. Flower Street
Santa Ana, CA 92703

9/12/2023 9:24:48 AM PDT

# RECEIVING SCREENING - Completed by: yvette.barbari on 10/16/2021 10:02:44 AM PDT

**Patient:** PORIO, SHAWN  **#:** (1785272) 3215863  **Lang:**
**DOB:** 3/3/1982 (Age=41)  **Sex:** M  **Race:** A
**Housing:** IMCR-CR-CR-  **Court Date:**  **Type:**
**Status:** NOT ACTIVE  **Booking Date:** 10/16/2021 3:24:00 AM PDT  **Release:** 10/17/2021 11:04:51 AM

- ● Regular Booking
- ○ Marshal
- ○ State Hospital Return
- ○ Refusal

- ○ LA MARSHAL
- ○ SAN DIEGO MARSHAL

Arresting agency:

Have you ever been booked at the Orange County Jail?
- ☐ Yes
- ☑ No

If yes, when?

## The following checked items were completed:

- ☐ eMAR reviewed
- ☐ Flags/problem list reviewed
- ☐ Transfer records reviewed
- ☐ No history on record

Do you have any medical or mental health conditions that you would like to speak with someone in private?
- ☐ Yes
- ☑ No

If yes, details:

## What is your primary language?

- ☑ English
- ☐ Spanish
- ☐ Farsi
- ☐ Vietnamese
- ☐ Chinese-Cantonese
- ☐ Chinese-Mandarin
- ☐ Korean
- ☐ Other: see below

Other:

PORIO, SHAWN (1785272) 3215863                                    COO 000091

Translator/Interpreter Services Used

- ☐ Yes
- ☑ No

Do you have health insurance?

- ☐ Yes
- ☑ No

☐ Private: (PPO/POS/HMO)    ☐ MediCare    ☐ Medi-Cal

Do you have an Advanced Healthcare Directive?

- ☐ Yes
- ☑ No

**Have you had or do you currently have any of the following medical conditions/problems?**

| | | |
|---|---|---|
| ☑ None | ☐ Coronary Artery Disease(CAD) | ☐ Cancer |
| ☐ Seizure Disorder | ☐ Congestive Heart Failure (CHF) | ☐ HIV/AIDS |
| ☐ Asthma | ☐ Valve Disease | ☐ Chicken Pox/Shingles |
| ☐ COPD | ☐ Hypertension | ☐ Tuberculosis |
| ☐ Thyroid Disease | ☐ TIA/Stroke | ☐ Diabetes |
| ☐ Liver Disease/Hepatitis | ☐ Kidney Failure/Dialysis | ☐ Other: see below |

Other details:

Are you sexually active?

- ☐ Yes
- ☑ No

**Partners are:**

☐ Male    ☐ Female    ☐ Both (Male/Female)

Are you transgender?

- ☐ Yes
- ☑ No

If yes, what is your gender self-identification?

If yes, what transitional related care have you had?

Do you have any allergies to food or medications?

- ☐ Yes
- ☑ No

Current Allergies

PORIO, SHAWN (1785272) 3215863    COO 000092

No Known Drug Allergy

☑ Allergy information verified with inmate

Are you currently taking or have you been prescribed any medications?

☐ Yes
☑ No

| Medication | Strength | Filling Pharmacy | Address | Phone Number | Frequency | Last Dose | Last Fill Date |
|---|---|---|---|---|---|---|---|

☐ Patient Refused

| BP | Temp | Pulse | Resp | SaO2 | BS | Pain | Height(ft) | Height(in) |
|---|---|---|---|---|---|---|---|---|
| 118 / 78 | 98.3 | 87 | 17 | 97 | | 0 | 0 | 0 |

| Weight | BMI | MAP |
|---|---|---|
| | | 91.33 |

Have you been admitted to a hospital in the past year for a medical reason?

☐ Yes
☑ No

Details:

Have you ever had a serious infectious disease like: chickenpox, tuberculosis, mumps or measles?

☐ Yes
☑ No

Details:

Have you recently been exposed to anyone with an infectious disease?

