# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| Case No. | 8:22-cv-00812-RGK-ADS | | Date | January 21, 2025 |
|---|---|---|---|---|
| Title: | Shawn R. Porio v. Yvette Barbari, RN | | | |

Present: The Honorable    R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Fattahi/Dale Galipo | Frank Harrell/G.Craig Smith |

_____ Day Court Trial    1st _____    Day Jury Trial

_____ One day trial:  X  Begun (1st day);  X  Held & Continued; _____ Completed by jury verdict/submitted to court.

X  The Jury is impaneled and sworn.

X  Opening statements made by    Plaintiff and Defendant

X  Witnesses called, sworn and testified.    X  Exhibits Identified    X  Exhibits admitted.

_____ Plaintiff(s) rest.    _____ Defendant(s) rest.

_____ Closing arguments made by    _____ plaintiff(s)    _____ defendant(s).    _____ Court instructs jury.

_____ Bailiff(s) sworn.    _____ Jury retires to deliberate.    _____ Jury resumes deliberations.

_____ Jury Verdict in favor of    _____ plaintiff(s)    _____ defendant(s) is read and filed.

_____ Jury polled.    _____ Polling waived.

_____ Filed Witness & Exhibit Lists    _____ Filed jury notes.    _____ Filed jury instructions.

_____ Judgment by Court for    _____ plaintiff(s)    _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by    _____ plaintiff(s)    _____ defendant(s).

_____ Case submitted.    _____ Briefs to be filed by

_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to    1/22/2025, AT 8:30 am    for further trial/further jury deliberation.

X  Other:    As more fully reflected on the record, the Court rules on evidentiary issues and denies plaintiff's request for an extension of time. Plaintiff's request for a larger jury panel is denied. The Court rules on Motions in Limine as follows: DMIL1 [260] is granted. DMIL 2 [261] is denied. DMIL 3 [262] is denied.

4  :  33

Initials of Deputy Clerk    JRE

cc: