UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:22-cv-00812-RGK-ADS |
| Title: | Shawn R. Porio v. Yvette Barbari, RN |
| Date | January 22, 2025 |

Present: The Honorable  R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Fattahi/Dale Galipo | Frank Harrell/G.Craig Smith |

\_\_\_ Day Court Trial      2nd Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   X Held & Continued;   \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by
X   Witnesses called, sworn and testified.   X Exhibits Identified   X Exhibits admitted.
X   Plaintiff(s) rest.   X Defendant(s) rest.
X   Closing arguments made by   X plaintiff(s)   X defendant(s).   \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.   \_\_\_ Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
\_\_\_ Jury Verdict in favor of   \_\_\_ plaintiff(s)   \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.   \_\_\_ Polling waived.
\_\_\_ Filed Witness & Exhibit Lists   \_\_\_ Filed jury notes.   \_\_\_ Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X   Case continued to   1/23/2025, at 8:30 am   for further trial/further jury deliberation.
X   Other:   Plaintiff's request regarding blood alcohol evidence is denied. Plaintiff's request for Relief from Time Limitation [284] is granted. Each party may have 15 additional minutes. Additional time also given re last defense witness.

                                                                    05 : 31
                                        Initials of Deputy Clerk   JRE

cc: