UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 8:22-cv-00812-RGK-ADS |
| Title: | Shawn R. Porio v. Yvette Barbari, RN |
| Date | January 23, 2025 |

Present: The Honorable  R. Gary Klausner, U.S. District Judge

| Joseph Remigio | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| John Fattahi/Dale Galipo | Frank Harrell/G.Craig Smith |

\_\_\_ Day Court Trial   3rd Day Jury Trial

\_\_\_ One day trial:   \_\_\_ Begun (1st day);   \_\_\_ Held & Continued;   X Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by _____
\_\_\_ Witnesses called, sworn and testified.   \_\_\_ Exhibits Identified   \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.   \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).   X Court instructs jury.
X Bailiff(s) sworn.   X Jury retires to deliberate.   \_\_\_ Jury resumes deliberations.
X Jury Verdict in favor of   \_\_\_ plaintiff(s)   X defendant(s) is read.
X Jury polled.   \_\_\_ Polling waived.
X Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.
\_\_\_ Judgment by Court for   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_ plaintiff(s)   \_\_\_ defendant(s).
\_\_\_ Case submitted.   \_\_\_ Briefs to be filed by _____
\_\_\_ Motion to dismiss by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for mistrial by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by _____ is \_\_\_ granted.   \_\_\_ denied.   \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
X Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
\_\_\_ Case continued to _____ for further trial/further jury deliberation.
X Other:   Any remaining motions due by Wednesday, 1/29/2025. Oppositions thereto due Monday, 2/3/2025.

_____ : 24

Initials of Deputy Clerk   JRE

cc: