UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**REDACTED**

| | |
|---|---|
| SHAWN R. PORIO, ) | CASE NO: 8:22-cv-00812-RGK-ADSx |
| ) | |
| Plaintiff(s), ) | JURY NOTE NUMBER __1__ |
| -vs- ) | |
| ) | Today's Date: 1/23/25 |
| YVETTE BARBARI, RN ) | |
| ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

✓     THE JURY HAS REACHED AN UNANIMOUS VERDICT

___     THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

SIGNED: **Signature redacted by the Court**

FOREPERSON OF THE JURY