## LIST OF EXHIBITS AND WITNESSES

| Case Number | 8:22-cv-00812-RGK-ADS | Title | Shawn R. Porio v. City of Tustin et al |
|---|---|---|---|
| Judge | R. Gary Klausner | | |
| Dates of Trial or Hearing | 1/21/25; 1/22/25; 1/23/25 | | **FILED** CLERK, U.S. DISTRICT COURT 1/23/2025 CENTRAL DISTRICT OF CALIFORNIA BY: ___ **JRE** ___ DEPUTY |
| Court Reporters or Tape No. | Amy Diaz | | |
| Deputy Clerks | Joseph Remigio | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| John Fattahi | Frank Harrell |
| Dale Galipo | G. Craig Smith |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | SEE ATTACHED FOR LIST OF WITNESSES | |
| | | | | | | AND EXHIBITS CALLED AND ADMITTED AT | |
| | | | | | | TRIAL | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

'John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300

John Fattahi, State Bar No. 247625
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiff Shawn R. Porio*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF TUSTIN, et al.,<br><br>　　　　Defendants. | Case No. 8:22-CV-00812 RGK (ADSx)<br><br>**JOINT WITNESS LIST**<br><br>Trial Date: December 3, 2024<br><br>Time: 9:00 a.m. |

## JOINT WITNESS LIST

Pursuant to L.R. 16-5 and the Court's Order for Jury Trial, the parties hereby disclose the following list of witnesses whom they intend to call during the trial of this matter, except for impeachment. The Joint Witness List contains a brief statement of the testimony for each witness, what makes the testimony unique from any other witness testimony, and the time estimate for such testimony. The parties reserve the right to amend or supplement this list subject to the Court's approval.

1.   Plaintiff Shawn R. Porio. Subjects include: Plaintiff's actions that he
     remembers before having a stroke while driving home on the morning of
     10/16/21, Plaintiff's injuries, damages, and medical treatment and
     rehabilitation, except that he does not recall or is not able to
     communicate.          **1/22/25**

     Pl.'s Time: 20 minutes

     Defs.' Time: 2.5 hrs

2.   Rosemarie Gonzalez. Subjects include: Plaintiff's injuries, damages, and
     medical treatment and rehabilitation, except that she does not recall or of
     which she has no personal knowledge.

     Pl.'s Time: 15 minutes

     Defs.' Time: .75

3.   John Gonzalez. Subjects include: Plaintiff's injuries, damages, and medical
     treatment and rehabilitation, except that he does not recall or of which he
     has no personal knowledge.          **1/22/25**

     Pl.'s Time: 40 minutes

     Defs.' Time: 40 minutes

4.   Ireneo Flores. Subjects include: Plaintiff's condition from approximately 6
     am to 10:20 am on 10/16/21.          **1/21/25**

     Pl.'s Time: 15 minutes

     Defs.' Time: 30 minutes1/21/2025

5.    Yvette Barbari, RN.[1] Subjects include: Nurse Barbari's medical receiving screening of Plaintiff on 10/16/21, Plaintiff's condition during the screening, Barbari's disposition of Plaintiff into general population with only an order to take vital signs every 12 hours.    **1/21/25**

Pl.'s Time: 60 minutes

Defs.' Time: 1.5 hrs

6.    Jennifer Broadwater, RN. Subjects include: County of Orange's policies, customs, and practices regarding medical receiving screening, neurological nursing assessments.    **1/21/25**

Pl.'s Time: 15 minutes

Defs.' Time: 30 minutes

7.    Deputy Cameron Griggs. Subjects include: Layout of the jail, Plaintiff's processing at the jail from approximately 10:10 am until 10:17 am on 10/16/21.    **1/21/25**

Pl.'s Time: 10 minutes

Defs.' Time: 10 minutes

8.    Deputy Jose Salinas. Subjects include: Layout of the jail, Plaintiff's processing at the jail from approximately 12:04 am until 12:17 am on 10/17/21.

Pl.'s Time: 15 minutes

Defs.' Time: 10 minutes

9.    Homer Venters, MD. Subjects include: Correctional healthcare training, standards, and practices applicable to Plaintiff's obvious medical needs, deficiencies in Nurse Barbari's care of Plaintiff, proper screening and correctional medical care under the circumstances.    **1/22/25**

---

[1] Defendant has agreed to produce County-affiliated witnesses at trial upon reasonable request, without the need for formal service of a subpoena.

Pl.'s Time: 60 minutes

Defs.' Time: 1 hrs

10.   Taylor Kuhn, PhD. Subjects include: Plaintiff's neuropsychological

condition and damages.        **1/22/25**

Pl.'s Time: 30 minutes

Defs.' Time: 30 minutes

11.   Chitra Venkatasubramanian, MD. Subjects include: Progression of

Plaintiff's stroke symptoms on 10/16/21-10/17/21, harm caused by

delayed stroke treatments including development of new strokes and

expansion of existing strokes caused by Nurse Barbari's delay, treatments

that would have substantially bettered Plaintiff's prognosis and were later

provided, rebuttal to Defendant's expert Dr. Hemmen.

Pl.'s Time: 45 minutes        **1/22/25**

Defs.' Time: 45 minutes

12.   *Plaintiff's witnesses who would be called only if the parties cannot agree

on stipulations of fact. Proposed stipulations were discussed at the L.R.

