S. FRANK HARRELL - SBN 133437
sharrell@lynberg.com
G. CRAIG SMITH – SBN 265676
csmith@lynberg.com
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant, YVETTE BARBARI, RN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN,<br><br>Defendant. | CASE NO. 8:22-cv-812 RGK (ADSx)<br><br>*Assigned for All Purposes to:*<br>*Hon. R. Gary Klausner – Courtroom 850*<br><br>**NOTICE OF LODGING DEFENDANT'S PROPOSED JUDGMENT**<br><br>*Trial Date:       January 21, 2025*<br>*Complaint Filed: April 13, 2022* |

1
**NOTICE OF LODGING**

**TO THIS HONORABLE COURT, TO PLAINTIFF AND HIS COUNSEL OF RECORD:**

Defendant Yvette Barbari RN ("Nurse Barbari") hereby respectfully manually lodges the Proposed Judgment.

DATED: January 28, 2025                    Respectfully submitted,

**LYNBERG & WATKINS**

By: */s/ S. Frank Harrell*
**S. FRANK HARRELL
G. CRAIG SMITH**
Attorneys for Defendant
YVETTE BARBARI, R.N.

Case Name: ***Porio v. City of Tustin (County of Orange), et al.***
Case No.:    Case No.:  8:22-cv-812 RGK (ADSx)

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA** )

**COUNTY OF ORANGE** )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action.  My business address is 1100 Town & Country Rd., Suite 1450, Orange, California 92868.

On January 28, 2025 I served the foregoing document(s) described as **NOTICE OF LODGING** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED SERVICE LIST

☐ **BY MAIL**: As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, I deposited such envelope in the mail at Orange, California.

☒ **BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be sent to the recipient(s) noted via electronic transfer (e-mail) at the respective e-mail address indicated on the service list.  To my knowledge, the transmission was completed and without error.

☐ **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the office(s) of the addressee via messenger.

☐ **BY FACSIMILE:**  I caused all of the pages of the above-entitled document to be sent to the recipient(s) noted via facsimile at the respective telephone numbers indicated on the service list.

☐ **BY E-SERVE:** The above listed document(s) were electronically served via the USDC Central District's CM/ECF system and the Notice of Electronic Filing (NEF) indicates the registered party and/or attorney were served with the above documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on January 28, 2025 at Orange, California.

*/s/ Diane Esparza*
**DIANE ESPARZA**

# SERVICE LIST

| | |
|---|---|
| John C. Burton, Esq.<br>THE LAW OFFICES OF JOHN BURTON<br>128 North Fair Oaks Avenue<br>Pasadena, CA 91103<br>T: (626) 449-8300<br>F: (626) 449-8197<br>jb@johnburtonlaw.com<br>sandy@johnburtonlaw.com | Attorneys for Plaintiff,<br>SHAWN R. PORIO |
| John Fattahi, Esq.<br>LAW OFFICE OF JOHN FATTAHI<br>21250 Hawthorne Boulevard, Suite 500<br>Torrance, CA 90503<br>T: (424) 999-5579<br>F: (424) 675-2279<br>jfattahi@gmail.com | Attorneys for Plaintiff,<br>SHAWN R. PORIO |
| Dale K. Galipo, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, #310<br>Woodland Hills, CA 91367<br>T:  (818) 347-3333<br>F:  (818) 347-4118<br>dalekgalipo@yahoo.com | |