# EXHIBIT A

FILED
CLERK, U.S. DISTRICT COURT
1/23/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: JRE DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**REDACTED**

SHAWN R. PORIO,

  Plaintiff,

  vs.

YVETTE BARBARI, R.N.,

  Defendant.

Case No. 8:22-CV-00812 RGK (ADSx)

<u>**VERDICT FORM**</u>

///
///
///

# VERDICT FORM

WE THE JURY, in the above-entitled case, unanimously find as follows:

**QUESTION 1:**

Did the Defendant Yvette Barbari, RN, violate Plaintiff Shawn Porio's Fourteenth Amendment rights by failing to provide him with needed medical care while he was in custody at the Orange County Jail?

\_\_\_\_\_ YES   \_\_✓\_\_ NO

If you answered **Yes**, please answer question 2. If you answered **No**, do not answer any additional questions. Sign and return the verdict form.

**QUESTION 2:**

What are the plaintiff's damages?

$ _____

You have now completed this verdict form. Please have the Jury Foreperson sign and date this form.

Signed: [Signature redacted by the Court]

Jury Foreperson

Dated: 1/23/25

After the verdict form is completed and signed, please deliver to the court officer.

-2-