JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN<br><br>Defendant. | CASE NO. 8:22-cv-812 RGK (ADSx)<br><br>*Assigned for All Purposes to:*<br>*Hon. R. Gary Klausner – Courtroom 850*<br><br>[~~PROPOSED~~] JUDGMENT<br><br>*Trial Date:     January 21, 2025*<br>*Complaint Filed: April 13, 2022* |

///
///
///

[~~PROPOSED~~] JUDGMENT

# [PROPOSED] JUDGMENT

This matter came on for trial by jury on January 21, 2025, before the Hon. R. Gary Klausner, Judge presiding in Courtroom 850 of the United States District Court for the Central District of California. Plaintiff Shawn R. Porio appeared with his attorneys of record, John Burton, John Fattahi, and Dale K. Galipo. Defendant Yvette Barbari appeared through her attorneys of record, S. Frank Harrell and G. Craig Smith.

After the jury was empaneled, sworn testimony and exhibits were offered and received into evidence. Following closing argument by counsel and the jury having retired and deliberated, the jury returned a verdict in favor of Defendant Yvette Barbari. (See, Exhibit "A:).

Now, therefore, it is **DECREED**, **ADJUDGED** and **ORDERED** as follows:

1. Plaintiff Shawn Porio shall take nothing by virtue of his operative Complaint;
2. Judgment is hereby entered in favor of Defendant Yvette Barbari;
3. This action shall be, and hereby is, dismissed with prejudice;
4. Defendant Yvette Barbari is entitled to her reasonable costs in accord with applicable law.

IT IS SO ORDERED.

DATED: 1/29/2025

_____
**HON. R. GARY KLAUSNER**
**UNITED STATES DISTRICT JUDGE**