# EXHIBIT A



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 1 of 6 |

**Billing Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1100 W TOWN & COUNTRY RD
ORANGE CA 92868-4653

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:     800.622.1147
           M-F 7 AM to 8 PM CST
           Sa  7 AM to 6 PM CST
Internet:  fedex.com



Other discounts may apply.
To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx.



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx. Please do not staple or fold. Please make check payable to FedEx.

| Invoice Number | | Account Number | |
|---|---|---|---|
| 8-468-27377 | | 2842- | |

**Remittance Advice**

**Your payment is due by Apr 27, 2024**
Payments not received by this date are subject to a late fee.

84682737790000467672842840544000106013600004671670

0013618 01 AB 0.547 **AUTO  T5 0 1101 90015-398918   -C01-P13631-I1

LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989



FedEx
P.O. Box 7221
Pasadena CA 91109-7321


63300020011829

1101-01-00-0013618-0003-0032043



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 2 of 6 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Apr 03, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809042091 | Steve Ruiz | Deputy Smith | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | OCSD | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 9286B US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 10:34 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | see above | Fuel Surcharge | | 5.09 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 6.15 |
| | | **Total Charge** | **USD** | **$35.06** |

**Ship Date:** Apr 03, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809208140 | Steve Ruiz | Deputy Salinas | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | OCSD | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 11:25 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | see above | Fuel Surcharge | | 5.09 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 6.15 |
| | | **Total Charge** | **USD** | **$35.06** |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 3 of 6 |

**Ship Date:** Apr 03, 2024    **Cust. Ref.:** 1793-0301    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809352686 | Steve Ruiz | Ofcr. M. Levine | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 11:21 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | M.KIM | Fuel Surcharge | | 4.05 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$27.87** |

**Ship Date:** Apr 03, 2024    **Cust. Ref.:** 1793-0301    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809477395 | Steve Ruiz | Deputy Lacroix | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | OCSD | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 09:49 | Grace Discount | | -3.92 |
| Svc Area | A2 | Automation Bonus Discount | | -4.89 |
| Signed by | F.MEDINA | Fuel Surcharge | | 4.05 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$27.87** |

**Ship Date:** Apr 03, 2024    **Cust. Ref.:** 1793-0301    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809799240 | Steve Ruiz | Deputy Griggs | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | San Clemente Police Svcs - OCS | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 10:18 | Grace Discount | | -3.92 |
| Svc Area | A2 | Automation Bonus Discount | | -4.89 |
| Signed by | S.SUSAN | Fuel Surcharge | | 4.05 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$27.87** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 5 of 6 |



FedEx Use     000000000/186/_     **Total Charge**

**Ship Date:** Apr 09, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775886382654 | Steve Ruiz | Deputy Fonseca | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | | |
| Package Type | Customer Packaging | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 39.96 |
| Delivered | Apr 10, 2024 11:00 | Grace Discount | | -4.80 |
| Svc Area | A1 | Automation Bonus Discount | | -5.99 |
| Signed by | T.TALLMAN | Fuel Surcharge | | 4.81 |
| FedEx Use | 000000000/1486/_ | **Total Charge** | **USD** | **$33.98** |

**Ship Date:** Apr 09, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775887236431 | Steve Ruiz | Deputy Godinez | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 10, 2024 10:38 | Grace Discount | | -3.92 |
| Svc Area | A2 | Automation Bonus Discount | | -4.89 |
| Signed by | see above | Fuel Surcharge | | 4.95 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 6.15 |
| | | **Total Charge** | **USD** | **$34.92** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$369.05** |



| **Invoice Number** | **Invoice Date** | **Account Number** | Page |
|---|---|---|---|
| 8-521-80417 | Jun 06, 2024 | 0904- | 1 of 3 |

**Billing Address:**
LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone: 800.622.1147
M-F 7 AM to 8 PM CST
Sa 7 AM to 6 PM CST
Internet: fedex.com

**Invoice Summary**

**Account Summary as of Jun 06, 2024**

https://www.fedex.com/EarnedDiscounts/.

