# EXHIBIT C



**ACE ATTORNEY SERVICE**
*Delivering Peace of Mind*

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 465657 | ■ |
| Invc Date | |
| 7/25/22 | |

LYNBERG & WATKINS - SD
ATTN: DAISY BEACH
185 WEST F ST., 4TH FLOOR
SAN DIEGO, CA 92101

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| ■ | 465657 | 7/15/22 | 57.71 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/12/22 | 2083597 | CSD | Caller: JAMILEH SARABIAN<br>LYNBERG & WATKINS - SD<br>185 WEST F STREET<br>SAN DIEGO<br><br>8:22-CV-00812<br>PORIO V TUSTIN<br>DOC #32<br>DEL CCJ BEFORE NOON | Ref No.: 1793-0301<br>USDC-SANTA ANA<br>411 4TH ST<br>SANTA ANA | BASE   : 49.50<br>PDF PAGES : 4.50<br>FUEL CHRG : 3.71 | 57.71 |
| PDF CHAMBER'S COPY SAMEDY | | | | | | |

Total   57.71

## INVOICE PAYMENT DUE UPON RECEIPT

# ACE ATTORNEY SERVICE
*Delivering Peace of Mind*

# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 476260 | ▓▓▓ |
| **Invc Date** | |
| 9/12/22 | |

LYNBERG & WATKINS - ORANGE COUNTY
ATTN: ACCOUNTS PAYABLE
1100 TOWN & COUNTRY RD. # 1450
ORANGE, CA 92868

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| ▓▓▓ | 476260 | 8/31/22 | 113.14 | 1 |

### Service Detail

| Date | Ordr No. | Svc | Caller / Info | Ref | Charges | Total |
|---|---|---|---|---|---|---|
| 8/22/22 | 2097317 | CRS | Caller: JAMILEH SARABIAN<br>LYNBERG & WATKINS - ORANGE COUNTY<br>1100 TOWN & COUNTRY ROAD<br>ORANGE<br><br>8:22-CV-812 CJC<br>PORIO V TUSTIN<br>ANSWER TO FAC | Ref No.: 1793-0301<br>USDC<br>411 W.4TH ST<br>SANTA ANA | BASE : 105.25<br>FUEL CHRG : 7.89 | 113.14 |
| PDF CHAMBER'S COPY RUSH | | | | | | |

**Total** 113.14

## INVOICE PAYMENT DUE UPON RECEIPT




# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 629191 | ▪ |
| Invc Date | |
| 9/20/24 | |

LYNBERG & WATKINS - ORANGE COUNTY
ATTN: ACCOUNTS PAYABLE
1100 TOWN & COUNTRY RD. # 1450
ORANGE, CA 92868

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| ▪ | 629191 | 9/15/24 | 122.01 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 9/11/24 | 2361661 | ASP | Caller:  DIANE ESPARZA                    Ref No.:  PORIO          BASE       :   113.50 | | 122.01 |
| DEL PRIORITY | | | LYNBERG & WATKINS - ORANGE COUNTY          ROYBAL                      FUEL CHRG :     8.51 | | |
| | | | 1100 TOWN & COUNTRY ROAD                   255 E TEMPLE STREET | | |
| | | | ORANGE                                     LOS ANGELES | | |
| | | | 8:22-cv-812 RGK | | |
| | | | PORIO V TUSTIN | | |
| | | | NOL & USB | | |
| | | | LODGE AND CONFORM | | |

Total       122.01

## INVOICE PAYMENT DUE UPON RECEIPT




# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

| Invoice No. | Customer No. |
|---|---|
| 635284 | |
| Invc Date | |
| 10/09/24 | |

LYNBERG & WATKINS - ORANGE COUNTY
ATTN: ACCOUNTS PAYABLE
1100 TOWN & COUNTRY RD. # 1450
ORANGE, CA 92868

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
|  | 635284 | 9/30/24 | 171.46 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/17/24 | 2363936 | CCR | Caller: DIANE ESPARZA | Ref No.: 1793-0301 | BASE      : 159.50 | 171.46 |
| CHMBR PRIORITY | | | LYNBERG & WATKINS - ORANGE COUNTY | USDC-ROYBAL | FUEL CHRG : 11.96 | |
| | | | 1100 TOWN & COUNTRY ROAD | 255 E TEMPLE ST CRTRM 850 | | |
| | | | ORANGE | LOS ANGELES | | |
| | | | DEL FLASHDRIVE TODAY | | | |

Total   171.46

## INVOICE PAYMENT DUE UPON RECEIPT



# INVOICE

ACE ATTORNEY SERVICE, INC.
P.O. BOX 71036
LOS ANGELES, CA 90071
TAX ID # 95-4557668

LYNBERG & WATKINS - ORANGE COUNTY
ATTN: ACCOUNTS PAYABLE
1100 TOWN & COUNTRY RD. # 1450
ORANGE, CA 92868

| Invoice No. | Customer No. |
|---|---|
| 645385 | |
| Invc Date | |
| 11/22/24 | |

BILLING INQUIRIES CALL
(213) 623-3979

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| | 645385 | 11/15/24 | 80.74 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 11/05/24 | 2381575 | CSD | Caller: DIANE ESPARZA          Ref No.: 1793-0301          BASE      :   73.25 | | |
| PDF CHMBR COPY SAMEDY | | | LYNBERG & WATKINS - ORANGE COUNTY   ROYBAL                     PDF PAGES :    2.00 | | 80.74 |
| | | | 1100 TOWN & COUNTRY ROAD          255 E TEMPLE STREET         FUEL CHRG :    5.49 | | |
| | | | ORANGE                            LOS ANGELES | | |
| | | | 8:22-CV-812 RGK (ADS | | |
| | | | PORIO V CITY TUSTIN | | |
| | | | OPPOSITION | | |
| | | | HEARING DATE 12-3 | | |

Total    80.74

## INVOICE PAYMENT DUE UPON RECEIPT