S. FRANK HARRELL - SBN 133437
sharrell@lynberg.com
G. CRAIG SMITH – SBN 265676
CSMITH@LYNBERG.COM
**LYNBERG & WATKINS**
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant,
YVETTE BARBARI, RN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN<br><br>Defendants. | CASE NO. 8:22-cv-812 RGK (ADSx)<br><br>*Assigned for All Purposes to:*<br>*Hon. R. Gary Klausner – Courtroom 850*<br><br>**AMENDED NOTICE OF APPEAL TO INCLUDE THE COURT'S DENIAL OF DEFENDANT'S RULE 50(B) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW** |

---

**1**
**AMENDED NOTICE OF APPEAL**

**TO THE HONORABLE COURT, PLAINTIFF AND HIS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Appellant Yvette Barbari, RN ("Nurse Barbari") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's Order denying Nurse Barbari's Rule 50(b) Renewed Motion for Judgment as a Matter of Law on the basis of qualified immunity entered on January 25, 2025 (See, Dkt. 295).

This Amended Notice of Appeal is intended to advise the parties and the Court that Nurse Barbari seeks appellate review of the District Court's most recent denial of qualified immunity, in addition to Nurse Barbari's petitions for appeal of the District Court's prior Orders denying Nurse Barbari's: (1) Rule 50(a) Motion for Judgment as a Matter of Law on the basis of qualified immunity (See, Dkt. 256), for which the Notice of Appeal was filed on January 9, 2025 (See, Dkt. 259; Appellate Case No. 24-6770); and (2) Motion for Summary Judgment on the basis of qualified immunity (See, Dkt. 142), for which the Notice of Appeal was filed on October 29, 2024 (See, Dkt. 149; Appellate Case No. 25-265).

Federal Rule of Civil Procedure 4(a)(4)(B)(ii) provides that a party wishing to challenge a denial of a Rule 50(b) motion "must file a notice of appeal, or an amended notice of appeal" specifying that decision.

A copy of the trial Court's order denying qualified immunity pursuant to Nurse Barbari's Rule 50(b) Renewed Motion for Judgment as a Matter of Law is attached hereto as Exhibit "A".

A copy of Nurse Barbari's October 29, 2024 Notice of Appeal (Appellate Case No. 24-6770) is attached hereto as Exhibit "B".

A copy of Nurse Barbari's January 9, 2025 Notice of Appeal (Appellate Case No. 25-265) is attached hereto as Exhibit "C".

/ / / /

1 | Nurse Barbari's Representation Statement is attached hereto as Exhibit "D".

DATED: February 21, 2025     Respectfully submitted,

**LYNBERG & WATKINS**

By: */s/ S. Frank Harrell*
**S. FRANK HARRELL**
**G. CRAIG SMITH**
Attorneys for Defendant,
YVETTE BARBARI, RN