# EXHIBIT A

**Diane Esparza**

| | |
|---|---|
| **From:** | cacd_ecfmail@cacd.uscourts.gov |
| **Sent:** | Friday, January 24, 2025 3:45 PM |
| **To:** | ecfnef@cacd.uscourts.gov |
| **Subject:** | Activity in Case 8:22-cv-00812-RGK-ADS Shawn R. Porio v. Yvette Barbari, RN Text Only Scheduling Notice |
| **Categories:** | FILING DEPT SVS |

**CAUTION:** This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 1/24/2025 at 3:45 PM PST and filed on 1/23/2025
**Case Name:**    Shawn R. Porio v. Yvette Barbari, RN
**Case Number:**    8:22-cv-00812-RGK-ADS
**Filer:**
**Document Number:** 295(No document attached)

**Docket Text:**
**(IN CHAMBERS) ORDER by Judge R. Gary Klausner: Defendant Yvette Barbari, RN's MOTION for Judgment as a Matter of Law on the basis of: Qualified Immunity [266] is DENIED. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (jre) TEXT ONLY ENTRY**

**8:22-cv-00812-RGK-ADS Notice has been electronically mailed to:**

Caylin Jones     cjones@bwslaw.com, lespinoza@bwslaw.com

Dale K Galipo     dalekgalipo@yahoo.com, amonguia@galipolaw.com, blevine@galipolaw.com, CMayne@galipolaw.com, coopermayne@recap.email, evalenzuela@galipolaw.com,

1

hlee@galipolaw.com, ldeleon@galipolaw.com, msincich@galipolaw.com, rvalentine@galipolaw.com, sanderson@galipolaw.com, slaurel@galipolaw.com, sleap@galipolaw.com

G Craig Smith    csmith@lynberg.com, desparza@lynberg.com

John Fattahi    jfattahi@gmail.com

John C. Burton    jb@johnburtonlaw.com, dl@johnburtonlaw.com, lk@johnburtonlaw.com, ms@johnburtonlaw.com, sandy@johnburtonlaw.com, sburton02@earthlink.net

Jonathan C Bond    jonathan.bond@edglaw.com, dayna.nunez@edglaw.com

Lacey N Sipsey    lsipsey@lynberg.com, desparza@lynberg.com

Maiya Keates Dempsey    maiyadempsey@gmail.com

Nathan A. Oyster    noyster@bwslaw.com, dfavela@bwslaw.com, LEspinoza@bwslaw.com

Norman J. Watkins    nwatkins@lynberg.com, kfonseca@lynberg.com

Rachel A Mihai    rmihai@bremerwhyte.com, ehurley@bremerwhyte.com, lta@bremerwhyte.com, mdempsey@bremerwhyte.com, pgandy@bremerwhyte.com

Robert M. Hughes    mhughes@bremerwhyte.com

S Frank Harrell    sharrell@lynberg.com, dmiranda@lynberg.com, jsarabian@lynberg.com

Tamara M Heathcote    theathcote@lynberg.com, dburneff@lynberg.com, kfonseca@lynberg.com, slizarraga@lynberg.com

Wean Khing Wong    winking@alum.mit.edu

**8:22-cv-00812-RGK-ADS Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**