# EXHIBIT D

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), counsel signing the Notice of Appeal asserts that they represent Defendant Yvette Barbari, RN and previously dismissed Defendants County of Orange and Nurse Jennifer Maya, RN. Defendant Yvette Barbari, RN is the only appellant with respect to this Amended Notice of Appeal as all remaining defendants have been dismissed. Below is a roster of the parties to this appeal that identifies their counsel by name, address, telephone number, and email address.

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Defendant-Appellant<br><br>Yvette Barbari, RN | S. Frank Harrell – SBN 133437<br>sharrell@lynberg.com<br>G. Craig Smith – SBN 265676<br>csmith@lynberg.com<br>Lacey Sipsey – SBN 321297<br>lsipsey@lynberg.com<br>**LYNBERG & WATKINS**<br>A Professional Corporation<br>1100 W. Town & Country Road, Suite 1450<br>Orange, California 92868<br>(714) 937-1010 Telephone<br>(714) 937-1003 Facsimile |
| PARTIES | COUNSEL OF RECORD |
| Plaintiff-Appellee<br>Shawn R. Porio | John Burton – SBN 86029<br>**THE LAW OFFICES OF JOHN BURTON**<br>128 North Fair Oaks Avenue<br>Pasadena, CA 91103<br>Tel: (626) 449-8300<br>jb@johnburtonlaw.com |

| | John Fattahi – SBN 247625<br>**LAW OFFICES OF JOHN FATTAHI**<br>21250 Hawthorne Boulevard, Suite 500<br>Torrance, CA 90503<br>Tel: (424) 999-5579<br>jfattahi@gmail.com<br><br>Dale K. Galipo<br>**LAW OFFICES OF DALE K. GALIPO**<br>21800 Burbank Blvd. #310<br>Woodland Hills, CA 91367<br>Tel: (818) 347-3333<br>dalekgalipo@yahoo.com |
|---|---|

2
**REPRESENTATION STATEMENT**