# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Central District California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: C.D. Cal. Case No. 22-cv-812-RGK-ADS

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: April 13, 2022

Date of judgment or order you are appealing: 1-29-2025 (incl. MSJ 10-30-24)

Docket entry number of judgment or order you are appealing: 299 (incl. 142)

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Shawn R. Porio

Is this a cross-appeal?   ○ Yes   ☉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☉ Yes   ○ No

If yes, what is the prior appeal case number?   Nos. 24-6770 and 25-265

Your mailing address (if pro se):

City:            State:            Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ John Burton            **Date** February 25, 2025

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                                   Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Shawn R. Porio

Name(s) of counsel (if any):

> John Burton (State Bar No. 86029) and John Fattahi (State Bar No. 247625)

Address: 128 N. Fair Oaks Ave., Pasadena, CA 91103 and 21250 Hawthorne Boul

Telephone number(s): (626) 449-8300 and (424) 999-5579

Email(s): jb@johnburtonlaw.com and jfattahi@gmail.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> County of Orange and Yvette Barbari, RN

Name(s) of counsel (if any):

> S. Frank Harrell (State Bar No. 133437) and G. Craig Smith (State Bar No. 265676)

Address: 1100 W. Town & Country Road, Suite #1450, Orange, California 92868

Telephone number(s): (714) 937-1010

Email(s): sharrell@lynberg.com and csmith@lynberg.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

---

**Form 6**                         1                         New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      2                              New 12/01/2018