# EXHIBIT B

# Ron Fernicola & Associates

*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

```
ATTN: TAMARA HEATHCOTE, ESQ.                    January 17, 2024
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450             Invoice# 23286-1
ORANGE, CALIFORNIA  92868
                                                Balance:    $343.50


Re: SHAWN R. PORIO VS. CITY OF TUSTIN
    on 10/18/23  Billed 11/10/23               <--   68 Days Old!
    by ROSA I. GUZMAN, CSR
```

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: IRINEO FLORES | |
| ONE COPY - 74 PGS | 259.00 |
| INCLUDING EXHIBITS - 19 PGS | 9.50 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING AND HANDLING | 50.00 |

P l e a s e    R e m i t    - - - >    **Total Due:    $343.50**

*TAX ID# 95-4838987     MASTERCARD & VISA ACCEPTED*
*INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

This invoice is  68  days past due, Please Remit - Thank You!
*************************************************************

## Ron Fernicola & Associates
*1244 WEST EDGEWOOD CIRCLE
COEUR D'ALENE, IDAHO 83815
(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.  
LYNBERG & WATKINS  
1100 TOWN AND COUNTRY RD., STE.1450  
ORANGE, CALIFORNIA 92868

March 14, 2023

**Invoice#** 2333-3

**Balance:**     $605.50

**Re:** SHAWN PORIO VS. CITY OF TUSTIN  
*on 02/14/23*  
*by* ROSA I. GUZMAN, CSR

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: BRENT PARDOEN (87 PGS) & DAVID PHELAN (56 PGS) | |
| ONE COPY - 143 PGS | 500.50 |
| INCLUDING EXHIBITS - 20 PGS & 2 CD'S | 30.00 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING AND HANDLING | 50.00 |

P l e a s e   R e m i t   - - - >     **Total Due:     $605.50**

*TAX ID# 95-4838987       MASTERCARD & VISA ACCEPTED
INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

# Ron Fernicola & Associates
*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450
ORANGE, CALIFORNIA  92868

March 21, 2024

**Invoice#** 2440-1

**Balance:**    $439.50

**Re:** SHAWN PORIO VS. CITY OF TUSTIN
*on* 02/15/24
*by* ROSA I. GUZMAN, CSR

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: YVETTE BARBARI, R.N. | |
| ONE COPY - 94 PGS | 329.00 |
| INCLUDING EXHIBITS - 21 PGS, 5 COLOR & 1 CD | 30.50 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING AND HANDLING | 55.00 |

P l e a s e   R e m i t   - - - >   **Total Due:    $439.50**

*TAX ID# 95-4838987      MASTERCARD & VISA ACCEPTED*
*INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

## Ron Fernicola & Associates
*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450
ORANGE, CALIFORNIA 92868

May 3, 2024

**Invoice#** 24107-1

**Balance:** $251.00

**Re:** SHAWN PORIO VS. CITY OF TUSTIN
on 04/11/24
by ROSA I. GUZMAN, CSR

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: CAMERON GRIGGS | |
| ONE COPY - 46 PGS | 161.00 |
| INCLUDING EXHIBITS - 1 CD | 10.00 |
| CD, CONDENSED TRANSCRIPT, WORD INDEX | 25.00 |
| INCLUDING PACKAGING & HANDLING | 55.00 |

P l e a s e   R e m i t   - - - >   **Total Due:** $251.00

TAX ID# 95-4838987    MASTERCARD & VISA ACCEPTED
INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE

## Ron Fernicola & Associates
*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

```
ATTN: TAMARA HEATHCOTE, ESQ.                May 14, 2024
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450         Invoice# 24119-1
ORANGE, CALIFORNIA 92868
                                            Balance:    $254.50

Re: SHAWN PORIO VS. CITY OF TUSTIN
    on 04/19/24
    by ROSA I. GUZMAN, CSR
```

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: JOSE ALEX SALINAS | |
| ONE COPY - 47 PGS | 164.50 |
| INCLUDING EXHIBITS - 1 CD | 10.00 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING & HANDLING | 55.00 |

P l e a s e    R e m i t    - - - >    **Total Due:    $254.50**

TAX ID# 95-4838987        MASTERCARD & VISA ACCEPTED
INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE

# INVOICE

**Norman Schall & Associates**
Certified Shorthand Reporters
1055 Wilshire Boulevard, Suite 1503
Los Angeles, CA 90017
213-481-3600
www.schalldepo.com

FEDERAL ID NO. 95-2128090

| Date | Acct. No. | Job No. | Invoice No. |
|---|---|---|---|
| 07/11/2024 | 7309 | 24-2801 | 249624 |
| Terms | | Message | |
| NET 30 | | TIMELY PAYMENT ALWAYS APPRECIATED! | |

Interest added to all past due accounts at 1 1/2 percent per month or maximum legal rate

LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD, STE. 1450
ORANGE, CA 92868
Attn: CRAIG SMITH, ESQ

