EXHIBIT C

Copies of Subpoenaed Records



# TITAN
## Legal Services

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 30, 2022 | OP184232-01-01 |

**Bill To:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

**Ordered By:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

Claim No:
Insured:
Date of Loss:
Plaintiff: **Shawn R. Porio**
Defendant: **City of Tustin, et al.**

Client File No.:
Pertaining To: **Shawn R. Porio**
Records From: **Best Buy Stores, L.P. c/o CT Corporation System
330 N Brand Blvd, Suite 700
Glendale, CA, 91203**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Library Copies (Image only)** | 217.00 | 0.20 | 43.40 |
| **Images E-mailed / Uploaded** | 217.00 | 0.02 | 4.34 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 102.74 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 102.74** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP184232-01/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | November 29, 2022 | OP183493-04-01 |

Bill To:

**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:

**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: SHAWN R. PORIO
Defendant: CITY OF TUSTIN, et al.

Client File No.:
Pertaining To: Shawn R. Porio (See Attachment To Subpoena)
Records From: Long Beach Memorial Medical Center - Medical
Records Department
2801 Atlantic Avenue
Long Beach, CA, 90806

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Library Basic Charge | | | 55.00 |
| Library Copies (Image only) | 2,779.00 | 0.20 | 555.80 |
| Images E-mailed / Uploaded | 2,779.00 | 0.02 | 55.58 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 666.38 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 666.38** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600846

Order#:OP183493-04/WHITINV

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | September 29, 2022 | OP183493-05-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
   Insured:
Date of Loss:
   Plaintiff:  **SHAWN R. PORIO**
   Defendant:  **CITY OF TUSTIN, et al.**

Client File No.:
Pertaining To:  **Shawn R. Porio (See Attachment To Subpoena)**
Records From:  **Long Beach Memorial Medical Center - Billing Department**
**2801 Atlantic Avenue**
**Long Beach, CA, 90806**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Library Copies (Image only)** | **29.00** | **0.20** | 5.80 |
| **Images E-mailed / Uploaded** | **29.00** | **0.02** | .58 |

| Comments: | | |
|---|---|---|
| | SUB-TOTAL | 61.38 |
| | SALES TAX | .00 |
| | **TOTAL DUE** | **$ 61.38** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

TERMS: NET 15 DAYS

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP183493-05/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

# TITAN
## Legal Services

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | October 11, 2022 | OP183493-06-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: SHAWN R. PORIO
Defendant: CITY OF TUSTIN, et al.

Client File No.:
Pertaining To:  Shawn R. Porio (See Attachment To Subpoena)
Records From:  **Long Beach Memorial Medical Center - Radiology Department**
**2801 Atlantic Avenue**
**Long Beach, CA, 90806**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **CD of Films Duplicated** | 2.00 | 35.00 | 70.00 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 125.00 |
| SALES TAX | 5.43 |
| TOTAL DUE | **$ 130.43** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP183493-06/WHITINV

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 28, 2022 | OP183493-07-01 |

**Bill To:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

**Ordered By:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

Claim No:
Insured:
Date of Loss:
Plaintiff: SHAWN R. PORIO
Defendant: CITY OF TUSTIN, et al.

Client File No.:
Pertaining To: Shawn R. Porio (See Attachment To Subpoena)
Records From: Children's Health Orange County - Dr. Michael Muhonen - Medical Records Department
1201 West La Veta
Orange, CA, 92868

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Library Basic Charge | | | 55.00 |
| Library Copies (Image only) | 37.00 | 0.20 | 7.40 |
| Images E-mailed / Uploaded | 37.00 | 0.02 | .74 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 63.14 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 63.14** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**TERMS: NET 15 DAYS**

**PLEASE PAY FROM THIS INVOICE**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600546

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

Order#:OP183493-07/WHITINV

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | October 11, 2022 | OP183494-01-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: SHAWN R. PORIO
Defendant: CITY OF TUSTIN, et al.

Client File No.:
Pertaining To: (See Attachment To Subpoena) SHAWN R. PORIO
V. CITY OF TUSTIN ET AL

Records From: **Archie's Towing - Release of Information**
**745 N. Hariton Street**
**Orange, CA, 92568**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Library Basic Charge | | | 55.00 |
| Library Copies (Image only) | 8.00 | 0.20 | 1.60 |
| Images E-mailed / Uploaded | 8.00 | 0.02 | .16 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 56.76 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 56.76** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 28-1600646

Order#:OP183494-01/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 30, 2022 | OP184232-02-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: Shawn R. Porio
Defendant: City of Tustin, et al.

