UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN,<br><br>Defendant. | Case No. 8:22-CV-00812 RGK (ADSx)<br><br>**[Proposed] ORDER GRANTING PLAINTIFF'S MOTION TO RETAX COSTS** |

Plaintiff Shawn Porio filed a motion to retax costs. For the following reasons, the Court **GRANTS** the motion.

Under Rule 54-2.5, the Court conducts a *de novo* review of the clerk's costs determination. *Forouzan v. BMW of N. America, LLC*, 390 F. Supp. 3d 1184, 1186 (C.D. Cal. 2019). "The review is limited to the record before the Clerk and encompasses only those items specifically identified in the motion." *Id.*; L.R. 54-2.5. The Supreme Court has emphasized that Rule 54(d) does not permit "unrestrained discretion to tax costs to reimburse a winning litigant for every expense he has seen fit to incur in the conduct of his case." *Farmer v. Arabian Am. Oil Co.*, 379 U.S. 227, 235 (1964).

The Court will retax costs of $1,275.80, and disallow the remainder of Defendant's request for failure to provide sufficient support, as outside the scope of

the Local Rule, and for failing to provide sufficient breakdown between taxable and non-taxable costs.

**IT IS SO ORDERED.**

DATED: _____, 2025    Hon. R. Gary Klausner
United States District Judge