# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO<br><br>PLAINTIFF(S)<br><br>v.<br><br>CITY OF TUSTIN , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:22−cv−00812−RGK−ADS<br><br><br>**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

| 4/14/2025 | / | 324 | / | Opposition |
|---|---|---|---|---|
| *Date Filed* | | *Doc. No.* | | *Title of Document* |
| __ | / | __ | / | __ |
| *Date Filed* | | *Doc. No.* | | *Title of Document* |

Other:
Memorandum lacks word count certification in violation of L.R. 11−6.2. Counsel shall have 1 day from the date of this order to file a corrected opposition and associated documents.

Dated: April 15, 2025          By:  /s/ *R. Gary Klausner*
                                    U.S. District Judge

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G−106 (6/12)     ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)