# EXHIBIT A

S. Frank Harrell (SBN 133437); G. Craig Smith (SBN 265676)
LYNBERG & WATKINS
1100 Town & Country Road, Suite 1450
Orange, CA 92868
T: (714) 937-1010
F: (714) 937-1003
sharrell@lynberg.com, csmith@lynberg.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shawn R. Porio | **CASE NUMBER** |
| | 8:22-CV-00812-RGK-ADS |
| v.                              PLAINTIFF(S), | |
| Yvette Barbari, RN | **APPLICATION TO THE CLERK TO TAX COSTS** |
| DEFENDANT(S) | |

*Complete this form, including the Bill of Costs chart in section 2 and, if claiming witness fees, the Witness Fees chart in section 3. The completed form must then be submitted to the Court in two ways: (1) saved as a PDF document and e-filed (with all necessary attachments) in the case docket using the "Clerk to Tax Costs (CV-59)" event in the Court's CM/ECF System; and (2) saved as a Word document (.doc or .docx) and submitted by email (without attachments) to Cost_BillsLA@cacd.uscourts.gov. See L.R. 54-3 et seq. and the Bill of Costs Handbook (www.cacd.uscourts.gov/court-procedures/filing-procedures/bill-costs) for more information.*

| | |
|---|---|
| Name(s) of party or parties claiming costs: | Defendant, YVETTE BARB |
| Judgment entered on: | January 29, 2025 | Docket #: | 299 |
| Names of party(ies) against whom judgment was entered: | Plaintiff, SHAWN PORIO |

### DECLARATION UNDER 28 U.S.C. § 1924

I declare under penalty of perjury that the costs itemized in this CV-59 Form are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.

Date: March 5, 2025

Signature: /s/ G. Craig Smith

Name: G. Craig Smith

☒ Attorney of Record for: Defendant, Yvette Porio

---

**COURT USE ONLY**

☐ Application GRANTED in whole/part; costs are taxed in the amount of $ *Enter total amount taxed here.*

☐ Application DENIED because: ☐ Not timely filed (L.R. 54-2.1).

☐ Insufficient supporting documentation provided (L.R. 54-2.1).

☐ Filer is not prevailing party (L.R. 54-1).

Date: *Enter date here.*

**Brian D. Karth, District Court Executive/Clerk of Court**

By: _____

Deputy Clerk

**Case Title:** <u>Shawn R. Porio v Yvette Barban, RN</u>; **Case No:** 8:22-CV-00812-RGK-ADS

# BILL OF COSTS

### *The Clerk does not have discretion to tax any item*
### *not identified as taxable in the Local Rules.*

Click in one of the grey boxes in the "Amount Claimed" column, enter the relevant amount, and then use the "tab" key to move to the next field; this will cause the form to adjust the column total at the bottom of the chart.

A list of disallowance codes is provided below the chart.

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| 1 | | *L.R. 54-3.1 Clerk's Fees (only if in 28 USC § 1914 or www.uscourts.gov/services-forms/fees/district-court-miscellaneous-fee-schedule)* | | | | | |
| | | | | | | | |
| 2 | | *L.R. 54-3.2 Fees for Service of Process* | | | | | |
| | | $3,758.91 | EXH A, Delivery, Process Svs. | | | | |
| 3 | | *L.R. 54-3.3 United States Marshal's Fees* | | | | | |
| | | | | | | | |
| 4 | | *L.R. 54-3.4 Transcripts of Court Proceedings (order or stipulation required and must be attached)* | | | | | |
| | | | | | | | |
| 5 | | *L.R. 54-3.5 Depositions (if order or stipulation required by rule, it must be attached)* | | | | | |
| | | $7,461.65 | EXH B, Depositions Reporters and Copies | | | | |
| 6 | | *L.R. 54-3.6 Witness Fees (TAXED AT STATUTORY RATE ONLY; complete Witness Fees Chart, below)* | | | | | |
| | | | | | | | |
| 7 | | *L.R. 54-3.7 Interpreter's Fees (document translation costs are not taxable)* | | | | | |
| | | | | | | | |
| 8 | | *L.R. 54-3.8 Docket Fees (only as provided by 28 U.S.C. § 1823)* | | | | | |
| | | | | | | | |
| 9 | | *L.R. 54-3.9 Court-Appointed Experts, Masters, Commissioners, and Receivers (attach appointment order)* | | | | | |
| | | | | | | | |
| 10 | (a) | *L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents (if order or stip required, it must be attached)* | | | | | |
| | | *L.R. 54-3.10(a): "cost of copies of documents necessarily filed and served"* | | | | | |
| | | | | | | | |
| | (b) | *L.R. 54-3.10(b): "cost of copies of documents or other materials admitted into evidence"* | | | | | |
| | | | | | | | |
| | (c) | *L.R. 54-3.10(c): "Fees for an official certification of proof respecting the non-existence of a document or record"* | | | | | |
| | | | | | | | |
| | (d) | *L.R. 54-3.10(d): "Patent Office charges" for necessary "patent file wrappers and prior art patents"* | | | | | |
| | | | | | | | |
| | (e) | *L.R. 54-3.10(e): "Notary fees" of taxable documents* | | | | | |
| | | | | | | | |
| | (f) | *L.R. 54-3.10(f): "Fees for certification or exemplification of any document or record necessarily obtained for use in the case"* | | | | | |
| | | | | | | | |

| TAB | | AMOUNT CLAIMED | SUPPORTING DOCUMENTS *(Must be itemized below and cross-referenced to attachments.)* | AMOUNT ALLOWED | ~ IF ANY AMOUNT DISALLOWED ~ | | |
|---|---|---|---|---|---|---|---|
| | | | | | AMOUNT | CODE* | ADDITIONAL REASONS |
| | | | | | *(Shaded columns for Court use only.)* | | |
| | (g) | | *L.R. 54-3.10(g): "cost of physically replicating or reproducing material necessarily obtained for use in the case"* | | | | |
| | | $19,509.16 | EXH C, Reproducing Material For Use In Case | | | | |
| 11 | | **L.R. 54-3.11 Premiums on Undertakings and Bonds** | | | | | |
| 12 | | ***L.R. 54-3.12 Other Costs** (Court order must be attached; only visual aids, models, and photographs taxable under this rule)* | | | | | |
| 13 | | ***L.R. 54-3.13 State Court Costs** (taxable only if taxable in state court; include citation to applicable state statute or rule)* | | | | | |
| 14 | | ***L.R. 54-4 Items Taxable as Costs on Appeal** (only items taxable under Fed. R. App. P. 39(e))* | | | | | |
| 15 | | **L.R. 54-5 Items Taxable as Costs on a Bankruptcy Appeal to the District Court** | | | | | |
| TOTAL | | $30,729.72 | | $0.00 | $0.00 | | |

**\*Reason Codes for Disallowance of Claimed Costs:**

"A" – No supporting documents provided.
"B" – Order/Stip required but not provided.
"C" – Documents provided do not support full amount claimed.
"D" – Item does not fall within the scope of the Local Rule.
"E" – Invoice includes both taxable and non-taxable costs, but no breakdown is provided.
"F" – Amount claimed reduced by agreement after meet and confer.
"G" – Other.

**Case Title:** <u>Shawn R. Porio v Yvette Barban, RN</u>; **Case No:** 8:22-CV-00812-RGK-ADS

# WITNESS FEES

**WITNESS FEES/EXPENSES COMPUTATION WORKSHEET: INSTRUCTIONS**

- Attendance fees taxable only at statutory rate.  28 U.S.C. § 1821(b).
- Travel in a privately owned vehicle ("POV") is computed at federal government rates in the year of travel. Visit gsa.gov for current POV mileage reimbursement rate.
- For mileage claims, distances should be documented (through Google maps or similar); point of trip origin should be documented if different from place of residence.
- Subsistence expenses (including lodging and meals) for overnight stay (if required due to distance) are allowed but may not exceed maximum per diem allowance for federal government employees. View gsa.gov lodging per diem rates. View gsa.gov meals and incidental expenses per diem rates.

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME, CITY AND STATE** | **ATTENDANCE** | | **SUBSISTENCE** | | **MILEAGE** | | **Total Cost Each Witness** |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

EXHIBIT A



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 1 of 6 |

**Billing Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1100 W TOWN & COUNTRY RD
ORANGE CA 92868-4653

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    800.622.1147
            M-F 7 AM to 8 PM CST
            Sa   7 AM to 6 PM CST
Internet:  fedex.com



Other discounts may apply.
To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | | Account Number | |
|---|---|---|---|
| 8-468-27377 | | 2842- | |

**Remittance Advice**

**Your payment is due by Apr 27, 2024**
*Payments not received by this date are subject to a late fee.*

8468273779000046716728428405440001060136000046716 70

0013618  01 AB 0.547  **AUTO  T5 0 1101 90015-398918  -C01-P13631-I1
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989



FedEx
P.O. Box 7221
Pasadena CA 91109-7321


63300020011829



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 2 of 6 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** Apr 03, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809042091 | Steve Ruiz | Deputy Smith | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | OCSD | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 9286B US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 10:34 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | see above | Fuel Surcharge | | 5.09 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 6.15 |
| | | **Total Charge** | **USD** | **$35.06** |

**Ship Date:** Apr 03, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**
**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 775809208140 | Steve Ruiz | Deputy Salinas | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | OCSD | |
| Package Type | FedEx Envelope | 1100 Town and Country Road | | |
| Zone | 02 | ORANGE CA 92868 US | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 11:25 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | see above | Fuel Surcharge | | 5.09 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 6.15 |
| | | **Total Charge** | **USD** | **$35.06** |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 3 of 6 |

**Ship Date:** Apr 03, 2024   **Cust. Ref.:** 1793-0301   **Ref.#2:**

**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Steve Ruiz | Ofcr. M. Levine | |
| Tracking ID | 775809352686 | LYNBERG & WATKINS | | |
| Service Type | FedEx Priority Overnight | 1100 Town and Country Road | | |
| Package Type | FedEx Envelope | ORANGE CA 92868 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 11:21 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | M.KIM | Fuel Surcharge | | 4.05 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$27.87** |

