UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWN R. PORIO,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>YVETTE BARBARI, RN, Orange County Nurse,<br><br>        Defendant - Appellant,<br><br>and<br><br>COUNTY OF ORANGE; et al.,<br><br>        Defendants. | No. 24-6770<br><br>D.C. No.<br>8:22-cv-00812-RGK-ADS<br>Central District of California,<br>Santa Ana<br><br>ORDER |
| SHAWN R. PORIO,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>RN YVETTE BARBARI, Orange County Nurses,<br><br>        Defendant - Appellant,<br><br>and<br><br>CITY OF TUSTIN; et al.,<br><br>        Defendants. | No. 25-265<br>D.C. No.<br>8:22-cv-00812-RGK-ADS<br>Central District of California,<br>Santa Ana |

Before: TASHIMA, OWENS, and DESAI, Circuit Judges.

The motion (Docket Entry No. 20) to dismiss these appeals as moot, to which no response was filed, is granted.

The motion (Docket Entry No. 16) to consolidate these appeals with appeal No. 25-1294 is denied as moot.

**DISMISSED.**