UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 19 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWN R. PORIO,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>YVETTE BARBARI, RN, Orange County Nurse,<br><br>        Defendant - Appellant,<br><br>and<br><br>COUNTY OF ORANGE; et al.,<br><br>        Defendants. | No. 24-6770<br><br>D.C. No.<br>8:22-cv-00812-RGK-ADS<br><br>Central District of California, Santa Ana<br><br>MANDATE |
| SHAWN R. PORIO,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>RN YVETTE BARBARI, Orange County Nurses,<br><br>        Defendant - Appellant,<br><br>and<br><br>CITY OF TUSTIN; et al.,<br><br>        Defendants. | No. 25-265<br><br>D.C. No.<br>8:22-cv-00812-RGK-ADS<br><br>Central District of California, Santa Ana |

The judgment of this Court, entered April 25, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT