UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 3 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SHAWN R. PORIO,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>RN YVETTE BARBARI, Orange County Nurses,<br><br>        Defendant - Appellee,<br><br>CITY OF TUSTIN, ORANGE COUNTY FIRE AUTHORITY, COUNTY OF ORANGE, Officer IRINEO FLORES, No. 1392, Officer E. URIAS, No. 1324, Officer CHRISTOPHER PETERSON, No. 1359, Officer HAYDEN NEWMAN, No. 1341, Officer MICHAEL WAGNER, No. 1313, BRENT PARDOEN, OCFA No. 6933, DAVID PHELAN, OCFA No. 6828, JOSEPH WINGERT, Jr., OCFA No. 6959, TED HWANG, OCFA No. 6959, RN JENNIFER MAYA, Orange County Nurses, DOES 1-10,<br><br>        Defendants. | No. 25-1294<br><br>D.C. No.<br>8:22-cv-00812-RGK-ADS<br><br>Central District of California, Santa Ana<br><br>MANDATE |

The judgment of this Court, entered May 12, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the Appellee, RN Yvette Barbari, Orange County

Nurses, in the amount of $448.10.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT