## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:22-cv-00812-RGK-ADS | Date | June 10, 2026 |
|---|---|---|---|
| Title | Shawn R. Porio v. Yvette Barbari, RN | | |

Present: The Honorable    R. GARY KLAUSNER, U.S. District Judge

| Joseph Remigio | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**        **(IN CHAMBERS) ORDER**

Upon the Ninth Circuit Court of Appeals reversal and remand of this action for further proceedings, the Court hereby orders as follows:

A Status Conference is hereby set for July 13, 2026, at 9:00 a.m.

On or before July 6, 2026, the parties shall file a Joint Status Report regarding what parties and specific issues are left to be tried.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer    jre

---