John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300

Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

John Fattahi, State Bar No. 247625
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Boulevard, Suite 500
Torrance, California 90503
Tel: (424) 999-5579

*Attorneys for Plaintiff Shawn R. Porio*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN,<br><br>Defendant. | Case No. 8:22-CV-00812 RGK (ADSx)<br><br>**JOINT STIPULATION TO CONTINUE STATUS CONFERENCE DUE TO PROPOSED SETTLEMENT** |

**IT IS HEREBY STIPULATED AND AGREED BY THE UNDERSIGNED AS FOLLOWS:**

This matter is set for a status conference regarding trial on July 13, 2026, at 9:00 a.m. On July 7, 2026, the parties participated in a mediation before Troy Roe, Esq., and reached a proposed settlement subject to approval by the County Board of Supervisors.

The Board will consider the proposed settlement during a closed session on August 11, 2026. The parties will file a status report as soon as possible thereafter, and if approved, will file a dismissal of the entire action. Accordingly, to facilitate the proposed settlement and in the interest of efficiency, it is respectfully requested that the Court continue the status conference until August 24, 2026, at 9:00 a.m., or another date convenient for the Court.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  July 8, 2026          THE LAW OFFICES OF JOHN BURTON
                              THE LAW OFFICES OF DALE K. GALIPO
                              LAW OFFICE OF JOHN FATTAHI


                              By_____/s/ John Burton_____
                                  John Burton
                                  *Attorneys for Plaintiff*

DATED:  July 8, 2026          LYNBERG & WATKINS


                              By_____/s/ Craig R. Smith_____
                                  Craig R. Smith
                                  Lacey Sipsey
                                  *Attorneys for Defendants County of Orange and*
                                  *Yvette Barbari, RN*

Pursuant to L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.