UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN R. PORIO,<br><br>Plaintiff,<br><br>vs.<br><br>YVETTE BARBARI, RN,<br><br>Defendant. | Case No. 8:22-CV-00812 RGK (ADSx)<br><br>[Proposed] **ORDER CONTINUING JULY 13 STATUS CONFERENCE** |

**IT IS HEREBY ORDERED**, pursuant to the stipulation between Plaintiff Shawn R. Porio, and Defendants County of Orange and Yvette Barbari, RN, that the status conference currently set for July 13, 2026, at 9:00 a.m., is hereby continued until August 24, 2026, at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. R. Gary Klausner
United States District Judge