John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300/Fax: (626) 440-8178

Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

John Fattahi, State Bar No. 247625
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Boulevard, Suite 500
Torrance, California 90503
Tel: (424) 999-5579

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAWN R. PORIO,

Plaintiff,

v.

YVETTE BARBARI, RN, and COUNTY OF ORANGE,

Defendants.

Case No. 8:22-cv-812-RGK-ADS

**STIPULATION TO DISMISS DEFENDANTS YVETTE BARBARI AND COUNTY OF ORANGE, AND ENTIRE ACTION WITH PREJUDICE**

Fed. R. Civ. P. 41(a)(1)(A)(ii)

The parties hereby stipulate that all Plaintiff's remaining claims in this action, which are asserted against the two remaining defendants, Yvette Barbari and County of Orange, and the entire action shall be with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

All parties are to bear their own fees and costs.

The parties respectfully request that the Court retain jurisdiction to enforce the settlement.

Respectfully submitted,

Dated: September 22, 2026

THE LAW OFFICES OF JOHN BURTON
LAW OFFICES OF DALE K. GALIPO
LAW OFFICE OF JOHN FATTAHI

By: /s/ John Burton*
John Burton
Attorneys for Plaintiff

Dated: September 22, 2026

LYNBERG & WATKINS

By: /s/ G. Craig Smith
G. Craig Smith
Attorneys for Defendants Yvette Barbari, RN, and County of Orange

* John Burton attests that the other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.