John Burton, State Bar No. 86029
jb@johnburtonlaw.com
THE LAW OFFICES OF JOHN BURTON
128 North Fair Oaks Avenue
Pasadena, California 91103
Tel: (626) 449-8300/Fax: (626) 440-8178

Dale K. Galipo, State Bar No. 144074
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Tel: (818) 347-3333

John Fattahi, State Bar No. 247625
jfattahi@gmail.com
LAW OFFICE OF JOHN FATTAHI
21250 Hawthorne Boulevard, Suite 500
Torrance, California 90503
Tel: (424) 999-5579

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAWN R. PORIO,

Plaintiff,

v.

YVETTE BARBARI, RN, and COUNTY OF ORANGE,

Defendants.

Case No. 8:22-cv-812-RGK-ADS

**[PROPOSED ORDER] DISMISSING DEFENDANTS YVETTE BARBARI AND COUNTY OF ORANGE, AND ENTIRE ACTION WITH PREJUDICE**

Fed. R. Civ. P. 41(a)(1)(A)(ii)

All Plaintiff's remaining claims, which are asserted against the two remaining defendants, Yvette Barbari and County of Orange, and the entire action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

All parties bear their own fees and costs.

The Court retains jurisdiction to enforce the Party's settlement agreement.

Dated:

R. Gary Klausner
United States District Judge