closed

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SHAWN R. PORIO,

Plaintiff,

v.

YVETTE BARBARI, RN, and COUNTY OF ORANGE,

Defendants.

Case No. 8:22-cv-812-RGK-ADS

**ORDER DISMISSING DEFENDANTS YVETTE BARBARI AND COUNTY OF ORANGE, AND ENTIRE ACTION WITH PREJUDICE**

Fed. R. Civ. P. 41(a)

**[339]**

All Plaintiff's remaining claims, which are asserted against the two remaining defendants, Yvette Barbari and County of Orange, and the entire action are dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

All parties bear their own fees and costs.

The Court retains jurisdiction to enforce the Party's settlement agreement.

Dated: **9/23/2026**

R. Gary Klausner
United States District Judge