☐ Yes
☑ No

Details:

Do you currently have any unexplained rashes on your body?

☐ Yes
☑ No

Details:

Have you had a cough for more than two weeks?

☐ Yes
☑ No

**If yes, have you experienced:**

Unexplained weight loss (more than 5 pounds)

☐ Yes

PORIO, SHAWN (1785272) 3215863                                                    COO 000093

☐ No

Night sweats

☐ Yes

☐ No

Fever

☐ Yes

☐ No

Chronic fatigue

☐ Yes

☐ No

Coughing up blood

☐ Yes

☐ No

Do you currently have of recently had a fever/chills/bodyaches

☐ Yes

☑ No

**If yes, have you experienced:**

Cough, runny nose, congestion

☐ Yes

☐ No

Swollen, puffy cheeks or jaw

☐ Yes

☐ No

Rash (diffuse or blister type)

☐ Yes

☐ No

Rash that started on head or face and moved down your body

☐ Yes

☐ No

Have you recently been in the Middle East or had contact with someone with Middle East Respiratory Syndrome (MERS)?

☐ Yes

☑ No

PORIO, SHAWN (1785272) 3215863                                COO 000094

a. Do you currently have or recently had a fever/chills/bodyaches?

☐ Yes

☐ No

b. Do to have a cough, runny nose or congestion?

☐ Yes

☐ No

Have you recently fainted or had a LOC (e.g. coma, concussion) in the past 72 hours?

☐ Yes

☑ No

Details:

Medically cleared at:

Do you have any urgent dental problems?

☐ Yes

☑ No

Details:

Have you ever had difficulties learning?

☐ Yes

☑ No

Details:

Do you have difficulties reading or writing?

☐ Yes

☑ No

Details:

Have you ever had difficulties understanding written information?

☐ Yes

☑ No

Details:

Have you ever received help for a developmental disability or a learning disability, or received services at a Regional Center?

☐ Yes

☑ No

Details:

**CONSIDER ADA FOR THE FOLLOWING FOUR (4) QUESTIONS**

PORIO, SHAWN (1785272) 3215863

Have you ever had a head injury or head surgery that affected your activities of daily living?

- [ ] Yes
- [x] No

Details:

Is your mobility or dexterity restricted due to bandages, cast, deformity, splints, or injury?

- [ ] Yes
- [x] No

Details:

Do you have any visual, hearing, speech impairments?

- [ ] Yes
- [x] No

Details:

### Do you require any assistive devices?

| | | |
|---|---|---|
| ☐ Cane | ☐ Prosthetic | ☐ Dentures |
| ☐ Assistive Implanted Devices | ☐ Crutches | ☐ Brace |
| ☐ Hearing Aids | ☐ Hard/Soft/Silicone Contacts | ☐ Walker |
| ☐ Wheelchair | ☒ Glasses | ☐ Other:(see below) |

Other Details: NOT WEARING THEM

### SUBSTANCE ABUSE AND ALCOHOL SCREENING:

### Tobacco History:

- ● Unknown if ever smoked
- ○ Never a Smoker
- ○ Former Smoker
- ○ Smoker, current status unknown
- ○ Regularly smokes every day
- ○ Smokes periodically but consistently

- ○ Smoked > 100 cigarettes in lifetime
- ○ Smoked < 100 cigarettes in lifetime

### Alcohol History:

Are you using Alcohol?

- [x] Yes
- [ ] No

When was your last drink?

PORIO, SHAWN (1785272) 3215863                                          COO 000096

When was your last drink?