16-2 pretrial meeting and are the subject of pending discussions. Each of

these witnesses would be called for less than 10 minutes each:

   a.   Nandlal Dudhat, Kelly Brown, FAA, Jennifer Jimenez, FAA,

Vanessa Meneses, FAA: Authentication and accuracy of toxicology

testing.

   b.   Briana Iniguez, RN, Deputy R. Smith, Daniel Bergmann, RN:

Authentication and accuracy of their reports and medical records

regarding Plaintiff's detention at the jail.

   b.   Nicholas Del Bocchio, RN, Melissa Rudolph, MD, Amir Shokrae,

MD, Krista Vo, MSW, Amir Ghiassi, MD, Peter Smethurst, MD,

Lupe Ramos, NP, Venus Ramos, MD, Audrey Huang, MD, Daniel

Zehler, PsyD, Venus Orden, PT, Josephine Lee, OT, Robin Roope,

SLP, Lauren Lewis, SLP, Mojtaba Sabahi, MD, Kim West, NP, Jose Javier, RN, Kenya Gomez-Tydor, SLP: Authentication and accuracy of their medical records regarding Plaintiff's care after he was discharged from the jail.

13.     Thomas M. Hemmen, MD, MBA, Ph.D. Subjects include: Plaintiff's neurological condition at the Orange County Jail and his resulting outcome.                                    **1/22/25**

Defs.' Time: 60 minutes

Pl.'s Time: 45 minutes

14.     Kathryn J. Wild, RN, MPA, CCHP, RN. Subjects include: The reasonableness of the care provided to Plaintiff, healthcare personnel's adherence to the standard of care in the correctional health setting, and whether healthcare personnel disregarded Plaintiff's healthcare needs.

Defs.' Time: 60 minutes

Pl.'s Time: 60 minutes

15.     Andrew H. Woo, MD, Ph.D. Subjects include: Dr. Woo's medical observations and any diagnoses thereof of Plaintiff during Plaintiff's Neurologic Medical exam taken on May 30, 2024.

16.     Brianna Iniguez, Comprehensive Care Nurse. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 15 minutes

Pl.'s Time: 10 minutes

17.     Amanda Bleicher, RN. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 15 minutes

Pl.'s Time: 10 minutes

18.    Jennifer Maya, RN. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

19.    Daniel Bergmann, RN. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

20.    Melissa A. Rudolph, MD. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

21.    Nicholas M. De Boccio, RN. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

22.    Mark Masotto, MD. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

23.    Amir H. Shokrae, MD. Subjects include: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

24.     Peter Smethurst, MD. Subjects include: The medical treatment
provided to Plaintiff, observations of Plaintiff and information
contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

25.     Amir Ghiassi, MD. Subjects include: The medical treatment provided
to Plaintiff, observations of Plaintiff and information contained in
Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

26.     Teresa Zanaboni, Registered Respiratory Therapist. Subjects include:
The medical treatment provided to Plaintiff, observations of Plaintiff
and information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

27.     Regina Richardson, RN. Subjects include: The medical treatment
provided to Plaintiff, observations of Plaintiff and information
contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

28.     Lupe M. Ramos, Nurse Practitioner. Subjects include: The medical
treatment provided to Plaintiff, observations of Plaintiff and
information contained in Plaintiff's medical records.

Defs.' Time: 20 minutes

Pl.'s Time: 10 minutes

29.     Amirphasha Ehsan, MD. Subjects include: The medical treatment

1      provided to Plaintiff, observations of Plaintiff and information

2      contained in Plaintiff's medical records.

3      Defs.' Time: 20 minutes

4      Pl.'s Time: 10 minutes

5      30.     Behnam Kaleghi, MD. Subjects include: The medical treatment

6      provided to Plaintiff, observations of Plaintiff and information

7      contained in Plaintiff's medical records.

8      Defs.' Time: 20 minutes

9      Pl.'s Time: 10 minutes

10      31.     Michael Gordon Muhonen, MD. Subjects include: The medical

11      treatment provided to Plaintiff, observations of Plaintiff and

12      information contained in Plaintiff's medical records.

13      Defs.' Time: 20 minutes

14      Pl.'s Time: 10 minutes

15      32.     Dan Vu, MD. Subjects include: The medical treatment provided to

16      Plaintiff, observations of Plaintiff and information contained in

17      Plaintiff's medical records.

18      Defs.' Time: 20 minutes

19      Pl.'s Time: 10 minutes

20      33.     Michael Forino, MD. Subjects include: The medical treatment provided

21      to Plaintiff, observations of Plaintiff and information contained in

22      Plaintiff's medical records.

23      Defs.' Time: 20 minutes

24      Pl.'s Time: 10 minutes

25      34.     Joon Kim, MD. Subjects include: The medical treatment provided to

26      Plaintiff, observations of Plaintiff and information contained in

27      Plaintiff's medical records.

28      Defs.' Time: 20 minutes

1          Pl.'s Time: 10 minutes

2     35.   Mahmood Razavi, MD. Subjects include: The medical treatment

3          provided to Plaintiff, observations of Plaintiff and information

4          contained in Plaintiff's medical records.

5          Defs.' Time:  20 minutes

6          Pl.'s Time: 10 minutes

7     36.   Christopher Lee, MD. Subjects include: The medical treatment

8          provided to Plaintiff, observations of Plaintiff and information

9          contained in Plaintiff's medical records.

10         Defs.' Time: 20 minutes

11         Pl.'s Time: 10 minutes

12    37.   Melissa Guerrero, Speech Pathologist. Subjects include: The medical

13         treatment provided to Plaintiff, observations of Plaintiff and

14         information contained in Plaintiff's medical records.