*Payments not received by Jun 21, 2024 are subject to a late fee.*

Tendered Date is the date the shipper gave possession of the shipment to
FedEx and is used for rate calculations and currency conversions. Ship Date is
the date for start of transit time

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold
Please make check payable to FedEx.

| **Invoice Number** | **Invoice Amount** | **Account Number** | **Account Balance** |
|---|---|---|---|
| 8-521-80417 | | 0904- | |

**Remittance Advice**

**Your payment is due by Jun 21, 2024**
*Payments not received by this date are subject to a late fee.*

8 521 80417 2000011626 90904888997000022360200001162690

0034545 01 AB 0.547 **AUTO T& 0 1156 90015-398918  -C01-P34579-I1
LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18

LOS ANGELES CA 90015-3989



63316570001056

FedEx
P.O. Box 7221
Pasadena CA 91109-7321

1156-01-00-0034545-0002-0079050

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-521-80417 | Jun 06, 2024 | 0904- | 2 of 3 |

## FedEx Express Shipment Summary By Payor Type



## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** May 30, 2024                    **Cust. Ref.:** 1793-0301 Salinas Depo        **Ref.#2:**
**Tendered Date:** May 29, 2024              **Ref.#3:**
**Payor:** Shipper

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.75% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92806 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- Minimum Billable Weight was applied.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 776610980070 | Esteban Ruiz | SALINAS | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | | |
| Package Type | FedEx Small Box | 1150 S. Olive St. | | |
| Zone | 02 | LOS ANGELES CA 90015 US | | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 40.49 |
| Rated Weight | 2.0 lbs, 0.9 kgs | Grace Discount | | -4.86 |
| Delivered | May 31, 2024 09:50 | Automation Bonus Discount | | -6.07 |
| Svc Area | A1 | Fuel Surcharge | | 5.98 |
| Signed by | see above | Residential Delivery | | 6.15 |
| FedEx Use | 000000000/1486/02 | **Total Charge** | **USD** | **$41.69** |

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

 FedEx

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-689-80861 | Nov 22, 2024 | 2842- | 1 of 3 |

**Billing Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1100 W TOWN & COUNTRY RD
ORANGE CA 92868-4653

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      800.622.1147
                M-F  7 AM to 8 PM CST
                Sa    7 AM to 6 PM CST
Internet:   fedex.com



Other discounts may apply.
To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx.

**Important Service Message:**
Ensure the safety of your shipments by keeping your account information secure. Avoid sharing your FedEx account details with unauthorized personnel.

---

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number | Account Balance |
|---|---|---|---|
| 8-689-80861 | | 2842- | |

**Remittance Advice**

**Your payment is due by Dec 07, 2024**
Payments not received by this date are subject to a late fee.

8689808619000025763428428405440000625145000025763 40

0019067 01 AB 0.593 **AUTO  T4 0 1325 90015-398918   -C01-P19086-I1

LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989



FedEx
P.O. Box 7221
Pasadena CA 91109-7321


63319260010301

1325-01-00-0019067-0002-0017614



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-689-80861 | Nov 22, 2024 | 2842- | 3 of 3 |

**Ship Date:** Nov 15, 2024　　　**Cust. Ref.:** NO REFERENCE INFORMATION　　　**Ref.#2:**
**Payor:** Third Party　　　**Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.75% to this shipment.
- Distance Based Pricing, Zone B
- Package sent from: 90248 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | |
|---|---|---|---|
| Automation | SSFE | **Sender** | **Recipient** |
| Tracking ID | 281858825333 | LYNBERG & WATKINS | HOMER VENTERS |
| Service Type | FedEx Standard Overnight | STE 1450 | |
| Package Type | FedEx Envelope | ORANGE CA 92868 US | |
| Zone | 08 | | |
| Packages | 1 | Transportation Charge | 59.08 |
| Rated Weight | N/A | Grace Discount | -7.09 |
| Delivered | Nov 18, 2024 11:58 | Automation Bonus Discount | -8.86 |
| Svc Area | A4 | Fuel Surcharge | 7.92 |
| Signed by | see above | Residential Delivery | 6.15 |
| FedEx Use | 000000000/266/02 | Demand Surcharge | 1.00 |
| | | **Total Charge**　　USD | **$58.20** |