**Claim No. (s):**

**Other:** LOS ANGELES CA
**Insured:** COUNTY OF ORANGE
**Adjuster:**
**Attorney:**

**Re:** SHAWN PORIO VS. CITY OF TUSTIN

DEPOSITION(S) OF: SHAWN R. PORIO
Taken: 06/20/2024

**Case No. (s):**

| Description | Amount |
|---|---|
| ONE E-COPY | 1,000.25 |

| **INVOICE TOTAL  PAY THIS AMOUNT** | **$1,000.25** |
|---|---|
| SONIA LLAUGER CSR# | REPRINT COPY | THANK YOU FOR YOUR BUSINESS |

**REMITTANCE**                    **RETURN WITH PAYMENT TO ENSURE PROPER CREDIT**

LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD, STE. 1450
ORANGE, CA 92868
Attn: CRAIG SMITH, ESQ

Acct. No.: 7309

**TO**  Norman Schall & Associates
1055 Wilshire Boulevard, Suite 1503
Los Angeles, CA 90017

| 24-2801 | 249624 | | 07/11/2024 | $1,000.25 |
|---|---|---|---|---|

# INVOICE

## Carroll Sells Court Reporting Service
*4132 Katella Avenue, Suite 101*
*Los Alamitos, CA  90720*
*(562) 799-9100*
*Tax ID# 84-1752107*

S. FRANK HARRELL, ESQUIRE
LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD
SUITE 1450
ORANGE, CA  92868

November 21, 2024

**Invoice#** 17439

**Re:** SHAWN R. PORIO V. CITY OF TUSTIN / DR. HOMER VENTERS
CASE NO. 8:22-CV-812-RGK (ADSx)
on 11/20/24  Billed 11/21/24

| Charge Description | Amount |
|---|---|
| Deposition of Dr. Homer Venters | |
| Original & one certified copy | 1,355.00 |
| Exhibits | 142.80 |
| Shipping/Handling/Processing/Scheduling | 85.00 |

Original transcript held according to the
Code of Civil Procedure, Section 2025.520

Your File No. 1793-0301

Please Remit   *Please tear off stub and return with payment*   Total Due

*10% interest will be applied after 30 days*

Carroll Sells Court Reporting Service
4132 Katella Avenue, Suite 101
Los Alamitos, CA  90720

Invoice# 17439

Balance $

# Carroll Sells Court Reporting Service
*4132 Katella Avenue, Suite 101*
*Los Alamitos, CA  90720*
*(562) 799-9100*
*Tax ID# 84-1752107*

```
G. CRAIG SMITH, ESQUIRE                           December 31, 2024
LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD                          Invoice# 17444
SUITE 1450
ORANGE, CA  92868                                 [REDACTED]


Re: SHAWN R. PORIO V. CITY OF TUSTIN / CHITRA VENKATASUBRAMANIAN
    CASE NO. 8:22-CV-812-RGK (ADSx)
    on 11/23/24   Billed 11/26/24           <--   35 Days Old!
    by KATHLEEN MASNEC, CSR #8442
```

| Charge Description | Amount |
|---|---|
| Deposition of Chitra Venkatasubramanian, M.D. Original & one certified copy | 1,241.00 |
| [REDACTED] | [REDACTED] |
| Exhibits | 49.30 |
| Shipping/Handling/Processing/Scheduling | 85.00 |

Original transcript held according to the
Code of Civil Procedure, Section 5025.520

Your File No. 1793-0301


                    P l e a s e   R e m i t   - - - >     [REDACTED]


              *10% interest will be applied after 30 days*

Carroll Sells Court Reporting Service              Invoice# 17444
4132 Katella Avenue, Suite 101
Los Alamitos, CA  90720                            [REDACTED]

# INVOICE

## Carroll Sells Court Reporting Service
*4132 Katella Avenue, Suite 101*
*Los Alamitos, CA 90720*
*(562) 799-9100*
*Tax ID# 84-1752107*

G.CRAIG SMITH, ESQUIRE
LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD
SUITE 1450
ORANGE, CA 92868

December 16, 2024

**Invoice#** 17478

**Re**: SHAWN R. PORIO V. CITY OF TUSTIN / TAYLOR KUHN, PH.D.
CASE NO. 8:22-CV-812-RGK (ADSx)
*on 11/21/24   Billed 12/16/24*

| Charge Description | Amount |
|---|---|
| Deposition of Taylor Kuhn, Ph.D. | 1,322.00 |
| Original & one certified copy | |
| Rough Draft | 153.00 |
| Exhibits | 49.30 |
| Shipping/Handling/Processing/Scheduling | 85.00 |

Original transcript sent this date to
G. Craig Smith, Esquire

Your File No. 1793-0301

Please tear off stub and return with payment

*10% interest will be applied after 30 days*

Carroll Sells Court Reporting Service
4132 Katella Avenue, Suite 101
Los Alamitos, CA 90720

Invoice# 17478