Client File No.:
Pertaining To: **Shawn R. Porio**
Records From: **GNC, LLC c/o Joseph Robert Giannini**
**12016 Wilshire Blvd., Ste. 5**
**Los Angeles, CA, 90025**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** **Certificate of No Records Obtained** | | | 55.00 .00 |
| Comments: | | SUB-TOTAL | 55.00 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | **$ 55.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP184232-02/WHITINV

### *PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



# TITAN
## Legal Services

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 30, 2022 | OP184232-03-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: **Shawn R. Porio**
Defendant: **City of Tustin, et al.**

Client File No.:
Pertaining To: **Shawn R. Porio**
Records From: **Pacific Maritime Association c/o CSC Lawyers, Inc.**
**2710 Gateway Oaks Dr., Ste. 150N**
**Sacramento, CA, 95833**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Library Basic Charge | | | 55.00 |
| Library Copies (Image only) | 36.00 | 0.20 | 7.20 |
| Images E-mailed / Uploaded | 36.00 | 0.02 | .72 |

Comments:

| | | |
|---|---|---|
| | SUB-TOTAL | 62.92 |
| | SALES TAX | .00 |
| | **TOTAL DUE** | **$ 62.92** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

### PLEASE PAY FROM THIS INVOICE

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP184232-03/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

Copy of Video Depositions Anticipated to Be Used At Trial

*Please make checks payable to:*

**Best Evidence Video Productions**
9854 National Blvd. #364
Los Angeles, CA 90034
(818) 718-9334
bestevidence@gmail.com

## INVOICE

*Payable In Full Upon Receipt*
Balances past 30 days are subject to a late charge.

EIN: 86-3217408

**BILL TO**
LYNBERG + WATKINS
1100 Town & Country Rd
Suite #1450
Orange, CA 92868

Craig Smith, Esq.

**INVOICE # 4504**
**DATE** 07/07/2024

| CASE | WITNESS | CASE NUMBER |
|------|---------|-------------|
| Porio -v- City of Tustin | Shawn Porio | 22CV00812 |

| DEPOSITION DATE | DESCRIPTION | UNITS | RATE | AMOUNT |
|-----------------|-------------|-------|------|--------|
| 06/20/2024 | Synced Video Copy (per video hour) | 5 | 140.00 | 700.00 |
| | Delivery & Archiving | 1 | 25.00 | 25.00 |

BALANCE DUE **$725.00**

**CODE OF CIVIL PROCEDURE: SECTION 2025.510**
(h)(1) The requesting attorney or party appearing in propria persona shall timely pay the deposition officer or the entity providing the services of the deposition officer for the transcription or copy of the transcription described in subdivision (b) or (c), and any other deposition products or services that are requested either orally or in writing.

## BEST EVIDENCE APPRECIATES YOUR BUSINESS

## Best Evidence Video Productions LLC
Video Litigation Support Specialists



**Witness Legal Video, Inc.**
840 Apollo St Suite 100
El Segundo, CA 90245
info@witnesslegalvideo.com
(310) 602-6764

# INVOICE

| | |
|---|---|
| INVOICE NO. | 242591 |
| DATE | 11/26/2024 |
| JOB NO. | 24-566 |
| WITNESS | Dr. Homer Venters |
| CASE NAME | Porio vs Tustin / 1793-0301 |

**INVOICE FOR**
Craig Smith
LYNBERG & WATKINS
1100 W. Town & Country Road
Suite #1450
Orange, CA 92868
desparza@lynberg.com

**PAYABLE TO**          **TAX ID #**
Witness Legal Video, Inc     84-4460378

| SERVICE DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/20/2024 | | | | | |
| | | | | | |
| | | | | | |
| | Media Format:Video Sync/Depoview | Per media hour | 3.25 | 75.00 | 243.75 |

Notes:
Thank you for your business! Payment methods accepted:
-ACH / CREDIT CARD via https://witnesslegalvideo.nickelpayments.com/
-Zelle payments to info@witnesslegalvideo.com
-Checks mailed to 840 Apollo St #100 El Segundo CA 90245.