**Ship Date:** Apr 03, 2024   **Cust. Ref.:** 1793-0301   **Ref.#2:**

**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Steve Ruiz | Deputy Lacroix | |
| Tracking ID | 775809477395 | LYNBERG & WATKINS | OCSD | |
| Service Type | FedEx Priority Overnight | 1100 Town and Country Road | | |
| Package Type | FedEx Envelope | ORANGE CA 92868 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 09:49 | Grace Discount | | -3.92 |
| Svc Area | A2 | Automation Bonus Discount | | -4.89 |
| Signed by | F.MEDINA | Fuel Surcharge | | 4.05 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$27.87** |

**Ship Date:** Apr 03, 2024   **Cust. Ref.:** 1793-0301   **Ref.#2:**

**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 17.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Steve Ruiz | Deputy Griggs | |
| Tracking ID | 775809799240 | LYNBERG & WATKINS | San Clemente Police Svcs - OCS | |
| Service Type | FedEx Priority Overnight | 1100 Town and Country Road | | |
| Package Type | FedEx Envelope | ORANGE CA 92868 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 04, 2024 10:18 | Grace Discount | | -3.92 |
| Svc Area | A2 | Automation Bonus Discount | | -4.89 |
| Signed by | S.SUSAN | Fuel Surcharge | | 4.05 |
| FedEx Use | 000000000/186/_ | **Total Charge** | **USD** | **$27.87** |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-468-27377 | Apr 12, 2024 | 2842- | 5 of 6 |

FedEx Use    000000000/186/_    **Total Charge**

**Ship Date:** Apr 09, 2024    **Cust. Ref.:** 1793-0301    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Steve Ruiz | Deputy Fonseca | |
| Tracking ID | 775886382654 | LYNBERG & WATKINS | | |
| Service Type | FedEx Priority Overnight | 1100 Town and Country Road | | |
| Package Type | Customer Packaging | ORANGE CA 92868 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 39.96 |
| Delivered | Apr 10, 2024 11:00 | Grace Discount | | -4.80 |
| Svc Area | A1 | Automation Bonus Discount | | -5.99 |
| Signed by | T.TALLMAN | Fuel Surcharge | | 4.81 |
| FedEx Use | 000000000/1486/_ | **Total Charge** | USD | **$33.98** |

**Ship Date:** Apr 09, 2024    **Cust. Ref.:** 1793-0301    **Ref.#2:**
**Payor:** Shipper    **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92705 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Automation | INET | Steve Ruiz | Deputy Godinez | |
| Tracking ID | 775887236431 | LYNBERG & WATKINS | | |
| Service Type | FedEx Priority Overnight | 1100 Town and Country Road | | |
| Package Type | FedEx Envelope | ORANGE CA 92868 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Apr 10, 2024 10:38 | Grace Discount | | -3.92 |
| Svc Area | A2 | Automation Bonus Discount | | -4.89 |
| Signed by | see above | Fuel Surcharge | | 4.95 |
| FedEx Use | 000000000/186/02 | Residential Delivery | | 6.15 |
| | | **Total Charge** | USD | **$34.92** |

| | **Shipper Subtotal** | **USD** | **$369.05** |
|---|---|---|---|



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-521-80417 | Jun 06, 2024 | 0904- | 1 of 3 |

**Billing Address:**
LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone: 800.622.1147
M-F 7 AM to 8 PM CST
Sa 7 AM to 6 PM CST
Internet: fedex.com

**Invoice Summary**

**Account Summary as of Jun 06, 2024**

https://www.fedex.com/EarnedDiscounts/.

Tendered Date is the date the shipper gave possession of the shipment to FedEx and is used for rate calculations and currency conversions. Ship Date is the date for start of transit time

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx.

*Payments not received by Jun 21, 2024 are subject to a late fee.*



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx.
Please do not staple or fold
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number | Account Balance |
|---|---|---|---|
| 8-521-80417 | | 0904- | |

**Remittance Advice**

**Your payment is due by Jun 21, 2024**
*Payments not received by this date are subject to a late fee.*

8 5218 0417 2000011626 9090488997 0000223602 00001162690

0034545 01 AB 0.547 **AUTO T6 0 1156 90015-398918   -C01-P34579-I1

LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18



LOS ANGELES CA 90015-3989

FedEx
P.O. Box 7221
Pasadena CA 91109-7321

63316570001056

1156-01-00-0034545-0002-0079050

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-521-80417 | Jun 06, 2024 | 0904▉ | 2 of 3 |

## FedEx Express Shipment Summary By Payor Type



## FedEx Express Shipment Detail By Payor Type (Original)

**Ship Date:** May 30, 2024   **Cust. Ref.:** 1793-0301 Salinas Depo   **Ref.#2:**

**Tendered Date:** May 29, 2024   **Ref.#3:**

**Payor:** Shipper

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.75% to this shipment.
- Distance Based Pricing, Zone 2
- Package sent from: 92806 zip code
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- Minimum Billable Weight was applied.

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 776610980070 | Esteban Ruiz | SALINAS | |
| Service Type | FedEx Priority Overnight | LYNBERG & WATKINS | | |
| Package Type | FedEx Small Box | 1150 S. Olive St. | | |
| Zone | 02 | LOS ANGELES CA 90015 US | | |
| Packages | 1 | | | |
| Actual Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | 40.49 |
| Rated Weight | 2.0 lbs, 0.9 kgs | Grace Discount | | -4.86 |
| Delivered | May 31, 2024 09:50 | Automation Bonus Discount | | -6.07 |
| Svc Area | A1 | Fuel Surcharge | | 5.98 |
| Signed by | see above | Residential Delivery | | 6.15 |
| FedEx Use | 000000000/1486/02 | **Total Charge** | **USD** | **$41.69** |

## FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!

1156-01-00-0034545-0002-0079050



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-689-80861 | Nov 22, 2024 | 2842- | 1 of 3 |

**Billing Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1100 W TOWN & COUNTRY RD
ORANGE CA 92868-4653

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:     800.622.1147
                M-F  7 AM to 8 PM CST
                Sa   7 AM to 6 PM CST
Internet:  fedex.com



Other discounts may apply.
To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.

**Important Service Message:**
Ensure the safety of your shipments by keeping your
account information secure. Avoid sharing your FedEx
account details with unauthorized personnel.

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number | Account Balance |
|---|---|---|---|
| 8-689-80861 | | 2842- | |

**Remittance Advice**

**Your payment is due by Dec 07, 2024**
*Payments not received by this date are subject to a late fee.*

868980861900002576342842840544000062514500002576340

0019067 01 AB 0.593 **AUTO  T4 0 1325 90015-398918   -C01-P19086-I1

LYNBERG & WATKINS
1150 S OLIVE ST FL 18
18TH FLR
LOS ANGELES CA 90015-3989



FedEx
P.O. Box 7221
Pasadena CA 91109-7321



63319260010301







**Ship Date:** Nov 15, 2024
**Payor:** Third Party

**Cust. Ref.:** NO REFERENCE INFORMATION    **Ref.#2:**
**Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.75% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 90248 zip code
- Package Delivered to Recipient Address - Release Authorized

| Automation | SSFE | **Sender** | **Recipient** | |
| --- | --- | --- | --- | --- |
| Tracking ID | 281858825333 | LYNBERG & WATKINS | HOMER VENTERS | |
| Service Type | FedEx Standard Overnight | STE 1450 | | |
| Package Type | FedEx Envelope | ORANGE CA 92868 US | | |
| Zone | 08 | | | |
| Packages | 1 | Transportation Charge | | 59.08 |
| Rated Weight | N/A | Grace Discount | | -7.09 |
| Delivered | Nov 18, 2024 11:58 | Automation Bonus Discount | | -8.86 |
| Svc Area | A4 | Fuel Surcharge | | 7.92 |
| Signed by | see above | Residential Delivery | | 6.15 |
| FedEx Use | 000000000/266/02 | Demand Surcharge | | 1.00 |
| | | **Total Charge** | **USD** | **$58.20** |

1325-03-00-0019067-0001-0047613



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-696-02064 | Nov 28, 2024 | 0904-████ | 1 of 3 |

**Billing Address:**
LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Shipping Address:**
LYNBERG & WATKINS
1150 S OLIVE ST FL 18
LOS ANGELES CA 90015-3989

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:    800.622.1147
              M-F 7 AM to 8 PM CST
              Sa    7 AM to 6 PM CST
Internet:  fedex.com

Shipments included in this invoice received an earned discount. If you would
like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.

Other discounts may apply.

To pay your FedEx invoice, please go to www.fedex.com/payment. Thank
you for using FedEx.

*Payments not received by Dec 13, 2024 are subject to a late fee.*

**Important Service Message:**
Ensure the safety of your shipments by keeping your
account information secure. Avoid sharing your FedEx
account details with unauthorized personnel.



Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return
this portion with your payment to FedEx.
Please do not staple or fold.
Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number | Account Balance |
|---|---|---|---|
| 8-696-02064 | ████ | 0904-████ | ████ |

**Remittance Advice**

**Your payment is due by Dec 13, 2024**
*Payments not received by this date are subject to a late fee.*

8696020646000012800909048889970000156737000012800090

0030967 01 AB 0.593 **AUTO  T2 0 1331 90015-398918   -C01-P30997-41
LYNBERG & WATKINS
ACCOUNTS PAYABLE
1150 S OLIVE ST FL 18

LOS ANGELES CA 90015-3989



63323320001029

FedEx
P.O. Box 7221
Pasadena CA 91109-7321

1331-01-00-0030967-0002-0070427



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-696-02064 | Nov 28, 2024 | 0904 | 3 of 3 |



**Ship Date:** Nov 21, 2024     **Cust. Ref.:** 1793-0301     **Ref.#2:**

**Payor:** Shipper     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 2
- Shipment delivered to address other than recipient's.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Anna R Alvarez | Dr. Kuhn | |
| Tracking ID | 770127480242 | LYNBERG & WATKINS | Kuhn Cognitive | |
| Service Type | FedEx Priority Overnight | 1150 South Olive Street | | |
| Package Type | FedEx Envelope | LOS ANGELES CA 90015 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 32.63 |
| Delivered | Nov 22, 2024 10:12 | Grace Discount | | -3.92 |
| Svc Area | A1 | Automation Bonus Discount | | -4.89 |
| Signed by | C.CHERYL | Fuel Surcharge | | 3.97 |
| FedEx Use | 000000000/186/04 | Demand Surcharge | | 1.00 |
| | | **Total Charge** | USD | **$28.79** |
| | | | **Shipper Subtotal**    USD | **$86.37** |

**Ship Date:** Nov 22, 2024     **Cust. Ref.:** NO REFERENCE INFORMATION     **Ref.#2:**

**Payor:** Third Party     **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 16.00% to this shipment.
- Distance Based Pricing, Zone 3
- Package sent from: 90248 zip code
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | SSFE | LYNBERG & WATKINS | chitra venkatasubramanian | |
| Tracking ID | 282165932863 | 1150 S OLIVE ST FL 18 | | |
| Service Type | FedEx Priority Overnight | LOS ANGELES CA 90015 US | | |
| Package Type | FedEx Envelope | | | |
| Zone | 03 | | | |
| Packages | 1 | Transportation Charge | | 39.36 |
| Rated Weight | N/A | Grace Discount | | -4.72 |
| Delivered | Nov 25, 2024 10:33 | Automation Bonus Discount | | -5.90 |
| Svc Area | A2 | Fuel Surcharge | | 5.74 |
| Signed by | see above | Residential Delivery | | 6.15 |
| FedEx Use | 000000000/197/02 | Demand Surcharge | | 1.00 |
| | | **Total Charge** | USD | **$41.63** |
| | | | **Third Party Subtotal**    USD | **$41.63** |
| | | | **Total FedEx Express**    USD | **$128.00** |

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



| Bill to: |
| --- |
| Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian |

## *Invoice*

| Invoice No. | 23392-01 |
| --- | --- |
| Invoice Date | 8/9/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:        8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | | |
| --- | --- | --- | --- |
| **Total Charges:** | | | $164.50 |

| Order Information | |
| --- | --- |
| Reference Number: | 1793-0301 |
| Records Source: | Orange County Global Medical Center
Medical Records
1001 N. Tustin Ave.
Santa Ana, CA  92705 |
| Shipped To: | Jonathan C. Bond
Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868 |

**Total Charges:**    $164.50

**- Amount Paid:**    $0.00

**= Balance Due:**    $164.50

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  if no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-01 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
| --- |

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian

## *Invoice*

| Invoice No. | 23392-02 |
| --- | --- |
| Invoice Date | 8/4/2022 |
| Tax ID |  |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $164.50 |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | Orange County Global Medical Center Billing Records 1001 N. Tustin Ave. Santa Ana, CA 92705 | = Balance Due: | $164.50 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |
| Fee Checks Issued: Check #: <88702> Date: <7/12/2022> Amt: <$15> | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-02 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian

## Invoice

| Invoice No. | 23392-03 |
|---|---|
| Invoice Date | 8/4/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $164.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | Orange County Global Medical Center Radiology Records 1001 N. Tustin Ave. Santa Ana, CA 92705 | = Balance Due: | $164.50 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |

Fee Checks Issued:
Check #: <88699>  Date: <7/12/2022>  Amt: <$15>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-03 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



### Bill to:

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian

## *Invoice*

| | |
|---|---|
| **Invoice No.** | 23392-04 |
| **Invoice Date** | 8/4/2022 |
| **Tax ID** | |
| **Rep** | Kim Olsen |

**\*Please include invoice number on your payment**

Records Subject:    Shawn R. Porio

Case Number:       8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $50.00 | No | $50.00 |
| CNR (Certificate of No Records) | 1 | $20.00 | No | $20.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $16.00 | No | $16.00 |
| Fee Advancement at 10 percent | 1 | $1.60 | No | $1.60 |

| **Order Information** | | **Total Charges:** | $165.60 |
|---|---|---|---|
| Reference Number: | 1793-0301 | **- Amount Paid:** | $0.00 |
| **Records Source:** | Care Ambulance Service | | |
| | 1201 S. Alma School Rd., Ste 8950 | **= Balance Due:** | **$165.60** |
| | Mesa, AZ  85210 | | |
| Shipped To: | Jonathan C. Bond | | |
| | Lynberg & Watkins | | |
| | 1100 Town & Country Road, Suite 1450 | | |
| | Orange, CA  92868 | | |

Fee Checks Issued:
Check #: <88701>  Date: <7/12/2022>  Amt: <$16>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 23392-04 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
|---|
| Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian |

## *Invoice*

| Invoice No. | 24632-01 |
|---|---|
| Invoice Date | 9/27/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:   Shawn R. Porio

Case Number:       8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Scan/Copy Records | 1490 | $0.22 | No | $327.80 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $316.09 | No | $316.09 |
| Fee Advancement at 10 percent | 1 | $31.61 | No | $31.61 |

| Order Information | | Total Charges: | $808.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | St. Joseph Hospital
Medical Records
1100 W. Stewart Dr.
Orange, CA 92868 | = Balance Due: | **$808.50** |
| Shipped To: | Jonathan C. Bond
Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868 | | |

Fee Checks Issued:
Check #: <92229>  Date: <8/16/2022>  Amt: <$15>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24632-01 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
| --- |

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian

## Invoice

| Invoice No. | 24632-02 |
| --- | --- |
| Invoice Date | 9/12/2022 |
| Tax ID | ███████ |
| Rep | Kim Olsen |

**\*Please include invoice number
on your payment**

Records Subject:   Shawn R. Porio

Case Number:   8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Scan/Copy Records | 31 | $0.22 | No | $6.82 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | Total Charges: | $156.32 |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| **Records Source:** | St. Joseph Hospital | | |
| | Billing Records | = Balance Due: | $156.32 |
| | 1100 W. Stewart Dr. | | |
| | Orange, CA 92868 | | |
| Shipped To: | Jonathan C. Bond | | |
| | Lynberg & Watkins | | |
| | 1100 Town & Country Road, Suite 1450 | | |
| | Orange, CA 92868 | | |

Fee Checks Issued:
Check #: <92230>  Date: <8/16/2022>  Amt: <$15>

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum
allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from
receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full
payment shall be due in accordance with the terms of this invoice.
**Invoice Number 24632-02 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



| Bill to: |
|---|
| Lynberg & Watkins |
| 1100 Town & Country Road, Suite 1450 |
| Orange, CA  92868 |
| Attn:Jamileh Sarabian |

Records Subject:    Shawn R. Porio

Case Number:    8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

## *Invoice*

| Invoice No. | 24632-03 |
|---|---|
| Invoice Date | 9/29/2022 |
| Tax ID | |
| Rep | Kim Olsen |

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Fee Advancement at 10 percent | 1 | $3.00 | No | $3.00 |

| Order Information | | Total Charges: | $217.98 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | St. Joseph Hospital<br>Radiology Records<br>1100 W. Stewart Dr.<br>Orange, CA  92868 | = Balance Due: | $217.98 |
| Shipped To: | Jonathan C. Bond<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA  92868 | | |
| Fee Checks Issued:<br>Check #: <92231>  Date: <8/16/2022>  Amt: <$15> | | | |

TERMS:  Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum
allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from
receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full
payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24632-03 <Page 2 of 2>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496

# ⟯rray

## Bill to:

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian

## *Invoice*

| Invoice No. | 24636-01 |
|---|---|
| Invoice Date | 1/3/2023 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:   Shawn R. Porio

Case Number:       8:22-cv-812 CJC (ADSx)

**\*Please include invoice number on your payment**

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |

| Order Information | | Total Charges: | $130.50 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Long Beach Medical Center Medical Records 2801 Atlantic Ave. Long Beach, CA 90806 | = Balance Due: | **$130.50** |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |
| | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-01 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496

**rray**

| Bill to: |
| --- |

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA  92868
Attn:Jamileh Sarabian

## *Invoice*

| Invoice No. | 24636-02 |
| --- | --- |
| Invoice Date | 10/11/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:     Shawn R. Porio

Case Number:     8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep | 1 | $17.50 | No | $17.50 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| Scan/Copy Records | 36 | $0.22 | No | $7.92 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |
| Custodian Fee | 1 | $15.00 | No | $15.00 |
| Fee Advancement at 10 percent | 1 | $1.50 | No | $1.50 |

| Order Information | | | |
| --- | --- | --- | --- |
| | | **Total Charges:** | $149.92 |
| Reference Number: | 1793-0301 | **- Amount Paid:** | $0.00 |
| Records Source: | MemorialCare Long Beach Medical Center Billing Records 2801 Atlantic Ave. Long Beach, CA  90806 | **= Balance Due:** | **$149.92** |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA  92868 | | |
| Fee Checks Issued: Check #: <92308>  Date: <8/16/2022>  Amt:  <$15> | | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt.  Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array.  Client has 10 days from receipt of invoice to inspect Array completed work for quality.  If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-02 <Page 1 of 1>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



| Bill to: |
| --- |
| Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868<br>Attn:Jamileh Sarabian |

## Invoice

| Invoice No. | 24636-03 |
| --- | --- |
| Invoice Date | 9/16/2022 |
| Tax ID | |
| Rep | Kim Olsen |

Records Subject:   Shawn R. Porio

Case Number:     8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

**\*Please include invoice number
on your payment**

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Deposition Officer | 1 | $40.00 | No | $40.00 |
| Service of Process - FAX/Email/Mail | 1 | $55.00 | No | $55.00 |
| FedEx - From the Custodian to Array | 1 | $24.50 | No | $24.50 |
| Scan/Copy Records | 11 | $0.22 | No | $2.42 |
| DICOM Disk (Radiology) - Upload | 1 | $50.00 | No | $50.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |
| Electronic Document Delivery | 1 | $5.00 | No | $5.00 |

| Order Information | | | |
| --- | --- | --- | --- |
| Reference Number: | 1793-0301 | **Total Charges:** | $236.93 |
| Records Source: | MemorialCare Long Beach Medical Center<br>Radiology Records<br>2801 Atlantic Ave.<br>Long Beach, CA 90806 | **- Amount Paid:** | $0.00 |
| | | **= Balance Due:** | **$236.93** |
| Shipped To: | Jonathan C. Bond<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum
allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from
receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full
payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-03 <Page 1 of 2>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX  78626-5758
(949) 777-5496



| Bill to: |
|---|
| Lynberg & Watkins |
| 1100 Town & Country Road, Suite 1450 |
| Orange, CA  92868 |
| Attn:Jamileh Sarabian |