- ◉ < 12 hours
- ○ 12-48 hours
- ○ 2-6 days
- ○ 7-8 days
- ○ > 8 days

**Substance Abuse History:**

Are you currently using any drugs by injection?
- ☐ Yes
- ☑ No

Are you currently using any of the following street drugs?
- ☐ Yes
- ☑ No

- ☐ Cannabis: marijuana, pot, weed, grass, hash, chronic, reefer
- ☐ Amphetamines: speed, ecstasy, molly, x, crank, crystal meth, ice
- ☐ Cocaine: crack, snow, sugar, white powder
- ☐ Hallucinogens: LSD, acid, mushrooms, PCP, ketamine, special K
- ☐ Inhalants: nitrous, glue, paint thinner, petrol
- ☐ None
- ☐ Other: see below

Other:

Are you using heroin?
- ☐ Yes
- ☑ No

**If yes, when did you last use?**

- ○ < 12 hours
- ○ 12-48 hours
- ○ 2-6 days
- ○ 7-8 days
- ○ > 8 days

Do you use opiate pain relieving prescription medications just for the feeling, more than prescribed, or that were not prescribed for you?
- ☐ Yes
- ☑ No

**If yes, indicate medication(s):**

- ☐ Fentanyl
- ☐ Percocet
- ☐ Vicodin
- ☐ Oxycontin
- ☐ Morphine
- ☐ Lortab
- ☐ Norco
- ☐ Oxycodone
- ☐ Other: see below

Other:

## When did you last use?

- ○ < 12 hours
- ○ 12-48 hours
- ○ 2-6 days
- ○ 7-8 days
- ○ > 8 days

Are you receiving methadone from a clinic?
- ☐ Yes
- ☒ No

## If yes, indicate clinic location, current dose, and if on detox or maintenance

Details:

Are you currently receiving buprenorphine (Subutex) prescribed by a doctor?
- ☐ Yes
- ☒ No

## If yes, name of physician and pharmacy dispensing buprenorphine

Details:

Are you taking benzodiazepines?
- ☐ Yes
- ☒ No

## If yes, indicate medication(s):

- ☐ Xanax (alprazolam)
- ☐ Ativan (lorazepam)
- ☐ Restoril (temazepam)
- ☐ Klonopin (clonazepam)
- ☐ Valium (diazepam)
- ☐ Other: see below
- ☐ Serax (oxazepam)
- ☐ Librium (chlordiazpoxide)

Other:

## When did you last use?

- ○ < 12 hours
- ○ 12-48 hours
- ○ 2-6 days

- ○ 1-2 weeks
- ○ > 2 weeks

Have you swallowed or placed a baggie of medication/drugs into a body cavity?

- ☐ Yes
- ☑ No

## MENTAL HEALTH:

Have you ever been diagnosed with any mental health problems?

- ☐ Yes
- ☑ No

Details:

Have you ever received counseling, prescribed medications, or been hospitalized for mental health issues?

- ☐ Yes
- ☑ No

Details:

Have you ever had ideations or attempts of self-harm or killing yourself?

- ☐ Yes
- ☑ No

### When was the last time you thought of hurting or killing yourself?

Details:

Are you currently wanting to hurt or kill yourself?

- ☐ Yes
- ☐ No

Are you having any thoughts of wanting to hurt someone at this time?

- ☐ Yes
- ☑ No

Details:

Do you ever hear voices or see things that others do not hear/see?

- ☐ Yes
- ☑ No

Details:

Do you believe that someone can control your mind?

- ☐ Yes

PORIO, SHAWN (1785272) 3215863

COO 000099

☑ No

Details:

Have you ever been the victim of physical abuse?

☐ Yes
☑ No

Details:

Is this experience currently causing significant distress or impairment in your life?

☐ Yes
☐ No

If you have been a victim of sexual assault or have been sexually abusive towards others, you can be referred to mental health services. Would you like to be referred?

☐ Yes
☑ No

Do you feel you are currently in danger of being physically or sexually assaulted?

☐ Yes
☑ No

Details:

Do you know of any reason why you cannot work in jail?

☐ Yes
☑ No

Details:

Is there anything else you would like to tell us about your health?

☐ Yes
☑ No

**OBSERVATION:**

Does the inmate appear to have barriers to communication?