15         Defs.' Time: 30 minutes

16         Pl.'s Time: 10 minutes

17    38.   ** Defendants' Witnesses who will only be called as needed include

18         the following and will testify for less than 15 minutes each (Plaintiff

19         estimates needing less than 10 minutes each if Defendant calls these

20         witnesses):

21              a. Brent Pardoen, OCFA, David Phelan, OCFA, Joseph Wingert, Jr.,

22                 OCFA, Ted Hwang, OCFA, Edwin Urias, Tustin PD, Christopher

23                 Peterson, Tustin PD, Hayden Newman, Tustin PD, Michael

24                 Wagner, Tustin PD: The treatment of and provided to Plaintiff,

25                 observations of Plaintiff and information contained in the relevant

26                 records of OCFA and Tustin PD.

27              b. Kenya Gomez-Tydor, MA CCC-SLP, Munther Hijazin, MD,

28                 Mojtaba Sabani, Alex Res Jang, MD, Kevin Sun, OT, Devin

Morris, MD, Sindalisa Hean, MD: The medical treatment provided to Plaintiff, observations of Plaintiff and information contained in Plaintiff's medical records.

Additional information regarding anticipated witnesses who may provide expert testimony will be disclosed pursuant to the Court's Order for Jury Trial.

Respectfully submitted,

DATED:  October 28, 2024          THE LAW OFFICES OF JOHN BURTON
                                  LAW OFFICE OF JOHN FATTAHI


                                  By_____/s/ John Fattahi_____
                                      John Fattahi
                                      *Attorneys for Plaintiff*


DATED:  October 28, 2024          Respectfully submitted,

                                  **LYNBERG & WATKINS**



                                  By: */s/ G. Craig Smith*_____
                                      **S. FRANK HARRELL**
                                      **TAMARA L. HEATHCOTE**
                                      **G. CRAIG SMITH**
                                      Attorneys for Defendants COUNTY OF
                                      ORANGE and YVETTE BARBARI, R.N.

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300

Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

John Fattahi, State Bar No. 247625
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Boulevard, Suite 500
Torrance, CA 90503
Tel: (424) 999-5579

*Attorneys for Plaintiff Shawn R. Porio*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN,<br><br>Defendant. | Case No. 8:22-CV-00812 RGK (ADSx)<br><br>**AMENDED JOINT EXHIBIT LIST**<br><br>Trial Date: January 21, 2025<br><br>Time: 9:00 a.m. |

## AMENDED JOINT EXHIBIT LIST

Pursuant to the Court's Order for Jury Trial and L.R. 16-6.1, the parties hereby

list the exhibits that they may use during the trial of this matter, except for

impeachment. The list contains any objections to authenticity and/or admissibility and

the reasons for the objections. Exhibits that the parties may offer if the need arises are designated with an asterisk.

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
|  | **Plaintiff's Exhibit Nos. 1-199** |  |  |  |
| 1 | Crime Report |  |  | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901), Hearsay (Fed. R. Evid. 801 and 802) |
| 2A | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 6:58 am on 10/16 (with audio) (USB) |  |  | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 2A1 | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 6:58 am on 10/16—Clip (with audio) (USB) |  |  | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 2A2 | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 7:00 am on 10/16—Clip (with audio) (USB) |  |  | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 2A3 | Flores Video of Plaintiff at Tustin PD Sally Port - Admonitions at 7:01 am on 10/16—Clip (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 2B | Flores Video of Plaintiff at Tustin PD Sally Port - Blood Draw at 8:49 am (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3A | Jail Surveillance Video - Porio Through Parking Lot at 9:40 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3B | Jail Surveillance Video - Porio Entering Triage at 9:50 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3M | Jail Surveillance Video - Triage Booth 2 at 9:48 am (USB) | 1/21/25 | 1/21/25 | |
| 3M1 | Jail Surveillance Video - Triage Booth 2 at 9:48 am—Clip (USB) | 1/21/25 | 1/21/25 | |
| 3M2 | Jail Surveillance Video - Triage Booth 2 at 9:56 am—Clip (USB) | | | |
| 3M3 | Jail Surveillance Video - Triage Booth 2 at 9:58 am—Clip (USB) | 1/21/25 | 1/21/25 | |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 3MM | Jail Surveillance Video - Porio Exiting Triage at 10:00 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3N | Jail Surveillance Video - Uncuff at 10:11 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3N1 | Jail Surveillance Video - Uncuff at 10:11 am—Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3NN | Jail Surveillance Video - Porio Falls at 11:59 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3NN1 | Jail Surveillance Video - Porio Falls at 11:59 am—Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 3O | Jail Surveillance Video – Removed from PM4 at 12:48 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3P | Jail Surveillance Video – First Photo at 12:49 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3Q | Jail Surveillance Video - Walking Back at 12:52 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3R | Jail Surveillance Video - Porio Put in Cell PM2 at 12:52 pm (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3S | Jail Surveillance Video - Porio Taken Out of Cell PM2 at 12:02 am on 10/17 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