1325-01-00-0019067-0001-0047613



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-696-02064 | Nov 28, 2024 | 0904- | 1 of 3 |

**Billing Address:**
LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    800.622.1147
          M-F 7 AM to 8 PM CST
          Sa   7 AM to 6 PM CST
Internet: fedex.com

Shipments included in this invoice received an earned discount. If you would
like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.

*Payments not received by Dec 13, 2024 are subject to a late fee.*

**Important Service Message:**

Ensure the safety of your shipments by keeping your
account information secure. Avoid sharing your FedEx
account details with unauthorized personnel.



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number | Account Balance |
|---|---|---|---|
| 8-696-02064 | | 0904- | |

**Remittance Advice**

**Your payment is due by Dec 13, 2024**
*Payments not received by this date are subject to a late fee.*

8b9b0206460000128009090488997000015b73700001280090

0030967  01 AB 0.593  **AUTO  T2 0 1331 90015-398918   -C01-P30997-41

LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18

LOS ANGELES CA 90015-3989



63323320001029

FedEx
P.O. Box 7221
Pasadena CA 91109-7321



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-696-02064 | Nov 28, 2024 | 0904███ | 3 of 3 |



**Ship Date:** Nov 21, 2024
**Payor:** Shipper

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 770127480242 | Anna R Alvarez | Dr. Kuhn | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | Kuhn Cognitive | |
| Package Type | FedEx Envelope | 1150 South Olive Street | ███ | |
| Zone | 02 | LOS ANGELES CA 90015 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Nov 22, 2024 10:12 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | C.CHERYL | Fuel Surcharge | | 3.97 |
| FedEx Use | 000000000/186/04 | Demand Surcharge | | 1.00 |
| | | **Total Charge** | **USD** | **$28.79** |

| | | |
|---|---|---|
| | **Shipper Subtotal** | **USD** $86.37 |

**Ship Date:** Nov 22, 2024
**Payor:** Third Party

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package sent from: 90248 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | SSFE | **Sender** | **Recipient** | |
| Tracking ID | 282165932863 | LYNBERG & WATKINS | chitra venkatasubramanian | |
| Service Type | FedEx Priority Overnight | 1150 S OLIVE ST FL 18 | ███ | |
| Package Type | FedEx Envelope | LOS ANGELES CA 90015 US | | |
| Zone | 03 | | | |
| Packages | 1 | Transportation Charge | | 39.36 |
| Rated Weight | N/A | Grace Discount | | -4.72 |
| Delivered | Nov 25, 2024 10:33 | Automation Bonus Discount | | -5.90 |
| Svc Area | A2 | Fuel Surcharge | | 5.74 |
| Signed by | see above | Residential Delivery | | 6.15 |
| FedEx Use | 000000000/197/02 | Demand Surcharge | | 1.00 |
| | | **Total Charge** | **USD** | **$41.63** |

| | | |
|---|---|---|
| | **Third Party Subtotal** | **USD** $41.63 |
| | **Total FedEx Express** | **USD** $128.00 |

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian

## Invoice

| Invoice No. | 23392-01 |
| --- | --- |
| Invoice Date | 8/9/2022 |
| Tax ID | ▮▮▮▮▮▮ |
| Rep | Kim Olsen |

Records Subject:  Shawn R. Porio

Case Number:  8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | | |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | **Total Charges:** | $164.50 |
| Records Source: | Orange County Global Medical Center Medical Records 1001 N. Tustin Ave. Santa Ana, CA  92705 | **- Amount Paid:** | $0.00 |
| | | **= Balance Due:** | **$164.50** |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA  92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. if no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-01 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian

## Invoice

| Invoice No. | 23392-02 |
|---|---|
| Invoice Date | 8/4/2022 |
| Tax ID | |
| Rep | Kim Olsen |

\*Please include invoice number on your payment

Records Subject:    Shawn R. Porio

Case Number:       8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep – Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $164.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | Orange County Global Medical Center Billing Records 1001 N. Tustin Ave. Santa Ana, CA  92705 | = Balance Due: | $164.50 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA  92868 | | |

Fee Checks Issued:
Check #: <88702>  Date: <7/12/2022>  Amt: <$15>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

Invoice Number 23392-02 <Page 1 of 1>

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



| Bill to: |
|---|
| Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA  92868<br>Attn:Jamileh Sarabian |

## Invoice

| Invoice No. | 23392-03 |
|---|---|
| Invoice Date | 8/4/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $164.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | Orange County Global Medical Center<br>Radiology Records<br>1001 N. Tustin Ave.<br>Santa Ana, CA  92705 | = Balance Due: | $164.50 |
| Shipped To: | Jonathan C. Bond<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA  92868 | | |
| Fee Checks Issued:<br>Check #: <88699>  Date: <7/12/2022>  Amt: <$15> | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-03 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian

## *Invoice*

| Invoice No. | 23392-04 |
|---|---|
| Invoice Date | 8/4/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:        8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $16.00 | No | $16.00 |
| Fee Advancement at 10 percent | 1 | $1.60 | No | $1.60 |

| Order Information | | Total Charges: | $165.60 |
|---|---|---|---|

| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
|---|---|---|---|
| **Records Source:** | Care Ambulance Service | = Balance Due: | **$165.60** |
| | 1201 S. Alma School Rd., Ste 8950 | | |
| | Mesa, AZ  85210 | | |
| Shipped To: | Jonathan C. Bond | | |
| | Lynberg & Watkins | | |
| | 1100 Town & Country Road, Suite 1450 | | |
| | Orange, CA  92868 | | |

Fee Checks Issued:
Check #: <88701>  Date: <7/12/2022>  Amt: <$16>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-04 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian

## Invoice

| Invoice No. | 24632-01 |
|---|---|
| Invoice Date | 9/27/2022 |
| Tax ID | ▮▮▮▮▮ |
| Rep | Kim Olsen |

**\*Please include invoice number on your payment**

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Scan/Copy Records | 1490 | $0.22 | No | $327.80 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $316.09 | No | $316.09 |
| Fee Advancement at 10 percent | 1 | $31.61 | No | $31.61 |

| Order Information | | Total Charges: | $808.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | St. Joseph Hospital Medical Records 1100 W. Stewart Dr. Orange, CA  92868 | = Balance Due: | $808.50 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA  92868 | | |

Fee Checks Issued:
Check #: <92229>  Date: <8/16/2022>  Amt: <$15>

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24632-01 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496

# Array

## Invoice

| Bill to: |
|---|
| Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA  92868<br>Attn:Jamileh Sarabian |

| Invoice No. | 24632-02 |
|---|---|
| Invoice Date | 9/12/2022 |
| Tax ID | |
| Rep | Kim Olsen |

**\*Please include invoice number on your payment**

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Scan/Copy Records | 31 | $0.22 | No | $6.82 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | | |
|---|---|---|---|
| Reference Number: | 1793-0301 | **Total Charges:** | $156.32 |
| **Records Source:** | St. Joseph Hospital | **- Amount Paid:** | $0.00 |
| | Billing Records | | |
| | 1100 W. Stewart Dr. | **= Balance Due:** | $156.32 |
| | Orange, CA  92868 | | |
| Shipped To: | Jonathan C. Bond | | |
| | Lynberg & Watkins | | |
| | 1100 Town & Country Road, Suite 1450 | | |
| | Orange, CA  92868 | | |