If sending via Zelle or ACH, please reference the invoice#



**Witness Legal Video, Inc.**
840 Apollo St Suite 100
El Segundo, CA 90245
info@witnesslegalvideo.com
(310) 602-6764

# INVOICE

| | |
|---|---|
| INVOICE NO. | 242673 |
| DATE | 12/10/2024 |
| JOB NO. | 24-570 |
| WITNESS | Dr. Taylor Kuhn |
| CASE NAME | Porio vs Tustin / 1793-0301 |

**INVOICE FOR**
Craig Smith
LYNBERG & WATKINS
1100 W. Town & Country Road
Suite #1450
Orange, CA  92868
desparza@lynberg.com

**PAYABLE TO**          **TAX ID #**
Witness Legal Video, Inc      84-4460378

| SERVICE DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/21/2024 | | | | | |
| | | | | | |
| | Media Format:Video Sync/Depoview | Per media hour | 1.50 | 75.00 | 112.50 |

**Notes:**
Thank you for your business! Payment methods accepted:
-ACH / CREDIT CARD via https://witnesslegalvideo.nickelpayments.com/
-Zelle payments to info@witnesslegalvideo.com
-Checks mailed to 840 Apollo St #100 El Segundo CA 90245.

If sending via Zelle or ACH, please reference the invoice#



**Witness Legal Video, Inc.**
840 Apollo St Suite 100
El Segundo, CA 90245
info@witnesslegalvideo.com
(310) 602-6764

# INVOICE

| | |
|---|---|
| INVOICE NO. | 242674 |
| DATE | 12/10/2024 |
| JOB NO. | 24-578 |
| WITNESS | Dr. Chitra Venkatasubramanian |
| CASE NAME | Porio vs Tustin / 1793-0301 |

**INVOICE FOR**
Craig Smith
LYNBERG & WATKINS
1100 W. Town & Country Road
Suite #1450
Orange, CA 92868
desparza@lynberg.com

**PAYABLE TO**          **TAX ID #**
Witness Legal Video, Inc      84-4460378

| SERVICE DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/23/2024 | | | | | |
| | Media Format:Video Sync/Depoview | Per media hour | 1.75 | 75.00 | 131.25 |

Notes:
Thank you for your business! Payment methods accepted:
-ACH / CREDIT CARD via https://witnesslegalvideo.nickelpayments.com/
-Zelle payments to info@witnesslegalvideo.com
-Checks mailed to 840 Apollo St #100 El Segundo CA 90245.

If sending via Zelle or ACH, please reference the invoice#

Copies of Trial Materials and Exhibits



**Litigation Support Professionals, Inc.**
19340 Jesse Lane, Suite 240
Riverside, CA  92508
+19516866880
dilten@litsupportpros.com
www.litsupportpros.com

**BILL TO**
Shel Harrell
Law Offices of Lynberg & Watkins
1100 Town & Country Road
Suite 1450
Orange, CA  92868

**SHIP TO**
Shel Harrell
Law Offices of Lynberg & Watkins
1100 Town & Country Road
Suite 1450
Orange, CA  92868

## INVOICE 5745

**DATE** 12/16/2024    **TERMS** Due on receipt

**CASE**
Porio v Yvette Barbari

**LSP FILE#**
4012

**CLIENT FILE#**
8:22-CV-00812 RGK (ADSx)

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| ███ | ███████ | █ | █ | ███ |
| Document Imaging B/W 8.5 x 11 | Document Imaging B/W: 8.5 x 11 - 4 sets of Defense Exhibits and 2 sets of Plaintiff Exhibits | 7,979 | 0.125 | 997.38T |
| Document Printing Color 8.5 X 1 | Document Printing Color 8.5 X 11 - 4 sets of Defense Exhibits and 2 sets of Plaintiff Exhibits | 4,065 | 0.65 | 2,642.25T |
| Flash Drive | Flash Drive loaded with documents - 6 total | 6 | 24.99 | 149.94T |
| 5" Exhibit Binders | 5" Exhibit Binders (Black) - 3 binders per set of Defense Exhibits (4 sets total). 2 binders per set of Plaintiff Exhibits (2 sets total). | 16 | 29.99 | 479.84T |



| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|----------|-------------|-----|------|--------|
| ███ | ████████████ | █ | ███ | ███ |
| | ██████████ | | | |
| Pickup & Delivery | Pickup & Delivery - Exhibits were dropped off at Lynberg & Watkin's office building. | 2 | 94.25 | 188.50 |
| ███ | ████████████ | █ | ███ | ███ |

Case Caption: Porio v Yvette Barbari

Please call DAVID ILTEN with any questions related to this invoice. This invoice represents services rendered from 11/18/2024 through 12/13/2024.

Thank you,
Litigation Support Professionals, Inc.