## Invoice

| Invoice No. | 24636-03 |
|---|---|
| Invoice Date | 9/16/2022 |
| Tax ID | |
| Rep | Kim Olsen |

**\*Please include invoice number
on your payment**

Records Subject:   Shawn R. Porio

Case Number:      8:22-cv-812 CJC (ADSx)

Shawn R. Porio  v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Custodian Fee | 1 | $24.55 | No | $24.55 |
| Fee Advancement at 10 percent | 1 | $2.46 | No | $2.46 |

| Order Information | | Total Charges: | $236.93 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Long Beach Medical Center Radiology Records 2801 Atlantic Ave. Long Beach, CA  90806 | = Balance Due: | $236.93 |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA  92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum
allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from
receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full
payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24636-03 <Page 2 of 2>**

Payable to:
Array
624 S. Austin Avenue Ste. 230
Georgetown, TX 78626-5758
(949) 777-5496



## Bill to:

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn:Jamileh Sarabian

## Invoice

| Invoice No. | 24752-01 |
|---|---|
| Invoice Date | 8/29/2022 |
| Tax ID | ████████ |
| Rep | Kim Olsen |

**\*Please include invoice number on your payment**

Records Subject:  Shawn R. Porio

Case Number:  8:22-cv-812 CJC (ADSx)

Shawn R. Porio v. City of Tustin, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $25.00 | No | $25.00 |
| Non-Service of Process | 1 | $90.00 | No | $90.00 |
| Notice to Opposing Counsel | 4 | $2.00 | No | $8.00 |

| Order Information | | Total Charges: | $123.00 |
|---|---|---|---|
| Reference Number: | 1793-0301 | - Amount Paid: | $0.00 |
| Records Source: | MemorialCare Rehabilitation Institute 2810 Long Beach Blvd. Long Beach, CA 90806 | = Balance Due: | **$123.00** |
| Shipped To: | Jonathan C. Bond Lynberg & Watkins 1100 Town & Country Road, Suite 1450 Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accouts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 24752-01 <Page 1 of 1>**

Payable to:
Array
P.O. Box 738959
Dallas, TX 75373-8959
(949) 777-5496 ext. 2007



## *Invoice*

| **Bill to:** |
| --- |
| Lynberg & Watkins |
| 1100 Town & Country Road, Suite 1450 |
| Orange, CA 92868 |
| Attn: Diane Esparza |

| Invoice No. | 56294-01 |
| --- | --- |
| **Invoice Date** | 10/21/2024 |
| **Tax ID** | |
| **Rep** | Kim Olsen |

*Please include invoice number on your
payment

Record Subject:      Shawn R. Porio
Case Number:        8:22-cv-812 CJC
Claim Number:
SHAWN R. PORIO vs. CITY OF TUSTIN, et al.

| Item | Qty | Rate | Taxable | Total |
| --- | --- | --- | --- | --- |
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Rush - Service of Process: Oct 16, 2024 | 1 | $135.00 | No | $135.00 |
| Custodian Fee | 1 | $40.00 | No | $40.00 |
| Fee Advancement at 10 percent | 1 | $4.00 | No | $4.00 |

| **Order Information** | | **Total Charges:** | $206.50 |
| --- | --- | --- | --- |
| Reference Number: | | - Amount Paid: | $0.00 |
| Records Source: | Dr. Andrew H. Woo, M.D. | **= Balance Due:** | $206.50 |
| Shipped To: | S. Frank Harrell
Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all
past due accounts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If
no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 56294-01**

Payable to:
Array
P.O. Box 738959
Dallas, TX 75373-8959
(949) 777-5496 ext. 2007



## *Invoice*

| Invoice No. | 58069-01 |
|---|---|
| **Invoice Date** | 11/29/2024 |
| **Tax ID** | |
| **Rep** | Kim Olsen |

*Please include invoice number on your payment

**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn: Diane Esparza

Record Subject:
Case Number:       8:22-cv-812 RGK (ADSx)
Claim Number:
SHAWN R. PORIO vs. CITY OF TUSTIN, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Rush - Service of Process: Nov 21 2024 | 1 | $95.00 | No | $95.00 |
| Custodian Fee | 1 | $275.00 | No | $275.00 |
| Fee Advancement at 10 percent | 1 | $27.50 | No | $27.50 |

| **Order Information** | | **Total Charges:** | $425.00 |
|---|---|---|---|
| Reference Number: | | - Amount Paid: | $0.00 |
| Records Source: | Ireneo Flores<br>Tustin Police Department<br>300 Centennial Way<br>Tustin, CA 92780 | = Balance Due: | $425.00 |
| Shipped To: | Craig Smith<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 58069-01**

Payable to:
Array
P.O. Box 738959
Dallas, TX 75373-8959
(949) 777-5496 ext. 2007



## *Invoice*

**Bill to:**

Lynberg & Watkins
1100 Town & Country Road, Suite 1450
Orange, CA 92868
Attn: Diane Esparza

| Invoice No. | 58173-01 |
|---|---|
| Invoice Date | 11/25/2024 |
| Tax ID | |
| Rep | Kim Olsen |

*Please include invoice number on your payment

Record Subject:
Case Number:     8:22-cv-812 RGK (ADSx)
Claim Number:
SHAWN R. PORIO vs. CITY OF TUSTIN, et al.

| Item | Qty | Rate | Taxable | Total |
|---|---|---|---|---|
| Subpoena Prep - Rush | 1 | $27.50 | No | $27.50 |
| Same Day Rush - Service of Process: Nov 20, 2024 | 1 | $160.00 | No | $160.00 |
| Custodian Fee | 1 | $58.84 | No | $58.84 |
| Fee Advancement at 10 percent | 1 | $5.88 | No | $5.88 |

| **Order Information** | | **Total Charges:** | $252.22 |
|---|---|---|---|
| Reference Number: | | - Amount Paid: | $0.00 |
| Records Source: | Dr. Andrew Woo, MD | **= Balance Due:** | **$252.22** |
| Shipped To: | Craig Smith<br>Lynberg & Watkins<br>1100 Town & Country Road, Suite 1450<br>Orange, CA 92868 | | |

TERMS: Unless otherwise covered by a separate written agreement, this invoice is due and payable upon receipt. Client is subject to maximum allowable finance charges on all past due accounts plus any related attorney fees and collection charges incurred by Array. Client has 10 days from receipt of invoice to inspect Array completed work for quality. If no objection is made within the 10 day period, it shall be deemed accepted and full payment shall be due in accordance with the terms of this invoice.

**Invoice Number 58173-01**

Case 8:22-cv-00812-RGK-ADS   Document 342-2   Filed 04/15/25   Page 32 of 75   Page

# EXHIBIT B

# Ron Fernicola & Associates
*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450
ORANGE, CALIFORNIA 92868

January 17, 2024

**Invoice#** 23286-1

**Balance:** $343.50

**Re:** SHAWN R. PORIO VS. CITY OF TUSTIN
*on* 10/18/23 *Billed* 11/10/23
*by* ROSA I. GUZMAN, CSR

<-- 68 Days Old!

## Invoicing Information

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: IRINEO FLORES | |
| | |
| ONE COPY - 74 PGS | 259.00 |
| INCLUDING EXHIBITS - 19 PGS | 9.50 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING AND HANDLING | 50.00 |

P l e a s e   R e m i t   - - - >   **Total Due:**   **$343.50**

*TAX ID# 95-4838987     MASTERCARD & VISA ACCEPTED*
*INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

This invoice is  68  days past due, Please Remit - Thank You!
************************************************************

# Ron Fernicola & Associates

*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.                    March 14, 2023
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450             **Invoice#** 2333-3
ORANGE, CALIFORNIA 92868
                                                **Balance:**    $605.50

**Re:** SHAWN PORIO VS. CITY OF TUSTIN
   *on* 02/14/23
   *by* ROSA I. GUZMAN, CSR

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: BRENT PARDOEN (87 PGS) & DAVID PHELAN (56 PGS) | |
| ONE COPY - 143 PGS | 500.50 |
| INCLUDING EXHIBITS - 20 PGS & 2 CD'S | 30.00 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING AND HANDLING | 50.00 |

**P l e a s e   R e m i t   - - - >   Total Due:    $605.50**

*TAX ID# 95-4838987      MASTERCARD & VISA ACCEPTED*
*INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

# Ron Fernicola & Associates

*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.                March 21, 2024
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450         **Invoice#** 2440-1
ORANGE, CALIFORNIA 92868
                                            **Balance:**  $439.50

**Re:** SHAWN PORIO VS. CITY OF TUSTIN
     *on* 02/15/24
     *by* ROSA I. GUZMAN, CSR

## *Invoicing Information*

Charge Description                                            Amount
DEPOSITION OF: YVETTE BARBARI, R.N.


ONE COPY - 94 PGS                                             329.00
INCLUDING EXHIBITS - 21 PGS, 5 COLOR & 1 CD                   30.50
CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF                   25.00
INCLUDING PACKAGING AND HANDLING                             55.00


          P l e a s e   R e m i t   - - - >   Total Due:   $439.50


          *TAX ID# 95-4838987     MASTERCARD & VISA ACCEPTED*
          *INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

# Ron Fernicola & Associates

*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450
ORANGE, CALIFORNIA 92868

May 3, 2024

**Invoice#** 24107-1

**Balance:**    $251.00

**Re:** SHAWN PORIO VS. CITY OF TUSTIN
*on* 04/11/24
*by* ROSA I. GUZMAN, CSR

## *Invoicing Information*

| Charge Description | Amount |
|---|---|
| DEPOSITION OF: CAMERON GRIGGS | |
| | |
| ONE COPY - 46 PGS | 161.00 |
| INCLUDING EXHIBITS - 1 CD | 10.00 |
| CD, CONDENSED TRANSCRIPT, WORD INDEX | 25.00 |
| INCLUDING PACKAGING & HANDLING | 55.00 |

**P l e a s e   R e m i t   - - - >**    **Total Due:**    **$251.00**

*TAX ID# 95-4838987     MASTERCARD & VISA ACCEPTED*
*INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*

# Ron Fernicola & Associates

*1244 WEST EDGEWOOD CIRCLE*
*COEUR D'ALENE, IDAHO 83815*
*(PHONE) (800) 377-3669*

ATTN: TAMARA HEATHCOTE, ESQ.
LYNBERG & WATKINS
1100 TOWN AND COUNTRY RD., STE.1450
ORANGE, CALIFORNIA 92868

May 14, 2024

**Invoice#** 24119-1

**Balance:**    $254.50

**Re:** SHAWN PORIO VS. CITY OF TUSTIN
  *on* 04/19/24
  *by* ROSA I. GUZMAN, CSR

## *Invoicing Information*

Charge Description                                                        Amount

DEPOSITION OF: JOSE ALEX SALINAS

| | |
|---|---|
| ONE COPY - 47 PGS | 164.50 |
| INCLUDING EXHIBITS - 1 CD | 10.00 |
| CD, CONDENSED, WORD INDEX & EXHIBITS ON PDF | 25.00 |
| INCLUDING PACKAGING & HANDLING | 55.00 |

**P l e a s e   R e m i t  - - - >**    **Total Due:    $254.50**

*TAX ID# 95-4838987     MASTERCARD & VISA ACCEPTED*
*INTEREST - 1 1/2% PER MONTH AFTER 30 DAYS PAST DUE*



**Norman Schall & Associates**
Certified Shorthand Reporters
1055 Wilshire Boulevard, Suite 1503
Los Angeles, CA 90017
213-481-3600
www.schalldepo.com

FEDERAL ID NO. 95-2128090

# INVOICE

| Date | Acct. No. | Job No. | Invoice No. |
|------|-----------|---------|-------------|
| 07/11/2024 | 7309 | 24-2801 | 249624 |

| Terms | Message |
|-------|---------|
| NET 30 | TIMELY PAYMENT ALWAYS APPRECIATED! |

Interest added to all past due accounts at 1 1/2 percent per month or maximum legal rate

LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD, STE. 1450
ORANGE, CA 92868
Attn: CRAIG SMITH, ESQ

**Claim No. (s):**

**Other:** LOS ANGELES CA
**Insured:** COUNTY OF ORANGE
**Adjuster:**
**Attorney:**

**Re:** SHAWN PORIO VS. CITY OF TUSTIN

DEPOSITION(S) OF: SHAWN R. PORIO          **Case No. (s):**
Taken: 06/20/2024

| Description | Amount |
|-------------|--------|
| ONE E-COPY | 1,000.25 |

| **INVOICE TOTAL  PAY THIS AMOUNT** | **$1,000.25** |
|---|---|

SONIA LLAUGER CSR#                REPRINT COPY                THANK YOU FOR YOUR BUSINESS

**REMITTANCE**                    **RETURN WITH PAYMENT TO ENSURE PROPER CREDIT**

LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD, STE. 1450
ORANGE, CA 92868
Attn: CRAIG SMITH, ESQ

Acct. No.: 7309

**TO**   Norman Schall & Associates
1055 Wilshire Boulevard, Suite 1503
Los Angeles, CA 90017

24-2801          249624                    07/11/2024          $1,000.25

# INVOICE

## Carroll Sells Court Reporting Service
*4132 Katella Avenue, Suite 101*
*Los Alamitos, CA  90720*
*(562) 799-9100*
*Tax ID# 84-1752107*

S. FRANK HARRELL, ESQUIRE
LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD
SUITE 1450
ORANGE, CA  92868

November 21, 2024

**Invoice#** 17439

██████████████████

**Re:** SHAWN R. PORIO V. CITY OF TUSTIN / DR. HOMER VENTERS
CASE NO. 8:22-CV-812-RGK (ADSx)
*on* 11/20/24  *Billed* 11/21/24

Charge Description                                                    Amount
Deposition of Dr. Homer Venters                                   1,355.00
Original & one certified copy
████████████
Exhibits                                                            142.80
Shipping/Handling/Processing/Scheduling                              85.00


Original transcript held according to the
Code of Civil Procedure, Section 2025.520

Your File No. 1793-0301

P l e a s e *Please tear off stub and return with payment*  Total Due ██████████████

*10% interest will be applied after 30 days*

Carroll Sells Court Reporting Service             Invoice# 17439
4132 Katella Avenue, Suite 101
Los Alamitos, CA  90720                           Balance$   ████████████

# Carroll Sells Court Reporting Service

*4132 Katella Avenue, Suite 101*
*Los Alamitos, CA   90720*
*(562) 799-9100*
*Tax ID# 84-1752107*

G. CRAIG SMITH, ESQUIRE                        December 31, 2024
LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD               **Invoice#** 17444
SUITE 1450
ORANGE, CA   92868

**Re:** SHAWN R. PORIO V. CITY OF TUSTIN / CHITRA VENKATASUBRAMANIAN
CASE NO. 8:22-CV-812-RGK (ADSx)
*on* 11/23/24   *Billed* 11/26/24          **<-- 35 Days Old!**
*by* KATHLEEN MASNEC, CSR #8442

Charge Description                                              Amount
Deposition of Chitra Venkatasubramanian, M.D.          1,241.00
Original & one certified copy

Exhibits                                                   49.30
Shipping/Handling/Processing/Scheduling                    85.00

Original transcript held according to the
Code of Civil Procedure, Section 5025.520

Your File No. 1793-0301

**P l e a s e   R e m i t   - - - >**

*10% interest will be applied after 30 days*

Carroll Sells Court Reporting Service          Invoice# 17444
4132 Katella Avenue, Suite 101
Los Alamitos, CA   90720

# INVOICE

## Carroll Sells Court Reporting Service
*4132 Katella Avenue, Suite 101*
*Los Alamitos, CA 90720*
*(562) 799-9100*
*Tax ID# 84-1752107*

G.CRAIG SMITH, ESQUIRE
LYNBERG & WATKINS
1100 TOWN & COUNTRY ROAD
SUITE 1450
ORANGE, CA 92868

December 16, 2024

**Invoice#** 17478

**Re**: SHAWN R. PORIO V. CITY OF TUSTIN / TAYLOR KUHN, PH.D.
CASE NO. 8:22-CV-812-RGK (ADSx)
*on* 11/21/24 *Billed* 12/16/24

| Charge Description | Amount |
|---|---|
| Deposition of Taylor Kuhn, Ph.D. | 1,322.00 |
| Original & one certified copy | |
| Rough Draft | 153.00 |
| | |
| Exhibits | 49.30 |
| Shipping/Handling/Processing/Scheduling | 85.00 |

Original transcript sent this date to
G. Craig Smith, Esquire

Your File No. 1793-0301

P l e a s e tear off stub and return with payment

*10% interest will be applied after 30 days*

Carroll Sells Court Reporting Service
4132 Katella Avenue, Suite 101
Los Alamitos, CA 90720

Invoice# 17478

Case 8:22-cv-00812-RGK-ADS    Document 326-2    Filed 04/15/25    Page 42 of 75    Page
ID #:6485

EXHIBIT C

Case 8:22-cv-00812-RGK-ADS    Document 326-3    Filed 04/15/25    Page 43 of 75    Page
ID #:9486

Copies of Subpoenaed Records



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 30, 2022 | OP184232-01-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: **Shawn R. Porio**
Defendant: **City of Tustin, et al.**

Client File No.:
Pertaining To: **Shawn R. Porio**

Records From: **Best Buy Stores, L.P. c/o CT Corporation System**
**330 N Brand Blvd, Suite 700**
**Glendale, CA, 91203**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Library Copies (Image only)** | 217.00 | 0.20 | 43.40 |
| **Images E-mailed / Uploaded** | 217.00 | 0.02 | 4.34 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 102.74 |
| SALES TAX | .00 |
| TOTAL DUE | $ 102.74 |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP184232-01/WHITINV

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | November 29, 2022 | OP183493-04-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
   Plaintiff:  **SHAWN R. PORIO**
   Defendant:  **CITY OF TUSTIN, et al.**

Client File No.:
Pertaining To:  **Shawn R. Porio (See Attachment To Subpoena)**

Records From:  **Long Beach Memorial Medical Center - Medical**
**Records Department**
**2801 Atlantic Avenue**
**Long Beach, CA, 90806**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Library Copies (Image only)** | **2,779.00** | **0.20** | **555.80** |
| **Images E-mailed / Uploaded** | **2,779.00** | **0.02** | **55.58** |

| Comments: | | SUB-TOTAL | 666.38 |
|---|---|---|---|
| | | SALES TAX | .00 |
| | | **TOTAL DUE** | **$ 666.38** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP183493-04/WHITINV

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | September 29, 2022 | OP183493-05-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
   Plaintiff: **SHAWN R. PORIO**
   Defendant: **CITY OF TUSTIN, et al.**

Client File No.:
Pertaining To: **Shawn R. Porio (See Attachment To Subpoena)**
Records From: **Long Beach Memorial Medical Center - Billing Department**
**2801 Atlantic Avenue**
**Long Beach, CA, 90806**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Library Copies (Image only)** | 29.00 | 0.20 | 5.80 |
| **Images E-mailed / Uploaded** | 29.00 | 0.02 | .58 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 61.38 |
| SALES TAX | .00 |
| **TOTAL DUE** | **$ 61.38** |

Thank you for choosing Titan Legal Services, Inc.l
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP183493-05/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | October 11, 2022 | OP183493-06-01 |

Bill To:

**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:

**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: **SHAWN R. PORIO**
Defendant: **CITY OF TUSTIN, et al.**

Client File No.:
Pertaining To: Shawn R. Porio (See Attachment To Subpoena)

Records From: **Long Beach Memorial Medical Center - Radiology Department**
**2801 Atlantic Avenue**
**Long Beach, CA, 90806**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **CD of Films Duplicated** | 2.00 | 35.00 | 70.00 |

| Comments: | | SUB-TOTAL | 125.00 |
|---|---|---|---|
| | | SALES TAX | 5.43 |
| | | TOTAL DUE | **$ 130.43** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

TERMS: NET 15 DAYS

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP183493-06/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 28, 2022 | OP183493-07-01 |

**Bill To:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

**Ordered By:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

Claim No:
Insured:
Date of Loss:
  Plaintiff: SHAWN R. PORIO
  Defendant: CITY OF TUSTIN, et al.