☐ Yes
☑ No

Details:

ABNORMAL PHYSICAL APPEARANCE:

☐ Yes
☑ No

☐ Excessive Sweating          ☐ Malnourished          ☐ Unkempt

- ☐ Breathing (persistent cough, hyperventilation)
- ☐ Other: see below

Other:

PHYSICAL DISABILITIES:

- ☐ Yes
- ☑ No

- ☑ None
- ☐ Low Vision*
- ☐ Hearing
- ☐ Communicating
- ☐ Mobility: LUE
- ☐ Mobility: RUE
- ☐ Mobility: LLE
- ☐ Mobility: RLE

**\*Low vision is a visual impairment, not corrected by standard eyeglasses, contact lenses, medication, or surgery, which interferes with the ability to perform everyday activities**

DIFFICULTY WITH COGNITION:

- ☐ Yes
- ☑ No

- ☐ Forming Speech
- ☐ Comprehension
- ☐ Focusing or concentration

ABNORMAL BEHAVIOR/THOUGHT PROCESS:

- ☐ Yes
- ☑ No

- ☐ Agitated
- ☐ Answers questions inappropriately
- ☐ Agressive
- ☐ Lacks response when asked questions
- ☐ Other: see below

Other:

Are there any emotional attributes that are inappropriate to the current situation?

- ☐ Yes
- ☑ No

Details:

Is the inmate unconscious or showing signs of illness, injury, or bleeding, pain, or other symptoms implying need for emergency medical referrals?

- ☐ Yes
- ☑ No

Details:

Are there any obvious signs of abrasions, abscesses, bruises, cuts, infection, needle marks, rash, skin lesions, trauma or head lice?

- ☐ Yes
- ☑ No

Details:

Does the inmate appear to be unsteady, confused, lethargic, and/or stuporous or has slurred speech or tremors?

- ☐ Yes
- ☑ No

Details:

Is the inmate oriented to person, place or time?

- ☑ Yes
- ☐ No

Details:

Does the inmate appear to be hearing voices, seeing things that are not there, or overly suspicious/paranoid?

- ☐ Yes
- ☑ No

Details:

Is the inmate incoherent or verbally non-responsive

- ☐ Yes
- ☑ No

Details:

Does the arresting/transferring officer believe this inmate may be a suicide risk?

- ☐ Yes
- ☑ No

Details:

## DISPOSITION:

### Cleared for Work:

| | | |
|---|---|---|
| ☐ General | ☐ Kitchen | ☐ No Kitchen |
| ☐ Light Duty/No Kitchen | ☐ No Work | ☑ Hold for Follow-up/Recheck on Date: |

Calendar 10/23/2021

### Treatment Plan Refer to:

| | | |
|---|---|---|
| ☐ Triage Prescriber Referral | ☐ Mental Health Triage Referral | ☐ Medical Case Management Sick Call |
| ☐ Medical Referral | ☐ Mental Health Referral | |

Reason for Mental Health Referral:

Reason for Triage Prescriber Referral:

### Facility Transfer:

PORIO, SHAWN (1785272) 3215863

**Theo Lacy:**

- ⦿ Yes
- ○ No

**James Musick:**

- ○ Yes
- ○ No

☐ Authorization to Release Health Information

☐ Authorization to Release Mental Health/Substance Abuse Information

Details:

Additional Brief Pertinent Comments:

PT ANSWERING FEW QUESTIONS DUE TO ETOH INTOX, DENIES MED OR MH HX

PLACED ON TX FOR CIWA AR, TO REFER PRN

PATIENT A/O X 3 SHOWING NO SIGNS OF DISTRESS OR DISCOMFORT AT THIS TIME

COVID 19 VACCINE OFFERED AND RECEIVED MODERN X 2

COVID -19 SCREEN DONE, DENIES SYMPTOMS, FACE MASK ON.

FLU VACCINE OFFERED AND HE DECLINED FOR NOW

EDUCATED ON PREVENTION AND SPREAD OF COVID 19

ADVISED IMMS PRN WHEN HOUSED-PT NODDED IS HEAD THAT HE UNDERSTOOD

Total CIWA-Ar Score

0

Total CIWA-Ar Score

0

Total CIWA-Ar Score

0