Case No.  8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 3T | Jail Surveillance Video - Porio Brought Through Hallway at 12:04 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3U | Jail Surveillance Video - Porio Brought Through Hallway at 12:04 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3V | Jail Surveillance Video - Porio at Medical Bench at 12:04 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3X | Jail Surveillance Video - Fingerprint at 12:13 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3Y | Jail Surveillance Video - Photo at 12:16 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 3Z | Jail Surveillance Video - Porio Put Back in Cell at 12:24 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3ZZ | Jail Surveillance Video - Porio Brought to Medical Area at 7:30 am (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 3ZZ 1 | Jail Surveillance Video - Porio Brought to Medical Area at 7:30 am—Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 4 | Jail Handheld Video - Man Down (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 4A | Jail Handheld Video - Man Down—Clip (with audio) (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 5 | Arrest Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901), Hearsay (Fed. R. Evid. 801 and 802) |
| 12A | Screenshot - Porio at TPD 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 12B | Screenshot - Porio at TPD 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13A | Screenshot - Parking Lot | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13B | Screenshot - Going Into Triage Booth | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

Case No. 8:22-CV-00812 RGK (ADSx)
JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 13C | Screenshot - Triage Booth 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13D | Screenshot - Triage Booth 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13E | Screenshot - Going Out of Triage Booth | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13F | Screenshot - Uncuff 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901), Hearsay (Fed. R. Evid. 801 and 802) |
| 13G | Screenshot - Uncuff 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

Case No. 8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 13H | Screenshot - Uncuff 3 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13I | Screenshot - Fall 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13J | Screenshot - Fall 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13K | Screenshot - Fall 3 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403) |
| 13L | Screenshot - Put in Cell | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13M | Screenshot - Removed from Cell | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 13N | Screenshot - Leading to Uncuff Area 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13O | Screenshot - Leading to Uncuff Area 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13P | Screenshot - Medical Bench | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13Q | Screenshot - Medical Worker 1 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13R | Screenshot - Medical Worker 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 13S | Screenshot - Wheelchair | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13T | Screenshot - Fingerprint | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 13U | Screenshot - Photo | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 14 | DMV Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 15 | Chemical Test Admonition | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 16 | Custody and Courts Operations Manual 2021-02-04 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17 | OCHCA CHS Policies and Procedures - 1011, 6100, 6101, 6151 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17A | OCHCA CHS Policies and Procedures - 1011 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17B | OCHCA CHS Policies and Procedures - 6100 | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 17C | OCHCA CHS Policies and Procedures - 6101 | 1/21/25 | 1/21/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 17D | OCHCA CHS Policies and Procedures - 6151 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 18 | Search Warrant | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 19 | Blood Draw Request | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 20 | DUI Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 23 | Blood Specimen Form | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 24 | Forensic Alcohol Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 25 | Forensic Toxicology Report | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 26 | Pre-Booking Record | 1/21/25 | 1/21/25 | |
| 27 | Statement of Booking Officer | 1/21/25 | 1/21/25 | |
| 28 | COVID Screening Questionnaire | 1/21/25 | 1/21/25 | |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 29 | Porio First Jail Photo | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 30 | Porio Booking Photo | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 31 | IRC Triage 1st Floor Shift Schedule | 1/22/25 | 1/22/25 Page 1 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 32 | OCSD Incident Report (Medical Aid) for October 17 at 7:30 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 33 | County Deposition Notice* | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 34 | Declaration of Yvette Barbari, RN | | | Best Evidence Rule, hearsay (Fed. R. Evid. 801 and 802) |
| 35 | Declaration of Thomas Hemmen, MD | | | Best Evidence Rule, hearsay (Fed. R. Evid. 801 and 802) |
| 36 | Declaration of Kathryn Wild, RN, MPA | | | Best Evidence Rule, hearsay (Fed. R. Evid. 801 and 802) |
| 37 | Reports of Thomas Hemmen, MD | | | |
| 38 | Reports of Kathryn Wild, RN, MPA | | | |
| 39 | CV of Homer Venters, MD | | | Relevance (Fed. R. Evid. 402), Lacks foundation (Fed. R. Evid. 901) |
| 40 | Report of Homer Venters, MD | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |
| 41 | CV of Taylor Kuhn, PhD | | | Relevance (Fed. R. Evid. 402), Lacks foundation (Fed. R. Evid. 901) |
| 42 | Report 1 of Taylor Kuhn, PhD | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 43 | Report 2 of Taylor Kuhn, PhD | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |
| 44 | CV of Chitra Venkatasubramanian, MBBS, MD, MSc, FNCS | | | Relevance (Fed. R. Evid. 402), Lacks foundation (Fed. R. Evid. 901) |
| 45 | Reports of Chitra Venkatasubramanian, MBBS, MD, MSc, FNCS | | | Lacks foundation (Fed. R. Evid. 901), speculative, improper expert opinion (Fed. R. Evid. 702), legal conclusion, hearsay (Fed. R. Evid. 801 and 802) |
| 46 | Title 15 Regulations | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 47 | NCCHC Standards for Health Services in Jails, Standard J-E-02, Receiving Screening, 2018 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

Case No. 8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 48 | NCCHC Standards for Health Services in Jails, Standard J-E-08, Nursing Assessment Protocols, 2018 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 49 | US DOJ Guidelines on Medical Management of Withdrawal | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 50 | BOP Clinical Guidance - Detoxification of Chemically Dependent Inmates (2014/2018) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 51 | *Withdrawn* | | | |
| 52 | CIWA-Ar Assessment Form | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 53 | CIWA Assessment Training Video (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 53A | CIWA Assessment Training Video Clip (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 54 | Screenshot from CIWA Assessment Training | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 55 | California Business & Professions Code - Registered Nurse Scope of Practice | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