Fee Checks Issued:
Check #: <92230>  Date: <8/16/2022>  Amt: <$15>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24632-02 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



| Bill to: |
| --- |
| Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian |

## *Invoice*

| Invoice No. | 24632-03 |
| --- | --- |
| Invoice Date | 9/29/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Fee Advancement at 10 percent | 1 | $3.00 | No | $3.00 |

| Order Information | | Total Charges: | $217.98 |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| **Records Source:** | St. Joseph Hospital
Radiology Records
1100 W. Stewart Dr.
Orange, CA  92868 | = Balance Due: | **$217.98** |
| Shipped To: | Jonathan C. Bond
Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868 | | |
| Fee Checks Issued:
Check #: <92231>  Date: <8/16/2022>  Amt: <$15> | | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24632-03 <Page 2 of 2>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496

**Array**

## Invoice

**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian

| | |
|---|---|
| **Invoice No.** | 24636-01 |
| **Invoice Date** | 1/3/2023 |
| **Tax ID** | |
| **Rep** | Kim Olsen |

Records Subject:   Shawn R. Porio
Case Number:   8:22-cv-812 CJC (ADSx)

**\*Please include invoice number
on your payment**

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|------|-----|------|---------|-------|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |

| **Order Information** | | **Total Charges:** | $130.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | **- Amount Paid:** | $0.00 |
| **Records Source:** | MemorialCare Long Beach Medical Center Medical Records 2801 Atlantic Ave. Long Beach, CA 90806 | **= Balance Due:** | **$130.50** |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-01 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
| --- |
| Lynberg & Watkins |
| 1100 Town & Country Road, Suite 1450 |
| Orange, CA 92868 |
| Attn:Jamileh Sarabian |

## Invoice

| Invoice No. | 24636-02 |
| --- | --- |
| Invoice Date | 10/11/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep | 1 | $17.50 | No | $17.50 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Scan/Copy Records | 36 | $0.22 | No | $7.92 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $149.92 |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Long Beach Medical Center Billing Records 2801 Atlantic Ave. Long Beach, CA 90806 | = Balance Due: | $149.92 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |
| Fee Checks Issued: Check #: <92308> Date: <8/16/2022> Amt: <$15> | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-02 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
|---|
| Lynberg & Watkins |
| 1100 Town & Country Road, Suite 1450 |
| Orange, CA 92868 |
| Attn:Jamileh Sarabian |

## Invoice

| Invoice No. | 24636-03 |
|---|---|
| Invoice Date | 9/16/2022 |
| Tax ID | |
| Rep | Kim Olsen |

**\*Please include invoice number
on your payment**

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| FedEx - From the Custodian to Array | 1 | $24.50 | No | $24.50 |
| Scan/Copy Records | 11 | $0.22 | No | $2.42 |
| DICOM Disk (Radiology) - Upload | 1 | $50.00 | No | $50.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |

| Order Information | | Total Charges: | $236.93 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Long Beach Medical Center | | |
| | Radiology Records | = Balance Due: | $236.93 |
| | 2801 Atlantic Ave. | | |
| | Long Beach, CA 90806 | | |
| Shipped To: | Jonathan C. Bond | | |
| | Lynberg & Watkins | | |
| | 1100 Town & Country Road, Suite 1450 | | |
| | Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-03 <Page 1 of 2>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
|---|
| Lynberg & Watkins |
| 1100 Town & Country Road, Suite 1450 |
| Orange, CA 92868 |
| Attn:Jamileh Sarabian |

## *Invoice*

| Invoice No. | 24636-03 |
|---|---|
| Invoice Date | 9/16/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:   Shawn R. Porio

Case Number:      8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Custodian Fee | 1 | $24.55 | No | $24.55 |
| Fee Advancement at 10 percent | 1 | $2.46 | No | $2.46 |

| Order Information | | Total Charges: | $236.93 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Long Beach Medical Center Radiology Records 2801 Atlantic Ave. Long Beach, CA 90806 | = Balance Due: | $236.93 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-03 <Page 2 of 2>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
| --- |
| Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian |

## *Invoice*

| | |
| --- | --- |
| **Invoice No.** | 24752-01 |
| **Invoice Date** | 8/29/2022 |
| **Tax ID** | |
| **Rep** | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:        8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Non-Service of Process | 1 | $90.00 | No | $90.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |

| Order Information | | Total Charges: | $123.00 |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Rehabilitation Institute
2810 Long Beach Blvd.
Long Beach, CA 90806 | = Balance Due: | $123.00 |
| Shipped To: | Jonathan C. Bond
Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24752-01 <Page 1 of 1>**

Payable to:
Array
P.O. Box 738959
Dallas, TX 75373-8959
(949) 777-5496 ext. 2007



## *Invoice*

| Invoice No. | 56294-01 |
|---|---|
| Invoice Date | 10/21/2024 |
| Tax ID | ███████ |
| Rep | Kim Olsen |

**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn: Diane Esparza

*Please include invoice number on your payment

Record Subject:      Shawn R. Porio
Case Number:        8:22-cv-812 CJC
Claim Number:
SHAWN R. PORIO vs. CITY OF TUSTIN, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Rush - Service of Process: Oct 16, 2024 | 1 | $135.00 | No | $135.00 |
| Custodian Fee | 1 | $40.00 | No | $40.00 |
| Fee Advancement at 10 percent | 1 | $4.00 | No | $4.00 |

| Order Information | | Total Charges: | $206.50 |
|---|---|---|---|
| Reference Number: | | - Amount Paid: | $0.00 |
| Records Source: | Dr. Andrew H. Woo, M.D. | | |
| | ███████████ | = Balance Due: | $206.50 |
| Shipped To: | S. Frank Harrell<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 56294-01**

Payable to:
Array
P.O. Box 738959
Dallas, TX 75373-8959
(949) 777-5496 ext. 2007



## *Invoice*

**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn: Diane Esparza

| | |
|---|---|
| **Invoice No.** | 58069-01 |
| **Invoice Date** | 11/29/2024 |
| **Tax ID** | |
| **Rep** | Kim Olsen |

**\*Please include invoice number on your payment**

Record Subject:
Case Number:      8:22-cv-812 RGK (ADSx)
Claim Number:
SHAWN R. PORIO vs. CITY OF TUSTIN, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Rush - Service of Process: Nov 21 2024 | 1 | $95.00 | No | $95.00 |
| Custodian Fee | 1 | $275.00 | No | $275.00 |
| Fee Advancement at 10 percent | 1 | $27.50 | No | $27.50 |

| **Order Information** | | **Total Charges:** | $425.00 |
|---|---|---|---|
| Reference Number: | | - Amount Paid: | $0.00 |
| Records Source: | Ireneo Flores<br>Tustin Police Department<br>300 Centennial Way<br>Tustin, CA 92780 | **= Balance Due:** | **$425.00** |
| Shipped To: | Craig Smith<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 58069-01**

Payable to:
Array
P.O. Box 738959
Dallas, TX 75373-8959
(949) 777-5496 ext. 2007



## *Invoice*

| Invoice No. | 58173-01 |
|---|---|
| **Invoice Date** | 11/25/2024 |
| **Tax ID** | ▮▮▮▮▮ |
| **Rep** | Kim Olsen |

*Please include invoice number on your payment

**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn: Diane Esparza

Record Subject:
Case Number:      8:22-cv-812 RGK (ADSx)
Claim Number:
SHAWN R. PORIO vs. CITY OF TUSTIN, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Same Day Rush - Service of Process: Nov 20, 2024 | 1 | $160.00 | No | $160.00 |
| Custodian Fee | 1 | $58.84 | No | $58.84 |
| Fee Advancement at 10 percent | 1 | $5.88 | No | $5.88 |

| **Order Information** | | **Total Charges:** | $252.22 |
|---|---|---|---|
| Reference Number: | | - Amount Paid: | $0.00 |
| Records Source: | Dr. Andrew Woo, MD | **= Balance Due:** | **$252.22** |
| | ▮▮▮▮▮▮▮▮ | | |
| Shipped To: | Craig Smith<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 58173-01**