**Litigation Support Professionals, Inc.**
19340 Jesse Lane, Suite 240
Riverside, CA  92508
+19516866880
dilten@litsupportpros.com
www.litsupportpros.com

**BILL TO**
Shel Harrell
Law Offices of Lynberg & Watkins
1100 Town & Country Road
Suite 1450
Orange, CA  92868

## INVOICE 5770

**DATE** 01/31/2025    **TERMS** Due on receipt

**CASE**
Porio v City of Tustin

**CLIENT FILE#**
8:22-CV-00812 RGK (ADSx)



Case Caption: Porio v City of Tustin

Please call DAVID ILTEN with any questions related to this
invoice. This invoice represents services rendered from
 12/14/2024 through 1/23/25.

Thank you,
Litigation Support Professionals, Inc.

# Time Entries

**Litigation Support Professionals Inc**

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025



| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|

### Lynberg & Watkins
### Porio v City of Tustin

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 11-20-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 0.750 | 195.00 | 146.25 |
| | Downloaded trial exhibits to the network. | | | | | | | | | |
| 11-20-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 0.250 | 195.00 | 48.75 |
| | Converted trial exhibits that were jpgs to pdfs. | | | | | | | | | |
| 11-25-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 0.750 | 195.00 | 146.25 |
| | Uploaded the trial exhibits and exhibit list to Sharefile. | | | | | | | | | |
| 11-25-2024 | Approved | | Billable | Exhibit Binder Assembly | Bush, Wil | | | 4.000 | 95.00 | 380.00 |
| | Sorted, tabbed and created trial exhibit binders of defense trial exhibits. | | | | | | | | | |
| 11-25-2024 | Approved | | Billable | Document Index Preparation | Morales, Genesse | | | 1.000 | 95.00 | 95.00 |
| | Updated video index with plaintiff's and defendant's trial exhibits. | | | | | | | | | |

# Time Entries

**Litigation Support Professionals Inc**

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| *Lynberg & Watkins* | | | | | | | | | | |
| *Porio v City of Tustin* | | | | | | | | | | |
| 11-25-2024 | Approved | | Billable | Exhibit Binder Assembly | Ilten, Courtney | | | 2.500 | 95.00 | 237.50 |
| Exhibit Binder Assembly - Assisted in the assembly of the exhibit binders for trial. | | | | | | | | | | |
| 11-27-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 3.000 | 195.00 | 585.00 |
| Downloaded radiology records to the network. | | | | | | | | | | |
| 11-29-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 2.000 | 195.00 | 390.00 |
| Moved defense medical records to the trial folder in ShareFile. Uploaded exhibit 230 to ShareFile. Sent Craig an e-mail providing him a link to the defense trial exhibits in ShareFile. | | | | | | | | | | |
| 12-01-2024 | Approved | | Billable | Video Clip Creation | Ilten, Courtney | | | 3.250 | 185.00 | 601.25 |
| Video Clip Creation - Created smaller snippet video clips from exhibits 109, 111 and 230. Sent the vide oclips to the client for their review. Uploaded videos to ShareFile where the clients can access and download the videos. Confirmed the videos played properly. | | | | | | | | | | |
| 12-01-2024 | Approved | | Billable | Database Management | Ilten, Courtney | | | 0.750 | 195.00 | 146.25 |
| Database Management - Made redactions to exhibits that were provided by the client. Uploaded to ShareFile. Shared exhibits with counsel. | | | | | | | | | | |
| 12-02-2024 | Approved | | Billable | Exhibit Binder Assembly | Bush, Wil | | | 1.000 | 95.00 | 95.00 |
| Prepared and bound depositions that will be lodged with court. | | | | | | | | | | |
| 12-02-2024 | Approved | | Billable | Exhibit Binder Assembly | Morales, Genesse | | | 5.000 | 95.00 | 475.00 |
| Assembled 2 sets of plaintiff's exhibit binders and 1 set of defendant's trial exhibits. Started tagging one set of defendants trial exhibits. | | | | | | | | | | |

# Time Entries

## Litigation Support Professionals Inc

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|

### *Lynberg & Watkins*

### Porio v City of Tustin

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 12-03-2024 | Approved | | Billable | Exhibit Binder Assembly | Perez, Lilliana | | | 1.500 | 95.00 | 142.50 |

Added exhibit tags to 1 set of defense trial exhibits. Qced Binders.

| | | | | | | | | | | |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 12-03-2024 | Approved | | Billable | Pre-Trial Litigation Support | Ilten, Courtney | | | 0.750 | 200.00 | 150.00 |

Pre-Trial Litigation Support - Made redactions to exhibits that we will use during trial.

| 12-04-2024 | Approved | | Billable | Electronic File Conversion (ie.: PDF to TIFF, Outlook PST files to TIFF) | Ilten, Courtney | | | 3.000 | 195.00 | 585.00 |