Client File No.:
Pertaining To: Shawn R. Porio (See Attachment To Subpoena)

Records From: Children's Health Orange County - Dr. Michael Muhonen - Medical Records Department
1201 West La Veta
Orange, CA, 92868

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Library Basic Charge | | | 55.00 |
| Library Copies (Image only) | 37.00 | 0.20 | 7.40 |
| Images E-mailed / Uploaded | 37.00 | 0.02 | .74 |

| | | |
|---|---|---|
| Comments: | SUB-TOTAL | 63.14 |
| | SALES TAX | .00 |
| | **TOTAL DUE** | **$ 63.14** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600546

Order#:OP183493-07/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | October 11, 2022 | OP183494-01-01 |

**Bill To:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

**Ordered By:**
Jonathan C. Bond
Lynberg & Watkins, APC
1100 Town & Country Road, Suite 1450
Orange, CA 92868

Claim No:
Insured:
Date of Loss:
Plaintiff: SHAWN R. PORIO
Defendant: CITY OF TUSTIN, et al.

Client File No.:
Pertaining To: (See Attachment To Subpoena) SHAWN R. PORIO
V. CITY OF TUSTIN ET AL
Records From: Archie's Towing - Release of Information
745 N. Hariton Street
Orange, CA, 92568

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| Library Basic Charge | | | 55.00 |
| Library Copies (image only) | 8.00 | 0.20 | 1.60 |
| Images E-mailed / Uploaded | 8.00 | 0.02 | .16 |

| Comments: | | | |
|---|---|---|---|
| | | SUB-TOTAL | 56.76 |
| | | SALES TAX | .00 |
| | | TOTAL DUE | $ 56.76 |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**TERMS: NET 15 DAYS**

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses through their clients. In any case, the Titan Legal Services, Inc. customer remains responsible to pay within our terms regardless of their receivables.

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP183494-01/WHITINV

***PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE***



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 30, 2022 | OP184232-02-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
Plaintiff: **Shawn R. Porio**
Defendant: **City of Tustin, et al.**

Client File No.:
Pertaining To: **Shawn R. Porio**

Records From: **GNC, LLC c/o Joseph Robert Giannini**
**12016 Wilshire Blvd., Ste. 5**
**Los Angeles, CA, 90025**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Certificate of No Records Obtained** | | | .00 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 55.00 |
| SALES TAX | .00 |
| TOTAL DUE | **$ 55.00** |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP184232-02/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*



| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LYNB21 | December 30, 2022 | OP184232-03-01 |

Bill To:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Ordered By:
**Jonathan C. Bond**
**Lynberg & Watkins, APC**
**1100 Town & Country Road, Suite 1450**
**Orange, CA 92868**

Claim No:
Insured:
Date of Loss:
   Plaintiff: **Shawn R. Porio**
   Defendant: **City of Tustin, et al.**

Client File No.:
Pertaining To: **Shawn R. Porio**

Records From: **Pacific Maritime Association c/o CSC Lawyers, Inc.**
**2710 Gateway Oaks Dr., Ste. 150N**
**Sacramento, CA, 95833**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **Library Basic Charge** | | | 55.00 |
| **Library Copies (Image only)** | 36.00 | 0.20 | 7.20 |
| **Images E-mailed / Uploaded** | 36.00 | 0.02 | .72 |

Comments:

| | |
|---|---|
| SUB-TOTAL | 62.92 |
| SALES TAX | .00 |
| TOTAL DUE | $ 62.92 |

Thank you for choosing Titan Legal Services, Inc.!
For inquiries, please contact us at (310) 464-8655.

**PLEASE PAY FROM THIS INVOICE**

We recognize that some of our customers may be billing these expenses
through their clients. In any case, the Titan Legal Services, Inc. customer
remains responsible to pay within our terms regardless of their receivables.

**TERMS: NET 15 DAYS**

MAKE CHECKS PAYABLE TO:
Titan Legal Services, Inc.
P.O. BOX 867
Torrance, CA 90508
FEDERAL TAX ID 26-1600646

Order#:OP184232-03/WHITINV

*PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR REMITTANCE*

Copy of Video Depositions Anticipated to Be Used At Trial

Please make checks payable to:

**Best Evidence Video Productions**
9854 National Blvd. #364
Los Angeles, CA  90034
(818) 718-9334
bestevidence@gmail.com

## INVOICE

*Payable In Full Upon Receipt*
Balances past 30 days are subject to a late charge.

EIN: 86-3217408

**BILL TO**

LYNBERG + WATKINS
1100 Town & Country Rd
Suite #1450
Orange, CA  92868

Craig Smith, Esq.

**INVOICE #** 4504
**DATE** 07/07/2024

| CASE | WITNESS | CASE NUMBER | | |
|------|---------|-------------|---|---|
| Porio -v- City of Tustin | Shawn Porio | 22CV00812 | | |

| DEPOSITION DATE | DESCRIPTION | UNITS | RATE | AMOUNT |
|-----------------|-------------|-------|------|--------|
| 06/20/2024 | Synced Video Copy (per video hour) | 5 | 140.00 | 700.00 |
| | Delivery & Archiving | 1 | 25.00 | 25.00 |

BALANCE DUE                                    **$725.00**

**CODE OF CIVIL PROCEDURE: SECTION 2025.510**
(h)(1) The requesting attorney or party appearing in propria persona shall timely pay the deposition officer or the
entity providing the services of the deposition officer for the transcription or copy of the transcription described in
subdivision (b) or (c), and any other deposition products or services that are requested either orally or in writing.

## BEST EVIDENCE APPRECIATES YOUR BUSINESS

### Best Evidence Video Productions LLC
Video Litigation Support Specialists



**Witness Legal Video, Inc.**
840 Apollo St Suite 100
El Segundo, CA 90245
info@witnesslegalvideo.com
(310) 602-6764

# INVOICE

| INVOICE NO. | 242591 |
|---|---|
| DATE | 11/26/2024 |
| JOB NO. | 24-566 |
| WITNESS | Dr. Homer Venters |
| CASE NAME | Porio vs Tustin / 1793-0301 |

**INVOICE FOR**
Craig Smith
LYNBERG & WATKINS
1100 W. Town & Country Road
Suite #1450
Orange, CA  92868
desparza@lynberg.com

**PAYABLE TO**          **TAX ID #**
Witness Legal Video, Inc    84-4460378

| SERVICE DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/20/2024 | | | | | |
| | | | | | |
| | | | | | |
| | Media Format:Video Sync/Depoview | Per media hour | 3.25 | 75.00 | 243.75 |

Notes:
Thank you for your business! Payment methods accepted:
-ACH / CREDIT CARD via https://witnesslegalvideo.nickelpayments.com/
-Zelle payments to info@witnesslegalvideo.com
-Checks mailed to 840 Apollo St #100 El Segundo CA 90245.

If sending via Zelle or ACH, please reference the invoice#



**Witness Legal Video, Inc.**
840 Apollo St Suite 100
El Segundo, CA 90245
info@witnesslegalvideo.com
(310) 602-6764

# INVOICE

| | |
|---|---|
| INVOICE NO. | 242673 |
| DATE | 12/10/2024 |
| JOB NO. | 24-570 |
| WITNESS | Dr. Taylor Kuhn |
| CASE NAME | Porio vs Tustin / 1793-0301 |

**INVOICE FOR**
Craig Smith
LYNBERG & WATKINS
1100 W. Town & Country Road
Suite #1450
Orange, CA 92868
desparza@lynberg.com

**PAYABLE TO**
Witness Legal Video, Inc

**TAX ID #**
84-4460378

| SERVICE DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/21/2024 | | | | | |
| | | | | | |
| | Media Format:Video Sync/Depoview | Per media hour | 1.50 | 75.00 | 112.50 |

**Notes:**
Thank you for your business! Payment methods accepted:
-ACH / CREDIT CARD via https://witnesslegalvideo.nickelpayments.com/
-Zelle payments to info@witnesslegalvideo.com
-Checks mailed to 840 Apollo St #100 El Segundo CA 90245.

If sending via Zelle or ACH, please reference the invoice#



**Witness Legal Video, Inc.**
840 Apollo St Suite 100
El Segundo, CA 90245
info@witnesslegalvideo.com
(310) 602-6764

# INVOICE

| INVOICE NO. | 242674 |
|---|---|
| DATE | 12/10/2024 |
| JOB NO. | 24-578 |
| WITNESS | Dr. Chitra Venkatasubramanian |
| CASE NAME | Porio vs Tustin / 1793-0301 |

**INVOICE FOR**
Craig Smith
LYNBERG & WATKINS
1100 W. Town & Country Road
Suite #1450
Orange, CA 92868
desparza@lynberg.com

**PAYABLE TO**
Witness Legal Video, Inc

**TAX ID #**
84-4460378

| SERVICE DATE | DESCRIPTION | | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 11/23/2024 | | | | | |
| | Media Format:Video Sync/Depoview | Per media hour | 1.75 | 75.00 | 131.25 |

Notes:
Thank you for your business! Payment methods accepted:
-ACH / CREDIT CARD via https://witnesslegalvideo.nickelpayments.com/
-Zelle payments to info@witnesslegalvideo.com
-Checks mailed to 840 Apollo St #100 El Segundo CA 90245.

If sending via Zelle or ACH, please reference the invoice#

Copies of Trial Materials and Exhibits



**Litigation Support Professionals, Inc.**
19340 Jesse Lane, Suite 240
Riverside, CA  92508
+19516866880
dilten@litsupportpros.com
www.litsupportpros.com

| BILL TO | SHIP TO | INVOICE 5745 |
|---|---|---|
| Shel Harrell | Shel Harrell | |
| Law Offices of Lynberg & Watkins | Law Offices of Lynberg & Watkins | **DATE** 12/16/2024  **TERMS** Due on receipt |
| 1100 Town & Country Road | 1100 Town & Country Road | |
| Suite 1450 | Suite 1450 | |
| Orange, CA  92868 | Orange, CA  92868 | |

| CASE | LSP FILE# | CLIENT FILE# |
|---|---|---|
| Porio v Yvette Barbari | 4012 | 8:22-CV-00812 RGK (ADSx) |



| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Document Imaging B/W 8.5 x 11 | Document Imaging B/W: 8.5 x 11 - 4 sets of Defense Exhibits and 2 sets of Plaintiff Exhibits | 7,979 | 0.125 | 997.38T |
| Document Printing Color 8.5 X 1 | Document Printing Color 8.5 X 11 - 4 sets of Defense Exhibits and 2 sets of Plaintiff Exhibits | 4,065 | 0.65 | 2,642.25T |
| Flash Drive | Flash Drive loaded with documents - 6 total | 6 | 24.99 | 149.94T |
| 5" Exhibit Binders | 5" Exhibit Binders (Black) - 3 binders per set of Defense Exhibits (4 sets total). 2 binders per set of Plaintiff Exhibits (2 sets total). | 16 | 29.99 | 479.84T |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|----------|-------------|-----|------|--------|
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮▮ |
| | ▮▮▮▮▮▮▮▮▮▮ | | | |
| Pickup & Delivery | Pickup & Delivery - Exhibits were dropped off at Lynberg & Watkin's office building. | 2 | 94.25 | 188.50 |
| ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ | ▮ | ▮▮ | ▮▮▮ |

Case Caption: Porio v Yvette Barbari

Please call DAVID ILTEN with any questions related to this invoice. This invoice represents services rendered from 11/18/2024 through 12/13/2024.

Thank you,
Litigation Support Professionals, Inc.



**Litigation Support Professionals, Inc.**
19340 Jesse Lane, Suite 240
Riverside, CA  92508
+19516866880
dilten@litsupportpros.com
www.litsupportpros.com

**BILL TO**
Shel Harrell
Law Offices of Lynberg & Watkins
1100 Town & Country Road
Suite 1450
Orange, CA  92868

**INVOICE 5770**

**DATE** 01/31/2025    **TERMS** Due on receipt

**CASE**
Porio v City of Tustin

**CLIENT FILE#**
8:22-CV-00812 RGK (ADSx)



Case Caption: Porio v City of Tustin

Please call DAVID ILTEN with any questions related to this
invoice. This invoice represents services rendered from
12/14/2024 through 1/23/25.

Thank you,
Litigation Support Professionals, Inc.

Case 8:22-cv-00812-RGK-ADS    Document 312-3    Filed 03/05/25    Page 20 of 29    Page ID #:6504

# Time Entries
## Litigation Support Professionals Inc

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

**Lynberg & Watkins**
Porio v City of Tustin

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|
| 11-20-2024 | Approved | Downloaded trial exhibits to the network. | Billable | Database Management | Perez, Lilliana | | | 0.750 | 195.00 | 146.25 |
| 11-20-2024 | Approved | Converted trial exhibits that were jpgs to pdfs. | Billable | Database Management | Perez, Lilliana | | | 0.250 | 195.00 | 48.75 |
| 11-25-2024 | Approved | Uploaded the trial exhibits and exhibit list to Sharefile. | Billable | Database Management | Perez, Lilliana | | | 0.750 | 195.00 | 146.25 |
| 11-25-2024 | Approved | Sorted, tabbed and created trial exhibit binders of defense trial exhibits. | Billable | Exhibit Binder Assembly | Bush, Wil | | | 4.000 | 95.00 | 380.00 |
| 11-25-2024 | Approved | Updated video index with plaintiff's and defendant's trial exhibits. | Billable | Document Index Preparation | Morales, Genesse | | | 1.000 | 95.00 | 95.00 |

02-12-2025 17:21:06

Case 8:22-cv-00812-RGK-ADS    Document 312-3    Filed 03/05/25    Page 21 of 29    Page ID #:6505

# Time Entries
## Litigation Support Professionals Inc

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

### Lynberg & Watkins
### Porio v City of Tustin

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-25-2024 | Approved | | Billable | Exhibit Binder Assembly | Ilten, Courtney | | | 2.500 | 95.00 | 237.50 |
| Exhibit Binder Assembly - Assisted in the assembly of the exhibit binders for trial. | | | | | | | | | | |
| 11-27-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 3.000 | 195.00 | 585.00 |
| Downloaded radiology records to the network. | | | | | | | | | | |
| 11-29-2024 | Approved | | Billable | Database Management | Perez, Lilliana | | | 2.000 | 195.00 | 390.00 |
| Moved defense medical records to the trial folder in ShareFile. Uploaded exhibit 230 to ShareFile. Sent Craig an e-mail providing him a link to the defense trial exhibits in ShareFile. | | | | | | | | | | |
| 12-01-2024 | Approved | | Billable | Video Clip Creation | Ilten, Courtney | | | 3.250 | 185.00 | 601.25 |
| Video Clip Creation - Created smaller snippet video clips from exhibits 109, 111 and 230. Sent the vide oclips to the client for their review. Uploaded videos to ShareFile where the clients can access and download the videos. Confirmed the videos played properly. | | | | | | | | | | |
| 12-01-2024 | Approved | | Billable | Database Management | Ilten, Courtney | | | 0.750 | 195.00 | 146.25 |
| Database Management - Made redactions to exhibits that were provided by the client. Uploaded to ShareFile. Shared exhibits with counsel. | | | | | | | | | | |
| 12-02-2024 | Approved | | Billable | Exhibit Binder Assembly | Bush, Wil | | | 1.000 | 95.00 | 95.00 |
| Prepared and bound depositions that will be lodged with court. | | | | | | | | | | |
| 12-02-2024 | Approved | | Billable | Exhibit Binder Assembly | Morales, Genesse | | | 5.000 | 95.00 | 475.00 |
| Assembled 2 sets of plaintiff's exhibit binders and 1 set of defendant's trial exhibits. Started lagging one set of defendants trial exhibits. | | | | | | | | | | |

# Time Entries
## Litigation Support Professionals Inc

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **Lynberg & Watkins** | | | | | | | | | | |
| Porio v City of Tustin | | | | | | | | | | |
| 12-03-2024 | Approved | | Billable | Exhibit Binder Assembly | Perez, Lilliana | | | 1.500 | 95.00 | 142.50 |
| | | Added exhibit tags to 1 set of defense trial exhibits. Qced Binders. | | | | | | | | |
| 12-03-2024 | Approved | | Billable | Pre-Trial Litigation Support | Ilten, Courtney | | | 0.750 | 200.00 | 150.00 |
| | | Pre-Trial Litigation Support - Made redactions to exhibits that we will use during trial. | | | | | | | | |
| 12-04-2024 | Approved | | Billable | Electronic File Conversion (ie.: PDF to TIFF, Outlook PST files to TIFF) | Ilten, Courtney | | | 3.000 | 195.00 | 585.00 |
| | | Electronic File Conversion: Exported out the medical images from MicroDicom into jpgs. I then combined all the jpgs and converted those into PDFs. Once all the medical images were converted to pdfs, I endorsed the exhibits in the bottom right corner and shared a link with counsel. | | | | | | | | |
| 12-05-2024 | Approved | | Billable | Exhibit Binder Assembly | Morales, Genesse | | | 2.000 | 95.00 | 190.00 |
| | | Assembled and bound 3 copies of the deposition transcripts for Broadwater, Porio, and Kuhn. | | | | | | | | |
| 12-05-2024 | Approved | | Billable | Exhibit Binder Assembly | Ilten, Courtney | | | 1.750 | 95.00 | 166.25 |
| | | Exhibit Binder Assembly - Confirmed that the media/medical images/large exhibits were imported onto the flash drives correctly. Inserted the flash drives into the exhibit binders. Assisted in finalizing the exhibit binders and made sure they were ready to be sent out to the Lynberg office. | | | | | | | | |
| 12-05-2024 | Approved | | Billable | Pre-Trial Litigation Support | Ilten, Courtney | | | 0.250 | 200.00 | 50.00 |
| | | Pre-Trial Litigation Support - Made revisions to exhibits and provided a new link with the updated exhibits. | | | | | | | | |
| 12-08-2024 | Approved | | Billable | Pre-Trial Litigation Support | Ilten, Courtney | | | 1.000 | 200.00 | 200.00 |
| | | Pre-Trial Litigation Support - Bates stamped the medical images that we will be using during trial. | | | | | | | | |

Case 8:22-cv-00812-RGK-ADS    Document 312-3    Filed 03/05/25    Page 23 of 29    Page ID #:6507

# Time Entries
## Litigation Support Professionals Inc

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

### Lynberg & Watkins
### Porio v City of Tustin

| Date | Status | Approval | Billable Type | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|---------------|------|----------|-------|------|----------|------|--------|
| 12-09-2024 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 2.500 | 225.00 | 562.50 |
| | In Trial Litigation Support - Synced plaintiff's video with his ASCII file in TimeCoder. Made the clips in OnCue. Q/C the videos in OnCue to confirm they stopped/played on a Q/A. | | | | | | | | | |
| 12-09-2024 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 0.750 | 225.00 | 168.75 |
| | In Trial Litigation Support - Printed 4 copies of MRI Scans and CT Scans for the testimony of Dr. Hemmen. | | | | | | | | | |
| 12-09-2024 | Approved | Created video clips for Venters. | Billable | Video Clip Creation | Morales, Genesse | | | 0.250 | 185.00 | 46.25 |
| 12-10-2024 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 1.000 | 225.00 | 225.00 |
| | In Trial Litigation Support - Made 2 printed copies of jury instructions for court. (54 pages each) | | | | | | | | | |

# Time Entries
## Litigation Support Professionals Inc

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

*Lynberg & Watkins*
*Porio v City of Tustin*

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 01-21-2025 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 0.250 | 225.00 | 56.25 |
| | | | | In Trial Litigation Support - Printed 1 full set of jury instructions to bring to court that morning. | | | | | | |
| 01-21-2025 | Approved | | Billable | In Trial Litigation Support | Ilten, Courtney | | | 0.250 | 225.00 | 56.25 |
| | | | | In Trial Litigation Support - Printed 20 sheets on blue cardstock paper to cut and staple to the front page of every exhibit in one set of binders for the court. | | | | | | |

02-12-2025 17:21:06

Case 8:22-cv-00812-RGK-ADS     Document 312-3     Filed 03/05/25     Page 25 of 29     Page
ID #:6509

**Time Entries**

Litigation Support Professionals Inc

*Lynberg & Watkins*
*Porio v City of Tustin*

Employee = All (Active Only)
Group By Department
Case - Client = Porio v City of Tustin (Active Only)
Task Code = All
View = Original
From 10-13-2024 To 02-12-2025

| Date | Status | Approval | BillableType | Task | Employee | Start | Stop | Duration | Rate | Amount |
|------|--------|----------|--------------|------|----------|-------|------|----------|------|--------|

02-12-2025 17:21:06

Page   6   of   6

# Court Reporter Transcripts of Trial

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Morning.

W-9 attached.

Amy Diaz, RPR,CRR, FCRR
Federal Official Reporter
350 W.1st St.
#4455
Los Angeles, CA 90012

**From:** Lacey Sipsey <lsipsey@lynberg.com>
**Sent:** Friday, December 6, 2024 6:37 PM
**To:** Shel Harrell <sharrell@lynberg.com>
**Cc:** Debra Miranda <dmiranda@lynberg.com>; Craig Smith <csmith@lynberg.com>
**Subject:** Fw: Porio v. City of Tustin 8:22-CV-812

Transcripts are $4500 - we need to make payment arrangements (See below).

**From:** Amy Diaz <amyfcrr@gmail.com>
**Sent:** Friday, December 6, 2024 6:34:34 PM
**To:** Lacey Sipsey <lsipsey@lynberg.com>
**Subject:** Re: Porio v. City of Tustin 8:22-CV-812

CAUTION: This email originated from outside of Lynberg & Watkins. Do not click any links or open any attachments unless you recognize the sender, verified the email address and know the content is safe.

Estimated cost would be $4,500. We will need to make arrangements for payment.

Let me know what you need from me.

2



ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Central District of California

| INVOICE 20250086 | **MAKE CHECKS PAYABLE TO:** |
|---|---|
| Frank Harrell | Amy Diaz, FCRR<br>705 East Olive Avenue<br>Unit 201<br>Burbank, CA 91501<br>amyfcrr@gmail.com |

| \_ CRIMINAL   **X** CIVIL | DATE ORDERED: 01-17-2025 | DATE DELIVERED: |
|---|---|---|

**In the matter of:** 8:22-CV-812, Porio v Barbari

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | 500 | 4.39 | 2195.00 | | | | | | | 2195.00 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 2195.00 |
| | | | | | | | | Less Discount for Late Delivery | | |
| | | | | | | | | Tax (If Applicable) | | |
| | | | | | | | | Less Amount of Deposit | | |
| | | | | | | | | Total Refund | | |
| | | | | | | | | **Total Due** | 2195.00 | |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE: |
|---|---|

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

S. FRANK HARRELL - SBN 133437
sharrell@lynberg.com
G. CRAIG SMITH – SBN 265676
CSMITH@LYNBERG.COM
**LYNBERG & WATKINS**
A Professional Corporation
1100 W. Town & Country Road, Suite #1450
Orange, California 92868
(714) 937-1010 Telephone
(714) 937-1003 Facsimile

Attorneys for Defendant
YVETTE BARBARI, RN

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>          Plaintiff,<br><br>     vs.<br><br>YVETTE BARBARI, RN,<br><br>          Defendant. | CASE NO. 8:22-cv-812 RGK (ADSx)<br><br>*Assigned for All Purposes to:*<br>*Hon. R. Gary Klausner – Courtroom 850*<br><br>**DECLARATION OF G. CRAIG SMITH IN SUPPORT OF DEFENDANT YVETTE BARBARI, RN'S AMENDED APPLICATION TO THE CLERK TO TAX COSTS**<br><br><br>*Trial Date:         January 21, 2025*<br>*Complaint Filed: April 13, 2022* |

**DECLARATION OF G. CRAIG SMITH**

## DECLARATION OF G. CRAIG SMITH

I, G. Craig Smith, do state and declare as follows:

1.     I am an attorney at law duly licensed to practice before all the courts of the State of California and am a partner in the law firm of Lynberg & Watkins, A.P.C., attorneys of record for Defendant Yvette Barbari, RN ("Nurse Barbari") in the above-captioned matter.

2.     I have personal knowledge of the facts stated herein, except those stated upon information and belief, and as to those matters, I believe them to be true. If called upon to testify to the matters herein, I could and would competently do so. This Declaration is made in support of Defendant Yvette Barbari RN's Amended Application to the Clerk to Tax Costs dated March 5, 2025.

3.     Nurse Barbari hereby submits her Amended Application (filed concurrently herewith) to (1) remove the costs of mandatory chamber copies in section 10(a), thereby removing the original Exhibit "D" entirely; and (2) add the costs of trial transcripts that were used in the case to section 10(g), thereby amending the original Exhibit "C" to reflect these costs, including the addition of page dividers.

4.     On February 19, 2025, I met and conferred with Plaintiff's counsel regarding the initial application. During this discussion I informed Plaintiff's counsel I was considering amending the application to remove the $545.06 costs sought to be taxed related to the mandatory chamber copies in section 10(a). The Amended Application reflects this deduction and does not include this cost in section 10(a).

5.     During this discussion, I also informed Plaintiff's counsel that Nurse Barbari would amend the initial application to include the cost of trial transcripts which amount to a total sum of $6,695.00. Accordingly, the Amended Application includes these additional costs in section 10(g).

## DECLARATION OF G. CRAIG SMITH

6.     Dr. Woo was listed as a percipient witness and was listed to jurors during the first trial.

7.     Dr. Woo was on call to testify during the first trial and I even spoke with him the night before Defendant's case-in-chief to confirm his attendance as a percipient witness.  It was not until the day of Defendant's case in chief that I made the strategic decision not to call him as a witness based upon the evidence that was presented by Plaintiff earlier that morning.

8.     Nurse Barbari made the strategic decision not to call him as a percipient witness. However, the fee was reasonably incurred because there was a likelihood that he would be called as a percipient witness to rebut Plaintiff and Plaintiff's brother-in-law's testimony regarding damages.

9.     Similarly, Officer Ireneo Flores was listed as a witness on Nurse Barbari's witness list. Nurse Barbari could not rely on Plaintiff calling him as a witness in his case-in-chief.

10.     Defense counsel conducted a direct examination of Officer Flores during Plaintiff's case-in-chief. Had Plaintiff not called Officer Flores as a witness, Nurse Barbari would have.

11.     During the conference of counsel held on February 19, 2025, the parties also discussed the reasonableness of the deposition transcript costs. To that effect, Nurse Barbari submits that the fees of the deposition transcript costs are reasonable.

12.     Plaintiff noticed the depositions of Irineo Flores, Brent Pardoen, David Phelan, Yvette Barbari, RN, Cameron Griggs, Jose Alex Salinas – not Nurse Barbari. Therefore, Nurse Barbari did not choose the deposition transcript company or their rates and had no choice but to pay the costs invoiced to obtain the deposition transcript copies of the above-named deponents.

/ / / /

/ / / /

3
**DECLARATION OF G. CRAIG SMITH**

13. Co-Defendant City of Tustin noticed the deposition of Plaintiff Shawn Porio – not Nurse Barbari. Therefore, Nurse Barbari did not choose the deposition transcript company or their rates and had no choice but to pay the costs invoiced to obtain a copy of Plaintiff's deposition transcript.

14.   Moreover, the costs of Dr. Homer Venters, Dr. Chitra Venkatasubramanian, and Dr. Taylor Kuhn's deposition transcript copies include one original copy and certified copy of the transcript, which is permitted by Central District Local Rule 54-3.5(a).

15.   The cost for both the original and one certified copy of Dr. Homer Venters deposition transcript [117 pages] was $1,355.00. When broken down, that is approximately $677.50 per deposition copy.

16.   The cost for both the original and one certified copy of Dr. Chitra Venkatasubramanian's deposition transcript [72 pages] was $1,241.00. When broken down, that is approximately $620.50 per deposition copy.

17.   The cost for both the original and one certified copy of Dr. Taylor Kuhn's deposition transcript [73 pages] was $1,322.00. When broken down, that is approximately $661.00 per deposition copy.

18.   The costs stated above are comparable to the costs invoiced by the Los Angeles, California based reporter company, Norman Schall & Associates, chosen by Co-Defendant City of Tustin. Therein, Norman Schall & Associates charged $1,000.25 for one e-copy of Plaintiff's deposition transcript which was 181 pages.

19.   The reporter company chosen by Plaintiff, Ron Fernicola & Associates is based out of Coeur D'Alene, Idaho and therefore their costs cannot be compared to companies based in Southern California.

20.   Lastly, any and all costs to expedite the deposition transcripts have been excluded from Nurse Barbari's initial application and the Amended Application to the Clerk to Tax Costs. Accordingly, Nurse Barbari has complied with Central District Local Rule 54-3.5(a)

**DECLARATION OF G. CRAIG SMITH**

1    I declare under penalty of perjury under the law of the United States of

2    America that the foregoing is true and correct.

3    Executed this 5th day of March, 2025, in Orange, California.

4

5                                        /s/ G. Craig Smith

6                                        **G. CRAIG SMITH, Declarant**

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28