Case No. 8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 56 | U.S. Bureau of Prisons COVID Pandemic Response Plan | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 57 | POST Learning Domain 34 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 58A | Screenshot - A 9:46 am | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58B | Screenshot - B 10:00 am | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58C | Screenshot - C 10:12 am Uncuff area | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 58E | Screenshot - E | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58F | Screenshot - F 12:05 am medical check | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58G | Screenshot - G 12:05 am medical check 2 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58H | Screenshot - H | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 58I | Screenshot - I 12:05 am medical check 4 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 59A | Video of Shawn Porio Before Strokes 1 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 59B | Video of Shawn Porio Before Strokes 2 (USB) | 1/25/25 | 1/25/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 59C | Video of Shawn Porio Before Strokes 3 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 60 | Photographs of Shawn Porio Before and After | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-1 | Video Recording of Shawn Porio – in Bed at Hospital (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 61-2 | Video Recording of Shawn Porio – Speech Therapy (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-3 | Video Recording of Shawn Porio – Saying He's Okay (USB) | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-4 | Video Recording of Shawn Porio – Saying Hello in Bed (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-5 | Video Recording of Shawn Porio – Speech Therapy 1 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-6 | Video Recording of Shawn Porio – Speech Therapy 2 (USB) | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 61-7 | Video Recording of Shawn Porio – Trying to Make Bed (USB) | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-8 | Video Recording of Shawn Porio – Trying to Speak (USB) | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-9 | Video Recording of Shawn Porio – Walking in Hospital Hall 1 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-10 | Video Recording of Shawn Porio – Walking in Hospital Hall 2 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |
| 61-11 | Video Recording of Shawn Porio – Walking in Hospital Room (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 62 | Medical Imaging (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 63 | Selected Medical Records | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 64 | Providence St. Joseph's Hospital Records - (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 65 | MemorialCare Long Beach Medical Center Records – 10/28/21-12/11/21 (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 66 | Providence St. Joseph's Neurosurgery Records – 10/27/21-7/26/22 | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 67 | CSULB Speech Therapy Records | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 68 | Providence St. Joseph's Hospital Bills (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 69 | MemorialCare Long Beach Medical Center Bills (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

Case No. 8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 70 | Medical Bills - Chart | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 71 | Employment Records (USB) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 72 | OCHCA CHS Policies and Procedures – 6301 (Treatment of Substance Use Disorders) | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 73 | OCHCA CHS CIWA-Ar Scoring Guidelines | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 74 | OCHCA CHS CIWA-Ar Form and Instructions | | | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 83 | Complete Jail Medical Charts | 1/21/25 | 1/21/25 Page 6 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |
| 83A | Jail Medical Charts – Barbari | 1/21/25 | 1/21/25 Pages 1-18 | Pages 1-18 admissible |
| 83B | Jail Medical Charts – Bergmann Man Down | 1/22/25 | 1/22/25 | Relevance (Fed. R. Evid. 402), more prejudicial than probative (Fed. R. Evid. 403), Lacks foundation (Fed. R. Evid. 901); Hearsay (Fed. R. Evid. 801, 802) |

Plaintiff reserves all objections to all or part of any exhibits listed by Plaintiff if offered into evidence by Defendant.

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| | **Defendants' Exhibit Nos. 100-262** | | | |
| 100 | Claim for Damages. 02/01/22. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Compromise offer, FRE 408; Lacks foundation, FRE 602; Federal privacy privilege |
| 101 | Porio Jail File. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 102 | OCSD Incident Report. DR# 21-035243. Deputy Smith, R. 10/17/21. | | | Federal privacy privilege |
| 103 | Porio, S. OC Health Medical Records. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |

Case No.  8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 104 | Porio, S. OC Health Medical Records. 002. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 105 | Genetec Video Player | | | |
| 106 | Video Surveillance. COO00001 (01) IRC - C213- Security Lot South. | | | |
| 107 | Video Surveillance. COO00002 (02) IRC - C96 - Front Waiting Area. | | | |
| 108 | Video Surveillance. COO00004 (03) IRC - C209 Security Lot East. | | | |
| 109 | Video Surveillance. COO00004 (04) IRC - C205 - Triage Booth. | 1/21/25 | 1/21/25 | |
| 110 | Video Surveillance. COO00005 (05) IRC - C95 - Entrance, Gun Locker. | | | |
| 111 | Video Surveillance. COO00006 (06) IRC - C04 - IRC Uncuff Area. | | | |
| 112 | Video Surveillance. COO00007 (07) IRC - C36 - Female Photo. | | | |
| 113 | Video Surveillance. COO00008 (08) IRC - C07- Receiving Common Area. | | | |
| 114 | Video Surveillance. COO00009 (10) IRC - C13 - Class_ICE North. | | | |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 115 | Video Surveillance. COO00010 (11) IRC - C08 - X-Ray East. | | | |
| 116 | Video Surveillance. COO00011 (12) IRC - C07 - Receiving Common Area. | | | |
| 117 | Video Surveillance. COO00012 (13) IRC - C01 - Receiving Sallyport. | | | |
| 118 | Video Surveillance. COO00012 (19) IRC - C21 - Male ID | | | |
| 119 | Video Surveillance. COO00013 (14) IRC - C02 - Meds Obs Counter. | | | |
| 120 | Video Surveillance. COO00014 (15) IRC - C07 - Receiving Common Area. | | | |
| 121 | Video Surveillance. COO00015 (16) IRC - C08 - X-Ray East. | | | |
| 122 | Video Surveillance. COO00016 (17) IRC - C13 - Class_ICE North. | | | |
| 123 | Video Surveillance. COO00017 (18) IRC - C15 - Class (Booth 1-2). | | | |
| 124 | Video Surveillance. COO00018 (19) IRC - C16 - ID_PM7. | | | |
| 125 | Video Surveillance. COO00019 (20) IRC - C21 - Male ID 1_PM10. | | | |
| 126 | Video Surveillance. COO00020 (21) IRC - C22 - Male ID 3_PM12. | | | |
| 127 | Video Surveillance. COO00021 (22) IRC - C15 - Class (Booth 1-2). | | | |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 128 | Video Surveillance. COO00022 (23) IRC - C13 Class_ICE North. | | | |
| 129 | Video Surveillance. COO00023 (24) IRC - C08 - X- Ray East. | | | |
| 130 | Video Surveillance. COO00024 (25) IRC - C07 - Receiving Common Area. | | | |
| 131 | Video Surveillance. COO00025 (26) IRC - C01 - Receiving Sallyport. | | | |
| 132 | Video Surveillance. COO00026 (27) IRC - C02 - Meds Obs Counter. | | | |
| 133 | Video Surveillance. COO00027 (28) IRC - C95 - Entrance, Gun Locker. | | | |
| 134 | Video Surveillance. COO00028 (29) IRC - C96 - Front Waiting Area. | | | |
| 135 | Video Surveillance. COO00029 (30) IRC - C213 - Security Lot South. | | | |
| 136 | Video. Handheld. COO00030 (31) 20211017 Porio. 21-035243. | | | |
| 137 | Health Care Agency. CHS Polices and Procedure. Policy No. 6100. Pre-Booking Medical Clearance. 04/21/16. | | | |
| 138 | Health Care Agency. CHS Polices and Procedure. Policy No. 6101. Receiving Screening. 03/11/20. | | | |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 139 | Health Care Agency. CHS Polices and Procedure. Policy No. 1011. Transportation and Emergency Appointments. 08/20/21. | | | |
| 140 | Health Care Agency. CHS Polices and Procedure. Policy No. 6151. Emergency Services. 08/20/21. | | | |
| 141 | Porio, S. MemorialCare Long Beach Medical Center. Billing Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 142 | Porio, S. MemorialCare Long Beach Medical Center. Medical Records. 2016-Present. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 143 | Porio, S. Long Beach Memorial Medical Center Radiology Records CD1. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 144 | Porio, S. Long Beach Memorial Medical Center Radiology Records CD2. 001. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 145 | Porio, S. Long Beach Memorial Medical Center Radiology Records CD2. 002. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Improper opinion, FRE 701, 702; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

Case No. 8:22-CV-00812 RGK (ADSx)
JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 146 | Porio, S. Children's Hospital Orange County - Dr. Michael Muhonen. Medical Records. 2016-Present. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 147 | Porio, S. St. Joseph Hospital. Billing Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802; Lacks foundation, FRE 602; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 148 | Porio, S. St. Joseph Hospital. Medical Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 149 | Porio, S. St. Joseph Hospital. Radiology Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 150 | OCFA Responses to Interrogatories | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay FRE 802, 805; Lacks foundation, FRE 602 |
| 151 | City of Tustin Responses to Interrogatories | | | Relevance, FRE 401, 402 (*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Hearsay FRE 802, 805; Lacks foundation, FRE 602 |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 152 | Porio, S. Andrew H. Woo MD. PhD Exam Report. 05/30/24. | | | Retained expert not properly disclosed with a complete report under FRCP 26(a)(2)(B); Automatically excluded under FRCP 37(c)(1) (*See* Dkt. 133); Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Improper expert opinions, FRE 702, 703, 705; Hearsay FRE 802, 805 |
| 153 | Deposition Transcript. Brent Pardoen. 02/14/23. (Condensed). | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 154 | Deposition Transcript. David Phelan. 02/14/23. (Condensed). | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 155 | Deposition Transcript. Officer Irineo Flores. 10/18/23. (Condensed). | | | Relevance, FRE 401, 402 (*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 156 | Deposition Transcript. Jennifer Broadwater, RN. 11/28/23. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 157 | Deposition Transcript. Yvette Barbari, RN. 02/15/24. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 158 | Deposition Transcript. Cameron Griggs. 04/11/24. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 159 | Deposition Transcript. Shawn Porio. 06/20/24. (Condensed). | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; Objections to specific testimony reserved |
| 160 | OC Jail Papers. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Hearsay, FRE 802, 805; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 161 | OCFA Incident Report. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege |
| 162 | Porio, S. Medical Records. St. Joseph's Hospital. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 163 | Porio, S. CT Study. 10/17/21. | | | Federal privacy privilege |
| 164 | Porio, S. CT Study. 10/17/21. | | | Federal privacy privilege |

Case No. 8:22-CV-00812 RGK (ADSx)
JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 165 | Porio, S. Medical Records. Long Beach Memorial. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 166 | Porio, S. Medical Records. Dr. Muhonen. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 167 | Ignition System Photos. | | | Relevance, FRE 401, 402; Misleading and confusing, FRE 403 |
| 168 | CT Angio. 10/17/21. | 1/22/25 | 1/22/25 | Federal privacy privilege |
| 169 | Native Sheet. CT Angio. 10/17/21. | | | Federal privacy privilege |
| 170 | MRI of Brain w/o Contrast. 10/18/21. | | | Federal privacy privilege |
| 171 | Native Sheet. MRI of Brain w/o Contrast. 10/18/21. | | | Federal privacy privilege |
| 172 | Chest X-Ray. 10/19/21. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 173 | Native Sheet. Chest X-Ray. 10/19/21. | | | Federal privacy privilege |
| 174 | CT Images of Head w/o Contract. 10/20/21. | | | Federal privacy privilege |
| 175 | Native Sheet. ST Images of Head w/o Contract. 10/20/21. | | | Federal privacy privilege |
| 176 | FL Swallow. 10/20/21. | | | Federal privacy privilege |
| 177 | Native Sheet.  FL Swallow. 10/20/21. | | | Federal privacy privilege |
| 178 | IR Angio Carotid Bilateral. 10/20/21. | | | Federal privacy privilege |
| 179 | Native Sheet. IR Angio Carotid Bilateral. 10/20/21. | | | Federal privacy privilege |
| 180 | CT Angio w/ Contrast. 10/26/21. | | | Federal privacy privilege |
| 181 | Native Sheet. CT Angio w/ Contrast. 10/26/21. | | | Federal privacy privilege |
| 182 | CT Head w/o Contrast. 01/06/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 183 | Native Sheet. CT Head w/o Contrast. 01/06/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |
| 184 | MRI. 01/07/22. | 1/25/25 | 1/25/25 | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |
| 185 | Native Sheet. MRI. 01/07/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Not produced or disclosed contrary to FRCP 26, 37; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Federal privacy privilege. |
| 186 | Porio, S. Additional Medical Records. St. Joseph Hospital. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 187 | Porio, S. Photos In Hospital. | | | |
| 188 | Native Sheet. Videos of Porio, S. | | | |
| 189 | Video. Porio in Bed at Hospital. | | | |
| 190 | Video. Porio Physical Therapy. | | | |
| 191 | Video. Porio Saying He is Okay. | | | |
| 192 | Video. Porio Saying Hello in Bed. | | | |
| 193 | Video. Porio Speech Therapy. | | | |
| 194 | Video. Porio Speech Therapy. 002. | | | |
| 195 | Video. Porio Trying to Make Bed. | | | |
| 196 | Video. Porio Trying to Speak. | | | |
| 197 | Video. Porio Walking in Hospital. | | | |
| 198 | Video. Porio Walking in Hospital. 002. | | | |
| 199 | Video. Porio Walking in Room. | | | |
| 200 | Porio, S. W2. 2021. | | | Federal privacy privilege |
| 201 | Porio, S. Drivers License. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 202 | Porio, S. St. Joseph's Medical Records. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 203 | Porio, S. Neurological Records. 12/13/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 204 | Porio, S. CSULB Speech, Language, and Hearing Clinic. Medical Records. 04/29/23. | | | Federal privacy privilege; Hearsay, FRE 802, 805 |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 205 | Porio, S. MemorialCare Long Beach Medical Center. Billing Records. 08/30/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802, 805; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 206 | Porio, S. Providence. Billing Records. 10/20/22. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Hearsay, FRE 802; Federal privacy privilege; Collateral Source Rule, *Howard v. County of Riverside*, 2014 U.S. Dist. LEXIS 199691, 2014 WL 12589655 (C.D. Cal. June 3, 2014) |
| 207 | Porio, S. Linkedin Profile. Assistant Manager at GNC Livewell. | | | |
| 208 | Porio, S. Linkedin Profile. Verizon Sales Expert at Best Buy. | | | |
| 209 | Porio, S. Employment File. Pacific Maritime Associates. | | | Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 210 | Porio, S. Employment File. Best Buy. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 211 | Scan of CD. Memorial Case Radiology Records. | | | Federal privacy privilege |
| 212 | Native Sheet. Videos of Plaintiff Before Incident. | | | |
| 213 | Video. Shawn Before Stroke. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Lacks foundation, FRE 602; Federal privacy privilege |
| 214 | Video. Shawn Before Stroke. 2. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Lacks foundation, FRE 602; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 215 | Video. Shawn Before Stroke. 3. | | | Relevance, FRE 401, 402; Cumulative, misleading and confusing, FRE 403; Improper character evidence, FRE 404; Lacks foundation, FRE 602; Federal privacy privilege |
| 216 | Tustin Police Department Crime Report. Officer Flores. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 217 | Tustin Police Department Arrest Report. Officer Floes. 10/17/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802; Lacks foundation, FRE 602; Federal privacy privilege |
| 218 | Tustin Police Department Supplemental Report. 001. Officer Urias. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 219 | Tustin Police Event Information Report. Officer Peterson. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 220 | DMV DUI Report. 10/16/21. | 1/21/25 | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 221 | Tustin Police Department DUI Paperwork. 10/20/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Federal privacy privilege |
| 222 | Porio Jail Paperwork. 10/16/21. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |

Case No. 8:22-CV-00812 RGK (ADSx)

JOINT EXHIBIT LIST

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 223 | Tustin Police Department Release of Records to St. Joseph Hospital. 10/25/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 224 | Porio Pre-Book Medical Screening. 10/16/21. | | | Relevance, FRE 401, 402(*see* Dkt. 129); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Improper opinion, FRE 701, 702; Federal privacy privilege |
| 225 | Porio Arrestee Property Report. 10/16/21. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 226 | Vehicle Report and Tow Notice. 10/16/21. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 227 | Native Sheet. MP3 and BWC Files. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 228 | 10/16/21. 06/03/06-1 | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 229 | 10/16/21. 06/03/06-2 | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 230 | BWC Files. Defendant identifies all BWC files and will meet and confer with Plaintiff regarding any need to separate each video as 132-1 etc. while preparing joint exhibit list. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 231 | Claim Against City of Tustin. 02/04/22. | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Compromise offer, FRE 408; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 232 | OCFA records | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Authentication, FRE 901 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 233 | OCFA Document Production | | | Relevance, FRE 401, 402 (*see* Dkt. 129, 130); Misleading and confusing and waste of time, FRE 403; Compromise offer, FRE 408; Liability insurance, FRE 411; Hearsay, FRE 802, 805; Improper opinion, FRE 701, 702; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 234 | Declaration of Yvette Barbari, RN | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Improper habit evidence, FRE 406; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Improper refreshment of recollection, FRE 612; Best evidence rule, FRE 1002; Undisclosed evidence under FRCP 26 and 37; improper opinion, FRE 701, 702; Undisclosed opinion, FRCP 26, 37 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|-----------|----------|-----------|
| 235 | Declaration of Thomas Hemmen, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |
| 236 | Declaration of Kathryn Wild, RN, MPA | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 237 | Report of Thomas Hemmen, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |
| 238 | Report of Kathryn Wild, RN, MPA | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Best evidence rule, FRE 1002; Undisclosed evidence and opinion, FRCP 26, 37; Improper opinion, FRE 701, 702 |
| 239 | CV of Thomas Hemmen, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 240 | CV of Kathryn Wild, RN, MPA | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 241 | Report of Homer Venters, MD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 242 | CV of Homer Venters | | | |
| 243 | Report 1 of Taylor Kuhn, PhD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 244 | Report 2 of Taylor Kuhn, PhD | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 245 | CV of Taylor Kuhn, PhD | | | |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 246 | Report of Dr. Andrew Woo | | | Retained expert not properly disclosed with a complete report under FRCP 26(a)(2)(B); Automatically excluded under FRCP 37(c)(1) (*See* Dkt. 133); Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Improper expert opinions, FRE 702, 703, 705; Hearsay FRE 802, 805 |
| 247 | CV of Dr. Andrew Woo | | | Retained expert not properly disclosed with a complete report under FRCP 26(a)(2)(B); Automatically excluded under FRCP 37(c)(1) (*See* Dkt. 133); Misleading and confusing and waste of time, FRE 403; Lacks foundation, FRE 602; Hearsay FRE 802, 805; Not timely disclosed, FRCP 26, 37 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 248 | Report of Chitra Venkatasubramanian, MBBS, MD, MSc, FNCS | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 249 | CV of Chitra Venkatasubramanian | | | |
| 250 | Title 15 Regulations | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |
| 251 | Plaintiff's Responses to Requests for Admissions, Set One | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Denials are inndmissible, FRCP 36; Compound, FRCP 36; Vague and ambiguous; Seeks attorney work product, FRCP 26; Seeks premature expert opinion, FRCP 26 |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 252 | Plaintiff's Responses to Interrogatories | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Some preliminary interrogatory responses were amended or supplemented; Overbroad, unduly burdensome, and outside the scope of discovery, FRCP 26, 33(a)(2); Vague and ambiguous; Seeks attorney work product, FRCP 26; Seeks premature expert opinion, FRCP 26; Too many interrogatories served, FRCP 33(a)(1) |
| 253 | Deposition Transcripts of all Witnesses | | | Not properly designated under LR 16-2.7 or FRCP 26(a)(3); Hearsay FRE 802, 805; *see* objections to individual deposition transcripts herein |

| No. | Description | Identified | Admitted | Objection |
|-----|-------------|------------|----------|-----------|
| 254 | Statement of Booking Officer | 1/21/25 | 1/21/25 | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 255 | Toxicology Report | | | |
| 256 | Pre-Booking Record | 1/21/25 | 1/21/25 | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901; Federal privacy privilege |
| 257 | COVID Screening Questionnaire | 1/21/25 | 1/21/25 | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Hearsay, FRE 802, 805; Lacks foundation, FRE 602; Authentication, FRE 901 |
| 258 | Demonstrative Exhibits and/or citations by Kathy Wild relied upon and cited to in FRCP 26 Report. | | | Reserved. Exhibit not identified with sufficient particularity to object. |

| No. | Description | Identified | Admitted | Objection |
|---|---|---|---|---|
| 259 | Demonstrative Exhibits cited by Expert Thomas Hemmen in FRCP 26 Report. | | | Reserved. Exhibit not identified with sufficient particularity to object. Not produced or disclosed contrary to FRCP 26, 37. |
| 260 | Instagram and/or Social Media Posts of Plaintiff | | | Reserved. Exhibit not identified with sufficient particularity to object. Not produced or disclosed contrary to FRCP 26, 37. |
| 261 | Plaintiff's LinkedIn Social Media Profile and Posts | | | Reserved. Exhibit not identified with sufficient particularity to object. Not produced or disclosed contrary to FRCP 26, 37. |
| 262 | Exhibit 2 to Plaintiff's Deposition Transcript: Employment records. | | | Relevance, FRE 401, 402; Misleading and confusing and waste of time, FRE 403; Improper character evidence, FRE 404; Hearsay, FRE 802, 805; Lacks foundation, FRE 602 |

Respectfully submitted,

DATED:  January 20, 2025          THE LAW OFFICES OF JOHN BURTON
                                 LAW OFFICE OF JOHN FATTAHI


                                 By_____/s/ John Fattahi_____
                                     John Fattahi
                                     *Attorneys for Plaintiff*


DATED:  January 20, 2025          LYNBERG & WATKINS


                                 By_____/s/ G. Craig Smith_____
                                     G. Craig Smith
                                     Tamara M. Heathcote
                                     S. Frank Harrell
                                     *Attorneys for Defendant Yvette Barbari, RN*


Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.