Electronic File Conversion: Exported out the medical images from MicroDicom into jpgs. I then combined all the jpgs and converted those into PDFs. Once all the medical images were converted to pdfs, I endorsed the exhibits in the bottom right corner and shared a link with counsel.

| 12-05-2024 | Approved | | Billable | Exhibit Binder Assembly | Morales, Genesse | | | 2.000 | 95.00 | 190.00 |

Assembled and bound 3 copies of the deposition transcripts for Broadwater, Porio, and Kuhn.

| 12-05-2024 | Approved | | Billable | Exhibit Binder Assembly | Ilten, Courtney | | | 1.750 | 95.00 | 166.25 |

Exhibit Binder Assembly - Confirmed that the media/medical images/large exhibits were imported onto the flash drives correctly. Inserted the flash drives into the exhibit binders. Assisted in finalizing the exhibit binders and made sure they were ready to be sent out to the Lynberg office.

| 12-05-2024 | Approved | | Billable | Pre-Trial Litigation Support | Ilten, Courtney | | | 0.250 | 200.00 | 50.00 |

Pre-Trial Litigation Support - Made revisions to exhibits and provided a new link with the updated exhibits.

| 12-08-2024 | Approved | | Billable | Pre-Trial Litigation Support | Ilten, Courtney | | | 1.000 | 200.00 | 200.00 |

Pre-Trial Litigation Support -  Bates stamped the medical images that we will be using during trial.

# Time Entries

**Litigation Support Professionals Inc**

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|

### *Lynberg & Watkins*

### Porio v City of Tustin

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 12-09-2024 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 2.500 | 225.00 | 562.50 |

In Trial Litigation Support - Synced plaintiff's video with his ASCII file in TimeCoder. Made the clips in OnCue. Q/C the videos in OnCue to confirm they stopped/played on a Q/A.

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 12-09-2024 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 0.750 | 225.00 | 168.75 |

In Trial Litigation Support - Printed 4 copies of MRI Scans and CT Scans for the testimony of Dr. Hemmen.

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 12-09-2024 | Approved | | Billable | Video Clip Creation | Morales, Genesse | | | 0.250 | 185.00 | 46.25 |

Created video clips for Venters.

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 12-10-2024 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 1.000 | 225.00 | 225.00 |

In Trial Litigation Support - Made 2 printed copies of jury instructions for court. (54 pages each)

# Time Entries

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

**Litigation Support Professionals Inc**



| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|

### Lynberg & Watkins

### Porio v City of Tustin

01-21-2025 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 0.250 | 225.00 | 56.25

In Trial Litigation Support - Printed 1 full set of jury instructions to bring to court that morning.

01-21-2025 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 0.250 | 225.00 | 56.25

In Trial Litigation Support - Printed 20 sheets on blue cardstock paper to cut and staple to the front page of every exhibit in one set of binders for the court.

# Time Entries

**Litigation Support Professionals Inc**

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|

### *Lynberg & Watkins*

### Porio v City of Tustin



# Court Reporter Transcripts of Trial

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Morning.

W-9 attached.

Amy Diaz, RPR,CRR, FCRR
Federal Official Reporter
350 W.1st St.
#4455
Los Angeles, CA 90012

**From:** Lacey Sipsey <lsipsey@lynberg.com>
**Sent:** Friday, December 6, 2024 6:37 PM
**To:** Shel Harrell <sharrell@lynberg.com>
**Cc:** Debra Miranda <dmiranda@lynberg.com>; Craig Smith <csmith@lynberg.com>
**Subject:** Fw: Porio v. City of Tustin 8:22-CV-812

Transcripts are $4500 - we need to make payment arrangements (See below).

**From:** Amy Diaz <amyfcrr@gmail.com>
**Sent:** Friday, December 6, 2024 6:34:34 PM
**To:** Lacey Sipsey <lsipsey@lynberg.com>
**Subject:** Re: Porio v. City of Tustin 8:22-CV-812

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Estimated cost would be $4,500.  We will need to make arrangements for payment.

Let me know what you need from me.



ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Central District of California

INVOICE 20250086

Frank Harrell

**MAKE CHECKS PAYABLE TO:**
Amy Diaz, FCRR
705 East Olive Avenue
Unit 201
Burbank, CA 91501
amyfcrr@gmail.com

| __ CRIMINAL    X CIVIL | DATE ORDERED: 01-17-2025 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 8:22-CV-812, Porio v Barbari

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | 500 | 4.39 | 2195.00 | | | | | | | 2195.00 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 2195.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | | 2195.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR